B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>_____Western_____ District of _____Washington_____ | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Michael R. Mastro | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>Michael R. Mastro<br>510 Rainier Avenue South<br>Seattle, WA 98144<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>King  ZIP CODE<br>98144 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7     ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☒ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ | x _[signature]_  7/10/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney  Date |
| Columbia State Bank    7/10/2009 | Ronald Trompeter, WSBA 3593 |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any)  Eisenhower & Carlson, PLLC |
| Name & Mailing Address of Individual Signing in Representative Capacity:  Paul Gawenka  1301 "A" Street  P.O. Box 2156  Tacoma, WA 98401  Paul Gawenka, SVP | Address  1201 Third Avenue, Suite 1650  Seattle, WA 98101 |
| | Telephone No.  (206) 382-1830 |

| | |
|---|---|
| x | x ___    7/10/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney  Date |
| First Sound Bank    7/10/2009 | Thomas Gilman, WSBA 8432 |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any)  Thomas L. Gilman, WSBA 8432 |
| Name & Mailing Address of Individual Signing in Representative Capacity:  Don L. Hirtzel, CEO  First Sound Bank  925 Fourth Avenue, #2350  Seattle, WA 98104  Don L. Hirtzel, CEO | Address  1000 2nd Ave, #3500   Seattle, WA 98104 |
| | Telephone No.  (206) 464-1900 |

| | |
|---|---|
| x | x ___   7/10/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney  Date |
| Venture Bank    7/10/2009 | Ronald Trompeter, WSBA 3593 |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any)  Eisenhower & Carlson, PLLC |
| Name & Mailing Address of Individual Signing in Representative Capacity:  Michael Meyer  Venture Bank  1495 Wilmington Drive  P.O. Box 970  DuPont, WA 98327  Michael Meyer | Address  1201 Third Avenue, Suite 1650  Seattle, WA 98101 |
| | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Columbia State Bank (see address above) | Unsecured | 2,605,518.62 |
| First Sound Bank (see address above) | Partially Secured | 5,140,183.74 |
| Venture Bank (see address above) | Unsecured | 2,000,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  9,745,702.36 |

___ continuation sheets attached

**TRANSFER OF CLAIM**
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____ | x _____ 7/10/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Columbia State Bank       7/10/2009 | Ronald Trompeter, WSBA 3593 |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any) |
| | Eisenhower & Carlson, PLLC |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Paul Gawenka, 1301 "A" Street, P.O. Box 2156, Tacoma, WA 98401 | 1201 Third Avenue, Suite 1650  Seattle, WA 98101 |
| Paul Gawenka, SVP | Telephone No. (206) 382-1830 |

| | |
|---|---|
| x _____ | x _____ 7/10/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| First Sound Bank       7/10/2009 | Thomas Gilman, WSBA 8432 |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any) |
| | Thomas L. Gilman, WSBA 8432 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Don L. Hirtzel, CEO, First Sound Bank, 925 Fourth Avenue, #2350, Seattle, WA 98104 | 1000 2nd Ave, #3500  Seattle, WA 98104 |
| Don L. Hirtzel, CEO | Telephone No. (206) 464-1900 |

| | |
|---|---|
| x _____ | x _____ 7/10/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Venture Bank       7/10/2009 | Ronald Trompeter, WSBA 3593 |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any) |
| | Eisenhower & Carlson, PLLC |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Michael Meyer, Venture Bank, 1495 Wilmington Drive, P.O. Box 970, DuPont, WA 98327 | 1201 Third Avenue, Suite 1650  Seattle, WA 98101 |
| Michael Meyer | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Columbia State Bank (see address above) | Unsecured | 2,605,518.62 |
| First Sound Bank (see address above) | Partially Secured | 5,140,183.74 |
| Venture Bank (see address above) | Unsecured | 2,000,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 9,745,702.36 |

____ continuation sheets attached

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Columbia State Bank    7/10/2009<br>Name of Petitioner        Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Paul Gawenka<br>1301 "A" Street<br>P.O. Box 2156<br>Tacoma, WA 98401<br>Paul Gawenka, SVP | x_____ 7/10/2009<br>Signature of Attorney      Date<br>Ronald Trompeter, WSBA 3593<br>Name of Attorney Firm (If any)<br>Eisenhower & Carlson, PLLC<br>Address<br>1201 Third Avenue, Suite 1650 Seattle, WA 98101<br>Telephone No.<br>(206) 382-1830 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>First Sound Bank    7/10/2009<br>Name of Petitioner        Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Don L. Hirtzel, CEO<br>First Sound Bank<br>925 Fourth Avenue #2350<br>Seattle, WA 98104<br>Don L. Hirtzel, CEO | x_____ 7/10/2009<br>Signature of Attorney      Date<br>Thomas Gilman, WSBA 8432<br>Name of Attorney Firm (If any)<br>Thomas L. Gilman, WSBA 8432<br>Address<br>1000 2nd Ave, #3500 Seattle, WA 98104<br>Telephone No.<br>(206) 464-1900 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Venture Bank    7/10/2009<br>Name of Petitioner        Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Michael Meyer<br>Venture Bank<br>1495 Wilmington Drive<br>P.O. Box 970<br>DuPont, WA 98327<br>Michael Meyer | x_____ 7/10/2009<br>Signature of Attorney      Date<br>Ronald Trompeter, WSBA 3593<br>Name of Attorney Firm (If any)<br>Eisenhower & Carlson, PLLC<br>Address<br>1201 Third Avenue, Suite 1650 Seattle, WA 98101<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Columbia State Bank (see address above) | Unsecured | 2,605,518.62 |
| First Sound Bank (see address above) | Partially Secured | 5,140,183.74 |
| Venture Bank (see address above) | Unsecured | 2,000,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims 9,745,702.36 |

_____ continuation sheets attached