UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>MICHAEL R. MASTRO,<br><br>Debtor. | Case No. 09-16841<br><br>CORPORATE OWNERSHIP STATEMENT (FIRST SOUND BANK) |

Pursuant to Federal Rule of Bankruptcy Procedure 1010(b), Petitioning Creditor First Sound Bank states that Larasco, Inc., a Washington corporation, owns approximately 12% of First Sound Bank's equity interests.

DATED this 13th day of July, 2009.

FIRST SOUND BANK

By *(signature)*
Don Hirtzel, Chairman, CEO
First Sound Bank
925 Fourth Ave., Suite 2350
Seattle WA 98104

CORPORATE OWNERSHIP STATEMENT (FIRST SOUND BANK)- 1

**BARRETT & GILMAN**
Attorneys at Law
1000 Second Avenue, Suite 3500
Seattle, WA 98104
(206) 464-1900

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the Corporate Ownership Statement (First Sound Bank) on the following individual in the manner indicated:

Ronald J. Trompeter, Esq.
Eisenhower & Carlson PLLC
1201 Third Avenue, Suite 1650
Seattle, WA 98101
206.382.1830
[X] Via Messenger

Signed this 14th day of July, 2009 at Seattle, Washington.

*Deborah L. Wetzel*
Deborah L. Wetzel

CORPORATE OWNERSHIP STATEMENT (FIRST SOUND BANK)- 2

BARRETT & GILMAN
Attorneys at Law
1000 Second Avenue, Suite 3500
Seattle, WA 98104
(206) 464-1900

Case 09-16841-SJS    Doc 5    Filed 07/14/09    Entered 07/14/09 09:35:26    Page 2 of 2