**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

JUDGE: Samuel J. Steiner
DATE:
TIME:
CHAPTER: 7
LOCATION: Seattle
RESPONSE DATE:

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

In re:                                              ) NO. 09-16841
                                                    )
MICHAEL R. MASTRO,                                  ) **ANSWER AND AFFIRMATIVE**
                                                    ) **DEFENSES OF MICHAEL R.**
        Debtor.                                     ) **MASTRO TO INVOLUNTARY**
                                                    ) **BANKRUPTCY PETITION**
_____                )

COMES NOW, Michael R. Mastro, by way of answer to the involuntary petition herein which was filed on or about July 10, 2009, and does allege and state as follows:

**I.    ANSWER**

1.  Mr. Mastro admits that the petition bears his correct business address, and that the information regarding DEBTOR is accurate.

2.  In answer to the portion of the petition encaptioned "Allegations", Mr. Mastro alleges as follows:

    a.  Petitioners are not eligible to file the involuntary petition pursuant to 11 U.S.C. § 303(b).

    b.  The debtor admits he is a person against whom an order for relief may be entered under Title 11 of the United States Code.

Answer and Affirmative Defenses of
Michael R. Mastro to Involuntary Petition - 1

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

c. Debtor denies he is generally not paying debts as they become due.

## II. AFFIRMATIVE DEFENSES

1. The petition is false and misleading in, at least, the following regards:

   a. Columbia State Bank lists the nature of its claim as "unsecured" and the amount of its claim as $2,605,518.62. In reality, Columbia Bank has a secured claim of about $6,500,000 and collateral greater than or equal to the value of the debt. The amount of the collateral will be proven at trial.

   b. Venture Bank lists the nature of its claim as "unsecured" and the amount of its claim as $2,000,000. In reality, Venture Bank has a secured claim in the approximate amount of $12,200,000. This claim is over secured with collateral having a value in excess of $15,500,000. The amount of the collateral will be proven at trial.

   c. First Sound Bank lists the nature of claim as "partially secured" and the amount of its claim of $5,140,183.74. In reality, First Sound Bank is fully secured having a deed of trust on collateral worth nearly $4,000,000 and having obtained consensual writs of attachment on three other parcels of property.

   d. Petitioners are fully secured and not eligible to file the petition under 11 U.S.C. § 303(b).

## III. PRAYER FOR RELIEF

WHEREFORE, having answered the petition, Mr. Mastro prays for a judgment as follows:

1. Dismissing the petition with prejudice;

2. Awarding him his reasonable and actual attorneys' fees and costs herein;

Answer and Affirmative Defenses of
Michael R. Mastro to Involuntary Petition - 2

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

W:\CLIENTS\2845\103\answer to involuntary-1.doc

Case 09-16841-SJS    Doc 41    Filed 08/04/09    Entered 08/04/09 09:19:12    Page 2 of 3

3. For such other relief as the court deems just and equitable. Mr. Mastro expressly reserves the right to seek all such damages as may be appropriate upon dismissal of the petition.

DATED this 4th day of August, 2009.

BUCKNELL STEHLIK SATO & STUBNER, LLP

   /s/ Thomas N. Bucknell
Thomas N. Bucknell, WSBA #1587
of Attorneys for Debtor

Answer and Affirmative Defenses of
Michael R. Mastro to Involuntary Petition - 3

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

W:\CLIENTS\2845\103\answer to involuntary-1.doc

Case 09-16841-SJS    Doc 41    Filed 08/04/09    Entered 08/04/09 09:19:12    Page 3 of 3