The Honorable Samuel J. Steiner
Chapter 7 – Involuntary
Ex Parte

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHIGNTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>MICHAEL R. MASTRO<br><br>Debtor. | No. 09-16841-SJS<br><br>EX PARTE ORDER FOR RULE 2004 INSPECTION OF AVALON PROPERTY |

THIS MATTER comes before the Court on the Ex Parte Motion by Northern Trust Bank for Rule 2004 Inspection of Avalon Property. Having fully reviewed and considered this motion, the Court hereby

ORDERS that:

1. Northern Trust Bank, FSB and its consultants shall have, and be provided, access to the debtor's real property at 3295 SW Avalon Way (the "Avalon Property") in Seattle from August 31 through September 2, and thereafter as necessary, to perform and complete inspection(s) of the Avalon Property for purposes of appraisal, construction status assessment and cost-to-complete

ORDER FOR RULE 2004
INSPECTION OF AVALON PROPERTY - 1

HELSELL
FETTERMAN
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM

Case 09-16841-MLB    Doc 133    Filed 08/28/09    Entered 08/28/09 14:52:45    Page 1 of 2

estimates, and Phase I environmental site assessment.

2.   The debtor shall reasonably cooperate with Northern Trust and its consultants in coordinating and providing the access allowed by this Order.

3.   Neither Northern Trust nor its consultants may alter the Avalon Property in any way without further order of this Court.  Their access under this Order is limited to observing, inspecting and reviewing the property.

4.   Northern Trust shall assume all responsibility and liability arising out of the entry and presence of its employees, agents and consultants upon the Avalon Property during any inspection of the property, and it shall hold harmless and indemnify the United States, this Court, the United States Trustee and the Chapter 7 Trustee from any and all claims whatsoever arising out of such entry and presence upon the Avalon Property.

5.   This Order is without prejudice to any future motion by Northern Trust or order by the Court concerning boring, sampling or otherwise testing the Avalon Property for environmental site assessment beyond Phase I assessment.

DATE: August 28, 2009

*[signature]*

United States Bankruptcy Judge

Presented by:

HELSELL FETTERMAN LLP

By   *s/ Scott E. Collins*
     Scott E. Collins, WSBA #18399
Attorneys for Northern Trust Bank, FSB

ORDER FOR RULE 2004
INSPECTION OF AVALON PROPERTY - 2

HELSELL
FETTERMAN

1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

Case 09-16841-MLB    Doc 133    Filed 08/28/09    Entered 08/28/09 14:52:45    Page 2 of 2