2-entry

A Plus Property Services
11224 SE 253rd Pl.
Kent, WA 98030-5600

A Sign Company
1405 132nd Ave NE, #3
Bellevue, WA 98005

A.A.R. Testing Laboratory, Inc.
PO Box 2523
Redmond, WA 98073-2523

AAA Fire & Safety
3013 3rd Ave. N.
Seattle, WA 98109

AABCO Barricade Company Inc.
4025 80th St. SW
Mukilteo, WA 98275

ABC Supply Co., Inc.
10801 A Street S., Bldg. O
Tacoma, WA 98444

ABCO Enterprises LLC
9507 S. 199th St.
Renton, WA 98055

Abel Curbing Inc.
PO Box 1888
Everett, WA 98206

Abossein Engineering, LLC
2100 112th Ave. NE, #201
Bellevue, WA 98004-2972


ACCO Air Conditioning
6265 San Fernando Road
Glendale, CA 91201-2214


Accounttemps
File 73484
PO Box 60000
San Francisco, CA 94160-3484


Accurate Contracting Co., Inc.
6212 NE 152nd Ave.
Vancouver, WA 98682


Accurate Siding Inc.
8353 132nd Ave. NE
Kirkland, WA 98033


Ackerman
8508 228th St. Ct. E
Graham, WA 98338


ADP, Inc.
5000 148th Ave. NE
Redmond, WA 98052-5119


Aetna, Inc.
PO Box 894938
Los Angeles, CA 90189-4938


AFCO
Dept. LA21315
Pasadena, CA 91185-1315

Sheldon W. Ainslie
6267 SE Acorn Court
Milwaukie, OR 97267

Alderwood Water District
3625 156th St. SW
Lynnwood, WA 98087

Alki Lumber & Hardware, Inc.
4422 36th SW
PO Box 16345
Seattle, WA 98116-0345

All Star Heating & Air Cond.
PO Box 70
Fall City, WA 98024

Allied Building Products Corp.
14390 NE 200th St.
Woodinville, WA 98072

Allied Waste Services
PO Box 78829
Phoenix, AZ 85062-8829

Allstate Insurance
23717 SR 527
Bothell, WA 98021

Allwest Underground
230 Frontage Road S.
Pacific, WA 98047-1018

David Altaras
13213 SE 42nd Place
Bellevue, WA 98006

American Marine Bank
PO Box 10788
Bainbridge Island, WA 98110


Amir Engineering Inc.
515 116th Ave. NE, #235
Bellevue, WA 98004


Judy Annibal
19493 N. Desent Mesa Dr.
Surprise, AZ 85374


Apartment Finders
PO Box 53185
Bellevue, WA 98015-3185


Apartment Guide
Consumser Service
PO Box 402039
Atlanta, GA 30384-2039


Aqua Quip
1020 Bellevue Way NE
Bellevue, WA 98004


Arkansas Partners II LLC
510 Rainier South
Seattle, WA 98144


Arkansas Partners LLC
510 Rainier South
Seattle, WA 98144


Matt and Sue Armstrong
8305 228th St. Ct. East
Graham, WA 98338

Charles J. Arnone
12118 SE 14th St.
Bellevue, WA 98005


Arthur A. Mazzola
2400 Elliott Ave., Unit 301
Seattle, WA 98121


Rex De Asis
6970 California Ave. SW, Unit B-202
Seattle, WA 98136


Rex De Asis
6970 California Ave. SW, Unit B305
Seattle, WA 98136


Aspen Paints
1128 SW Spokane Street
Seattle, WA 98134


AT&T Wireless
PO Box 6463
Carol Stream, IL 60197-6463


Katherine M. Atkinson
1233 68th Loop SE
Auburn, WA 98092


Auburn Mechanical
PO Box 249
2623 West Valley Hwy
Auburn, WA 98071


Sridhar Avantsa
6970 California Ave. SW, Unit B-405
Seattle, WA 98136

Avatar Income Fund I
c/o Wells Fargo Bank
PO Box 84545
Seattle, WA 98124


Baima & Holmberg
100 Front Street South
Issaquah, WA 98027-3817


Nancy Baltazor
P.O. Box 80372
Seattle, WA 98108


BancFirst
PO Box 26788
Oklahoma City, OH 73126


BancFirst
101 N. Broadway
Oklahoma City, OK 73102


Angela Banchero
8440 Delridge Way SW, Apt. #3
Seattle, WA 98106


Christina Banchero
1733 S. 9th Avenue
Tacoma, WA 98405


Edith Banchero
7812 Rainier Ave. S.
Seattle, WA 98118


Larry Banchero
c/o Lori Banchero
7209 S. 128th St.
Seattle, WA 98178

Lori Banchero
7209 S. 128th St.
Seattle, WA 98178


Ralph Banchero
PO Box 80187
Seattle, WA 98108


Bank of America
WA1-501-37-54
800 Fifth Ave., 37th Floor
Seattle, WA 98104


Bank of America
2990 Lava Ridge Ct.
Roseville, CA 95661-3034


Jack Barber
2312 18th Ave. S.
Seattle, WA 98144


Linda Bard
2117 2nd Ave.
Seattle, WA 98121


Michael Bard
2117 2nd Ave.
Seattle, WA 98121


Rebecca L. Barlting
19005 Ballinger Way NE
Lake Forest Park, WA 98155


Eddie Barrat
465 N. 45th Apt. #205
Seattle, WA 98103

Basic Ventures, Inc.
18211 240th Ave. SE
Maple Valley, WA 98038


Bay Bank
10500 NE 8th Street, #1750
Bellevue, WA 98004


Bellevue 59, LLC
510 Rainier South
Seattle, WA 98144


Bellevue 59, LLC??
510 Rainier South
Seattle, WA 98144


Bellevue City Treasurer
PO Box 90030
Bellevue, WA 98009-9030


Berg Scaffolding Co.
2130 East D Street
Tacoma, WA 98421


Mary Betz
1621 N. 47th St.
Seattle, WA 98103


Colleen R. Biel
1059 S. 230th Street
Des Moines, WA 98198


Roxanne L. Biel
c/o Colleen R. Biel
1059 S. 230th Street
Des Moines, WA 98198

Richard L. Bingham
11616 N. Alberta Lane
Spokane, WA 99218


Barry Bloch
10259 NE 62nd St.
Kirkland, WA 98033


Teresa A. Bloch
10259 NE 62nd St.
Kirkland, WA 98033


Blue Mountain Plaza, LLC
510 Rainier South
Seattle, WA 98144


Bravo Construction
16825 48th Ave. W., #104
Lynnwood, WA 98037


Coralyn B. Brenneman
3727 36th Ave. SW
Seattle, WA 98126


Eric D. Brickley
6970 California Ave. SW, Unit B-105
Seattle, WA 98136


Broderick Group
10500 NE 8th St. #900
Bellevue, WA 98004


Shirley Buchholz
16127 W. Desert Cove Way
Surprise, AZ 85374

William Buchholz
16127 W. Desert Cove Way
Surprise, AZ 85374


Diane E. Buck
13048 57th Ave. S.
Tukwila, WA 98178


Crystal Bullard
6960 California Ave. SW, Unit A-202
Seattle, WA 98136


Dan and Amanda Byrnside
8210 229th St. Ct. East
Graham, WA 98338


C&E Developments LLC
Kayla Ave. SE
Yelm, WA 98597


Cadman, Inc.
PO Box 97038
Redmond, WA 98073-9738


Abby Campbell
26100 134th Ave SE
Kent, WA 98042


Cec Campbell
4527 45th Ave. SW, Unit #403N
Seattle, WA 98116


Charlene Campbell
26100 134th Ave. SE
Kent, WA 98042

Maynard Campbell
816 S. 216th Street, #T-624
Des Moines, WA 98198


Michael S. Campbell
26100 134th Ave. SE
Kent, WA 98042


Nyle Campbell
26100 134th Ave. SE
Kent, WA 98042


Carl Warren & Company
Insurance Adjusters
PO Box 25161
Santa Ana, CA 92799-5161


Carrillo
8513 228th St. Ct. East
Graham, WA 98338


Cascade Bank
2828 Colby Avenue
Everett, WA 98201


Cascadian Building Maintenance
7415 129th Ave. SE
Newcastle, WA 98059


Casey & Pruzan
425 Pike Street, #610
Seattle, WA 98101


Castle Heating & Air Cond.
PO Box 620
South Prairie, WA 98385-0600

CB Richard Ellis
1420 Fifth Ave., #440
Seattle, WA 98101

CC Edwards Construction Co.
PO Box 1600
Orting, WA 98360

David Ceccarelli
18946 34th Ave. S.
SeaTac, WA 98188

Cemex
PO Box 73261
Chicago, IL 60673

Central Pacific Bank
220 S. King St., #200
Honolulu, HI 96813

Central Pacific Bank
16870 W. Bernardo Drive, #360
San Diego, CA 92127

Certified Backflow Testing
1410 235Pl. SE
Sammamish, WA 98075

Charter Bank
1325 Fourth Avenue, #1700
Seattle, WA 98101

Henry Chen
4661 138th Ave. SE
Bellevue, WA 98006

Michael K. Chen
4661 138th Ave. SE
Bellevue, WA 98006


Patrick K. Chen
4661 138th Ave. SE
Bellevue, WA 98006


Alan Cheung
3601 W. Hidden Ln. #106
RHE, CA 90274


China Trust Bank (USA)
22939 Hawthorne Blvd.
Torrance, CA 90505


Chinatrust Bank (U.S.A.)
500 108th Ave. NE, #1H3
Bellevue, WA 98004


City of Bellevue
PO Box 34349
Seattle, WA 98124-1349


City of Bonney Lake
19306 Bonney Lake Blvd.
PO Box 7380
Bonney Lake, WA 98390-8850


City of Bothell
PO Box 1526
Bothell, WA 98041-1526


City of Covington
16720 SE 271st Street, #100
Covington, WA 98042

City of Duvall
PO Box 1300
Duvall, WA 98019-1300


City of Edgewood
2221 Meridian Ave. East
Edgewood, WA 98371-1010


City of Edmonds
121 5th Ave. N.
Edmonds, WA 98020


City of Issaquah
Utility Building
PO Box 1307
Issaquah, WA 98027


City of Kenmore
PO Box 82607
Kenmore, WA 98028-0607


City of Kent
PO Box 84665
Seattle, WA 98124-5965


City of Kirkland
Public Works Dep.
123 Fifth Avenue
Kirkland, WA 98033


City of Kirkland Utility Bill
PO Box 3327
Kirkland, WA 98083-3327


City of Lacey
PO Box 5000
Lacey, WA 98509-5000

City of Lacey
PO Box 3400
420 College St. SE
Lacey, WA 98509-3400


City of Lynnwood
PO Box 5008
Lynnwood, WA 98046-5008


City of Monroe
806 West Main Street
Monroe, WA 98272-2125


City of Pacific
100 3rd Ave. SE
Pacific, WA 98047


City of Redmond
3NFN-Cashier
PO Box 97010
Redmond, WA 98073-9710


City of Seattle
Dept. of Finance
700 5th Ave., #4250
Seattle, WA 98124-4996


City of Tacoma
PO Box 11010
Tacoma, WA 98411-1010


City of Tukwila
6200 Southcenter Blvd.
Tukwila, WA 98188-2599


City of Yelm
PO Box 479
Yelm, WA 98597-0479

Cityof Sumner
Utility Dept.
1104 Maple Street
 Sumner, WA 98390


John and Marilyn Clarence
8205 230th St. Ct. East
Graham, WA 98338


Classified Ventures
2563 Collection Center Dr.
Chicago, IL 60693


Sharon Clements
7609 N. FM 2378
Shallowater, TX 79363


Coast Crane Company
Dept. 33655
PO Box 39000
San Francisco, CA 94139


Coastal Community Bank
PO Box 12220
Everett, WA 98206


Cochran
Kayla St. SE
Yelm, WA 98597


Dominic Colello
912 S. 294th Place
Federal Way, WA 98003


George A. Colello
9133 Alpine Grove Ave., Unit 103
Las Vegas, NV 89149

Joseph T. Colello
10737 Glen Acres Dr. S.
Seattle, WA 98168


Mark Collier
23012 82nd Ave. Ct. East
Graham, WA 98338


Columbia State Bank
1301 A Street, 8th Floor
Tacoma, WA


Commerce Bank
601 Union Bank, #3600
Seattle, WA 98101


Commerce State Bank
601 Union Street, #3600
Seattle, WA 98101


Concept Dorssers
74 Boulevard D'Italie
Monte Carlo, 98000
Monaco


Concrete & Steel Systems
1674 1/2 Lincoln Ave.
Tacoma, WA 98421


Concrete Services
6423 Pacific Hwy E.
Fife, WA 98424


Concrete Technology
PO Box 2259
Tacoma, WA 98401-2259

Contech Construction Products
File 53142
Los Angeles, CA 90074-3142


Timothy and Paige Cox
22904 82nd Ave. Ct. East
Graham, WA 98338


Crager
8204 229th St. Ct. East
Graham, WA 98338


Joseph Cristofaro
4311 15th S.
Seattle, WA 98108


Rose H. Croce
4351 14th Ave. S.
Seattle, WA 98134


Crowe
8412 229th St. Ct. East
Graham, WA 98338


Julieanne and Richard Cruz
8411 229th St. Ct. East
Graham, WA 98338


Carol M. Culver
607 28th Ave., Apt. #310
Milton, WA 98354


Steve Cupic
Cupic Children College Fund
8210 SE 29th Street
Mercer Island, WA 98040

Custom Sprinkler Corporation
PO Box 1137
Maple Valley, WA 98038


Cuz Concrete Products, Inc.
19604 67th Ave. NE
Arlington, WA 98223-8769


CW Capital Management
11200 Rockville Pike
Rockville, MD 20852


Scott Daiger


Craig Dalgleish
20017 NE 39th St.
Sammamish, WA 98074


Cyndi K. Dalgleish
20017 NE 39th St.
Sammamish, WA 98074


Megan Dalgleish
20017 NE 39th St.
Sammamish, WA 98074


Shane Dalgleish
20017 NE 39th St.
Sammamish, WA 98074


Daly's
200 105th NE
Bellevue, WA 98004

Daniel E. Resnik
1618 108th Ave. NE
Bellevue, WA 98004


Cynthia and John S. Davis
8511 230th St. Ct. East
Graham, WA 98338


DDES
900 Oakesdale Ave. SW
Renton, WA 98057


Dealership Dev. SVC, LLC
510 Rainier South
Seattle, WA 98144


Barbara DeCaro
Sons of Italy #1390
17215 139th Place SE
Renton, WA 98058


Eric DeGooyer


Lewis DeLaurenti
6424 Lk. Wash. Blvd. NE #13
Kirkland, WA 98033


Patricia DeLaurenti
6424 Lk. Wash. Blvd. NE, #13
Kirkland, WA 98033


DeLong
8409 228th St. Ct. East
Graham, WA 98338

Depart. of Labor & Industries
Collections/Bankruptcy
PO Box 44170
Olympia, WA 98504-4170


Department of Ecology
Cashiering Section
PO Box 47611
Olympia, WA 98504-7611


Department of Labor & Industries
Collections/Bankruptcy
PO Box 44170
Olympia, WA 98504-4170


Department of Revenue
PO Box 47464
Olympia, WA 98504-7464


Department of Transportation
Olympic Region
PO Box 47440
Olympia, WA 98504-7440


Dependable Construction Supply
12738 28th Ave. NE
Seattle, WA 98125


Dept. of Labor & Industries
Contractor Registration
PO Box 44450
Olympia, WA 98504-4450


Dept. of Revenue
Attn: Bankruptcy
2101 4th Ave., #1400
Seattle, WA 98121-2317


Dept. of Transportation
Northwest Region
PO Box 330310
Seattle, WA 98133-9710

Ryan and Davina Derrickson
8514 229th St. Ct. East
Graham, WA 98338


Dexia Real Estate Capital Markets
1180 NW Maple St., #202
Issaquah, WA 98027


Frontier Bank
PO Box 2210
Everett, WA 98203


Robert Diamond
PO Box 98354
Lakewood, WA 98496


Thomas Didonato
1612 S. Hinds St.
Seattle, WA 98144


John Ditore
2569 24th West
Seattle, WA 98199


Anthony Do
4836 California Ave. SW
Seattle, WA 98116


Hendrik Dorssers
17446 NE 40th Place
Redmond, WA 98052


Victoria Doubek
Jill Finseth
22903 85th Ave. Ct. East
Graham, WA 98338

Theresa Dowell
10900 NE 4th Street, #2230
Bellevue, WA 98004


Driscoll Architects
115 Bell Street
Seattle, WA 98121


James and Dana Duffy
6960 California Ave. SW, Unit A-306
Seattle, WA 98136


Dunlap Industrial Hardware
1028 West Marine View Dr.
Everett, WA 98201


Dunn Lumber
PO Box 45550
Seattle, WA 98145-0550


Lindsey Durant
6970 California Ave. SW, Unit B-209
Seattle, WA 98136


Christian Durst
c/o Terry Durst
4190 E. Palm Canyon Dr.
Palm Springs, CA 92264


John J. Durst
c/o Terry Durst
4190 E. Palm Canyon Dr.
Palm Springs, CA 92264


Terry Durst
4190 E. Palm Canyon Dr.
Palm Springs, CA 92264

Duvall Project, LLC??
510 Rainier South
Seattle, WA 98144


Duvall Project, LLD
510 Rainier South
Seattle, WA 98144


Dynamex Inc.
PO Box 803496
Dallas, TX 75380


E3RA, Inc.
9802 29th Ave. W., #B102
Everett, WA 98204


Earth Consultants
File 30449
P.O. Box 60000
San Francisco, CA 94160


Earth Solutions NW LLC
2881 152nd Ave. NE
Redmond, WA 98052


Eastgate Plaza LLC
c/o Alexandria Investment Co., Inc.
101 99th NE, #301
Bellevue, WA 98004


Eastside Rentals & Equipment
11830 NE 8th Street
Bellevue, WA 98005-3084


Rose K. Eguchi
c/o Barbara Ishitani
6921 125th Ave. SE
Newcastle, WA 98056

James R. Ehnborn
8307 229th St. Ct. East
Graham, WA 98338


Elder
8203 229th St. Ct. East
Graham, WA 98338


Ron Elgin
3035 Perkins Lane West
Seattle, WA 98199


Dorothy Elliott
8814 N. Mercer Way
Mercer Island, WA 98040


Emerald City Fence
PO Box 2604
Renton, WA 98056


Michael English
6970 California Ave. SW, Unit B-301
Seattle, WA 98136


Irene Epstein
4216 Shoreclub Dr.
Mercer Island, WA 98040


Equity Funding LLC
12505 Bel-Red Road, #200
Bellevue, WA 98005


Everett Steel
PO Box 776
Everett, WA 98206

Evergreen Bank
1111 3rd Avenue, #100
Seattle, WA 98101


Evergreen West
PO Box 2017
Woodinville, WA 98072


Ewing Irrigation
3441 E. Harbour Drive
Phoenix, AZ 85034


Exterior Systems
PO Box 716
Scottsdale, AZ 85252


Victoria Fair
Karen Leland
8308 229th St. Ct. East
Graham, WA 98338


Farmers Insurance
450 Shattuck Ave. S., #201
Renton, WA 98055


Fedex
PO Box 94515
Palatine, IL 60094-4515


Ferguson Enterprises Inc.
FEI-Seattle WW #1539
PO Box 802806
Chicago, IL 60680-2806


First American Exchange Company
23009 85th Ave. Ct. East
Graham, WA 98338

First Horizon Home Loan Corp.
5808 Lk. Wash. Blvd., #400
Kirkland, WA 98033


First Mutual Bank
400 108th Ave. NE
Bellevue, WA 98004


First Mutual Bank
PO Box 1647
Bellevue, WA 98009-1647


First Sound Bank
925 Fourth Ave., #2350
Seattle, WA 98104


Daryl B. Fish
Hope Bible Fellowship
2713 166th St. SE
Bothell, WA 98012


Daryl B. Fish
2713 166th St. SE
Bothell, WA 98012


Joyce Fletchall
The Special Needs Trust for
Joyce Fletchall
PO Box 938
Tracyton, WA 98393

For Rent
75 Remittance Drive, #1705
Chicago, IL 60675-1705


Foundation Bank
1110 112th Ave N.E., #100
Bellevue, WA 98004

Foundation Bank
1110 - 112th Ave. NE, #200
Bellevue, WA 98004


Foushee & Associates
PO Box 3767
Bellevue, WA 98009


Suzan L. Frasier
8129 27th Pl. NE
Everett, WA 98205


Freiheit & Ho Architect
10230 NE Points Dr., #300
Kirkland, WA 98033


Allan Friedman
Allen Friedman Defined Cont. 401(k)
5817 145th Pl. SE
Bellevue, WA 98006


Allan Friedman
5817 145th Pl. SE
Bellevue, WA 98006


Frontier Bank
PO Box 2210
Everett, WA 98203


Frontier Bank
PO Box 2210
Everett, WA 98213


Frontier Bank
332 SW Everett Mall Way
Everett, WA 98204

Bryan Fuller
30454 21st Ave. SW
Federal Way, WA 98023


Debra Fuller
2028 SW 306 Pl.
Federal Way, WA 98023


G.M. Fab
14331 Beverly Park Road
Edmonds, WA 98026


Joel Gamel
Gamel Investment Group
8814 N. Mercer Way
Mercer Island, WA 98040


Gemco
PO Box 6634
Bellevue, WA 98008


Irene Gendron
6960 California Ave. SW, Unit A-208
Seattle, WA 98136


Geodatum
22525 64th Pl. #266
Issaquah, WA 98027


Geo-Engineers Inc.
8410 154th Ave. NE
Redmond, WA 98052


Geotech Consultants, Inc.
13256 NE 20th St., #16
Bellevue, WA 98005

Ralph Giannette
3850 Mountain Vista St., #139
Las Vegas, NV 89121-1913

Thomas Giles
6970 California Ave. SW, Unit B-408
Seattle, WA 98136

Marjorie I. Gillet
6970 California Ave. SW, Unit B-409
Seattle, WA 98136

Glacier Northwest
PO Box 3601
Seattle, WA 98124-3601

Michael and Deborah Golder
8516 231st St. East
Graham, WA 98338

Golf Savings Bank
Attn: Mark Milan
6505 218th St. SW
Mt. Lake Terrace, WA 98043

Gomez
91st Ave. SE
Yelm, WA 98597

Jason L. Goodwin
15107 SE 183rd Dr.
Renton, WA 98058

Heather L. Gordon (Muscatel)
6970 California Ave. SW, Unit B-109
Seattle, WA 98136

Steven C. Gorecki
6970 California Ave. SW, Unit B-402
Seattle, WA 98136


Nancy L. Gower
11687 SE 308th Pl.
Auburn, WA 98092


Grand Firs


Grand Firs HOA


Grand Firs, LLC
510 Rainier South
Seattle, WA 98144


Graybar Electric
File 57073
Los Angeles, CA 90074-7073


Wiktor and Amy Greger
6960 California Ave. SW, Unit A-406
Seattle, WA 98136


Group Architect
2222 Eastlake Ave. E.
Seattle, WA 98102


GTS Drywall Supply
PO Box 84166
Seattle, WA 98124-5466

GVA Kidder Mathews
12886 Interurban Ave. S.
Seattle, WA 98168


H.D. Fowler Company
PO Box 160
Bellevue, WA 98009-0160


Carmen Hagan
1540 S. Angeline St.
Seattle, WA 98108


Daniel K. Hagan
4502 13th Ave. S.
Seattle, WA 98108


Jeffrey R. Hagemeier
6960 California Ave. SW, Unit A-409
Seattle, WA 98136


I. Scott Hall
18160 Cottonwood Rd. #459
Sunriver, OR 97707


Lian Rita Handaja
6960 California Ave. SW, Unit A-402
Seattle, WA 98136


Ed Hansen
4329 E. Lake Sammamish Pkwy SE
Issaquah, WA 98029


Gay K. Harper
4123 California Ave. SW, #201
Seattle, WA 98116

Phyllis Harrison
8507 228th St. Ct. East
Graham, WA 98338


Michael and Daphne Hart
22812 82nd Ave. Ct. East
Graham, WA 98338


Albert Hasson
2618 169th NE
Bellevue, WA 98008


Haulaway Storage Co.
PO Box 186
Stanton, CA 90680-0186


Nicole Hazelrigg
9821 SE 40th St.
Mercer Island, WA 98040


HD Supply Waterworks, Ltd.
File 56214
Los Angeles, CA 90074-6214


Charles Henderson
The Henderson Group
924 Shorewood Dr., #48
Bremerton, WA 98312


Shauna Higgins
32427 51st Ave. SW
Federal Way, WA 98023


Ryan and Stephanie Hobton
23008 82nd Ave. Ct. East
Graham, WA 98338

Margaret Lee Holde
19735 Hollyhills Dr. NE
Bothell, WA 98011


Max E. Hollenbeck
3643 38th Ave. W.
Seattle, WA 98199


Jeffrey and Kim Holmes
91st Ave. SE
Yelm, WA 98597


Home Depot
Dept. 32-2500604487
PO Box 6031
Te Lake, NV 88901-6031


Home Depot Supply
PO Box 509058
San Diego, CA 92150-9058


Homestreet Bank
601 Union Street, #2000
Seattle, WA 98101-2326


Homestreet Bank
601 Union Street, #2000
Seattle, WA 98101-2326


Honey Bucket
PO Box 73399
Puyallup, WA 98373


Sylvia Hopkins
1115 108th Ave. NE
Bellevue, WA 98004

Horizon Bank
2211 Rimland Dr., #230
Bellingham, WA 98226


Horizon Bank
PO Box 580
Bellingham, WA 98227


Mark L. Horvill
8219 228th St. Ct. East
Graham, WA 98338


Hungry Mower
7710 156th st. Ct. E, #30
Puyallup, WA 98375


Hwy2 Property Management LLC
510 Rainier South
Seattle, WA 98144


Icon Materials, Inc.
PO Box 88050
Tukwila, WA 98138


IDS Life Insurance Co.
Attn: RE Loan Mgmt, Unit 401
Minneapolis, MN 55042


IDS Life Insurance Co.
Attn: RE Loan Mgmt, Unit 401
Minneapolis, MN 55402


Ihrig
22916 78th Ave. Ct. East
Graham, WA 98338

Integra
PO Box 3034
Portland, OR 97208-3034


Island Utility Company
13116 134th Ave. KPN
Gig Harbor, WA 98329


Italian Club of Seattle, Inc.
PO Box 9549
Seattle, WA 98109


Carolyn Jackson
Italian Community Hall Inc.
2706 30th S.
Seattle, WA 98144


David and Marietes Jasa
8313 229th St. Ct. East
Graham, WA 98338


JB Instant Lawn
5289 Bluegrass Lane NE
Silverton, OR 97381-9668


Jev Recycling Inc.
PO Box 1261
Woodinville, WA 98072


JMS Construction
8575 Willows Road NE
Redmond, WA 98052


Johnson
8216 229th St. Ct. East
Graham, WA 98338

Katherine Johnson
8430 15th Place SE, #73
Everett, WA 98205


Benny Allen Jones
8317 228th St. Ct. East
Graham, WA 98338


Gregory Jones
1227 Lexington Way E.
Seattle, WA 98112


Jeannine Jones
1227 Lexington Way E.
Seattle, WA 98112


Jones/Kaehler
8503 229th St. Ct. East
Graham, WA 98338


JPC Architects
601 108th Ave. NE, #2250
Bellevue, WA 98004


Julius Rosso Whls.
PO Box 80543
6404 Ellis Ave. South
Seattle, WA 98108


K & K Concrete
12730 HWY 99 South
Everett, WA 98204-6227


K&M Aviation LLC

K.P. Ventures Drilling
PO Box 2411
Cottonwood, AZ 86326


Mary E. Kaivola
PO Box 55081
Shoreline, WA 98155


Mehdi Kamalian
8206 230th St. Ct. East
Graham, WA 98338


KC DDES
900 Oakesdale Ave. SW
Renton, Wa 98055-1219


Katherine Kelley
Gerald J. Patten
9101 Steilacoom Rd. SE, Unit 133
Olympia, WA 98513


Larry Kelley
46-241 Kalali St.
Kaneohe, HI 96744


Kelly Moore Paint
6101 Airport Way South
Seattle, WA 98108-2752


Kenmore, LLC
510 Rainier South
Seattle, WA 98144


Randal Kent
27822 36th Ave NW
Stanwood, WA 98292

Thomas W. Kenyon
1743A 13th Ave. S.
Seattle, WA 98144


Stacy M. Kerns
4190 E. Palm Canyon Dr.
Palm Springs, CA 92264


Young Joo Kim
6970 California Ave. SW, Unit B-205
Seattle, WA 98136


King County Finance
500 4th Ave., Room 600
Seattle, WA 98104


Dan Kirby
3800 Jester Ct. NW
Olympia, WA 98502


Kitsap Lumber
450 National Ave. S.
Bremerton, WA 98312-3967


Robert F. Knowles
PO Box 31512
Seattle, WA 98103


Sarah and Timothy Knuth
23018 82nd Ave. Ct. East
Graham, WA 98338


Simon J. Korver
301 W. Homestead Blvd., #306
Lynden, WA 98264

Chris Kosmos
221 First Ave. W., #415
Seattle, WA 98119


Elizabeth J. Kost
4545 Sand Point Way NE, #508
Seattle, WA 98105


Norbet Krumvieda
3238 S. Kevin St.
Langley, WA 98260


L.A. Olson Construction, Inc.
618 223rd Street, #1
Des Moines, WA 98198


Lynn M. Lagried
22414 97th West
Edmonds, WA 98020


Richard T. Laine
719 N. 150th St.
Shoreline, WA 98133


Lakehaven Utility Dist.
31627 First Ave. South
Federal Way, WA 98003


Lakeside Industries
PO Box 7016
Issaquah, WA 98027


Keith W. Larson
7275 S. Valdai Circle
Aurora, CO 80016

Wai Lee Lau
6970 California Ave. SW, Unit B-208
Seattle, WA 98136


Wayne Lau



Nelson L. Layman Jr.
Trucking & Excavating
PO Box 808
Carnation, WA 98014


LCY LLC



Rick S. Leavitt
Leavitt Construction Co. Inc.
PO Box 4106
Bellevue, WA 98009


Rick S. Leavitt
PO Box 4106
Bellevue, WA 98009



Betty LeBid
LeBid Washington Properties LLC
111 West Highland Drive - 4W
Seattle, WA 98119


LEC Contractors
25850 M.V. Black Diamond Rd. S.
Maple Valley, WA 98038



Lehman Commercial Paper

Robert Joseph Lehman
6960 California Ave. SW, Unit A-302
Seattle, WA 98136


Patrick K. Leith
PO Box 85
Hobart, WA 98025


Leroy
PO Box 740
Puyallup, WA 98371


John Leung
PO Box 45083
Seattle, WA 98145


Ka Wai Dora (Angela) Leung
6960 California Ave. SW, Unit A-401
Seattle, WA 98136


Kurt Lewis
23018 78th Ave. Ct. East
Graham, WA 98338


Rebecca Lewis
4505 SW 327th St.
Federal Way, WA 98023


Sharon J. Lewis
4505 SW 327th St.
Federal Way, WA 98023


LK Nova Dev. LLC
17726 SE 58th Pl.
Bellevue, WA 98005

LMC Siding
2007 Elma Pl. NE
Renton, WA 98059


Diane M. Lockhart
12023 Dayton Ave. N.
Seattle, WA 98133


Lock-Tech
16144 NE 87th Street
Redmond, WA 98052-3505


Lockworks
16510 Redmond Way
Redmond, WA 98052


Daniel Louis
2144 Morgan Lane
Ingleside, TX 78362


Louanne H. Low
1970 Harvard Ave. E., #1
Seattle, WA 98102


Lowers
8318 228th St. Ct. East
Graham, WA 98338


Lowes Companies Inc.
PO Box 281791
Atlanta, GA 30384-1791


Betty J. Lowry
909 Homestead Pl.
Escondido, CA 92026

David W. Lowry
909 Homestead Pl.
Escondido, CA 92026


Lumbermens Building
PO Box 2139
Redmond, WA 98073-2139


Ludwig R. Maerz
6960 California Ave. SW, Unit A-108
Seattle, WA 98136


Malcolm Drilling
8701 S. 192nd Street
Kent, WA 98031


Jeanette Mallary
3227 96th Ave. NE
Bellevue, WA 98004


Manor Hardware & Const.
21323 68th Ave. W.
Lynnwood, WA 98036


Joanne Spino Marchese
Sons of Italy #1390
1937 31st Ave. W.
Seattle, WA 98199


John S. Marchese
1937 31st W.
Seattle, WA 98199


Marcus & Millichap
201 E. Fifth St., #2050
Cinicinnati, OH 45202

Mark A. Carter Construction
PO Box 2967
Renton, WA 98056


Mark Travers Architect
2315 E. Pike
Seattle, WA 98122


Charlene Marrone
Legal Guardian Gloria


Marsh USA Inc.
PO Box 3871
Seattle, WA 98124-3871


Maylynn Kim Mastandrea
11108 SE 61st Pl.
Bellevue, WA 98006


Maria Mastendrea
6062 118th Ave. SE
Bellevue, WA 98006


Mastro Irrevocable Trust


Mastro Willows 2, LLC
510 Rainier South
Seattle, WA 98144


Mastro Willows 2, LLC
510 Rainier South
Seatlte, WA 98144

Linda Mastro
3435 Evergreen Pt. Road
Medina, WA 98039


Michael K. Mastro
801 Lakeside Ave. South
Seattle, WA 98144


Matheus Lumber
PO Box 2260
Woodinville, WA 98072


Steven and Sharon May
8414 230th St. East
Graham, WA 98338


Jo Maynard
511 W. Mercer Place, #102
Seattle, WA 98119


Louise McClain
4641 W. Sammamish Pkwy SE #F106
Seattle, WA 98029


Ancil M. McCleary
33421 33rd Pl. S.
Auburn, WA 98001


Austin M. McCray
6970 California Ave. SW, Unit B-309
Seattle, WA 98136


McDonald, Marcus & Ariana
8416 228th St. Ct. East
Graham, WA 98338

McFabco Steel Corporation
PO Box 24944
Seattle, WA 98124-0944


McGraw Insurance Services
3601 Haven Avenue
Menlo Park, CA 94025


McGregor Door &  Hardware LLC
4435 South 134th Place
Seattle, WA 98168-6204


McLendon Hardware
715 Lind Ave. SW
Renton, WA 98055


MD2
10500 NE 8th, #1875
Bellevue, WA 98004


Meridian On Bi Condo Assoc
360 Knetchel Way
Bainbridge Island, WA 98110


Michael K. Mastro
801 Lakeside Ave. South
Seattle, WA 98144


Midway Sewer District
PO Box 3487
Kent, WA 98032-0209


Miles Sand & Gravel
PO Box 130
Auburn, WA 98071

Miller
8202 228th St. Ct. East
Graham, WA 98338


Helen F. Milton
4744 30th Ave. S.
Seattle, WA 98108


Takako Mino
1624 Laukahi St.
Honolulu, HI 96821


Miracle  Carpet
13311 NE 175th
Woodinville, WA 98072


Joan Mistler
10266 NE 20th Pl.
Bellevue, WA 98004


Joey D. Mistler
10266 NE 20th Pl.
Bellevue, WA 98004


Mobile Crane Co. Inc.
PO Box 3767
Seattle, WA 98124-3767


Mobile Mini, Inc.
7420 South Kyrene Road, #101
Tempe, AZ 85283


Rick Moe
PO Box 353
Hobart, WA 98025

Moe's Hoes Inc.
PO Box 353
Hobart, WA 98025


Lawrence D. Mondschein
1100 Bayshore Drive
Camano Island, WA 98292


Mukilteo Water District
PO Box 260
Mukilteo, WA 98275-0260


Catherine M. Murphy
12003 36th Ave. NE
Seattle, WA 98125


Suzanne E. Murray
6960 California Ave. SW, Unit A-109
Seattle, WA 98136


Mutual Materials
PO Box 84743
Seattle, WA 98124-6043


NABCO
6518 Ravenna Ave. NE
Seattle, WA 98115


Danile Nachampassak
8110 81st Ave. Ct. East
Graham, WA 98338


National Barricade Co. LLC
6518 Ravenna Ave. NE
Seattle, WA 98115-7096

National Waterworks
File 56214
Los Angeles, CA 90074-6214


Philippe Naud
10309 Ashworth Ave. N.
Seattle, WA 98133


Mt. View-Edgewood Water Co.
11610 32nd St. East
Edgewood, WA 98372-2099


Nelson L. Layman Tru.
34930 NE 14th Street
Carnation, WA 98014-5601


Nelson Trucking Company
PO Box 80323
Seattle, WA 98108-0323


Ness Crane Service, Inc.
PO Box 70545
Seattle, WA 98107


North Coast Electric
PO Box 34399
Seattle, WA 98124-1399


Northern Trust
1414 Fourth Avenue
Seattle, WA 98101


Northland Electric, Inc.
PO Box 2080
Snohomish, WA 98291-2080

Northshore Utility District
PO Box 82489
Kenmore, WA 98208-0489


Northwest Millwork Inc.
360 W. Nickerson St.
Seattle, Wa 98119


Kenneth M. Nutt
8501 228th St. Ct. East
Graham, WA 98338


NW Landscape Service
PO Box 864
Woodinville, WA 98072


Odden
8515 229th St. Ct. East
Graham, WA 98338


Robert and Desiree Odegaard
23019 85th Ave. Ct. East
Graham, WA 98338


Office Depot
PO Box 88040
Chicago, IL 60680-1040


Oldcastle Precast
File No. 72477-010
PO Box 60000
San Francisco, CA 94160-2477


Robert G. Olsby
9215 60th Ave. W.
Mukilteo, WA 98275

Leonard A. Olson
29102 Redondo Way S.
Federal Way, WA 98003


Olympic View Water and Sewer
23725 Edmonds Way
Edmonds, WA 98026


On-Site Manager, Inc.
2465 Latham Street, #301
Mt. View, CA 94040


Juan and Jennefer Ornelas
8315 230th St. Ct. East
Graham, WA 98338


OSO Lumber & Hardware
17821 59th Ave. NE
Arlington, WA 98223


Overhead Door Co of Everett
610 Front Street, #407
Mukilteo, WA 98275-1566


Pacific Atlantic Trading Co. Ltd.
1121 Fircrest Dr.
Fircrest, WA 98466


Pacific Breeze
PO Box 1663
Woodinville, WA 98072


Pacific Continental Bank
305 - 108th Ave. NE, #100
Bellevue, WA 9804

Pacific Continental Bank
305 - 108th Ave. NE, #100
Bellevue, WA 98004


Pacific Continental Bank
1100 Olive Way, #102
Seattle, WA 98101-1844


Pacific Continental Bank
305 - 108th Ave NE, #100
Bellevue, WA 98004


Pacific Engineering
15445 53rd Ave. S., #100
Seattle, WA 98188


Pacific Metal Company
Unit 01
PO Box 5000
Portland, WA 97208-5000


Pacific Northwest Title
215 Columbia Street, 4th
Seattle, WA 98104-1511


Pacific Office Automation
1961 Hirst Drive
Moberly, MO 65270


Pacific Office Automation
14747 NW Greenbrier Parkway
Beaverton, OR 97006


Pacific Overhead Door Inc.
5315 Milwaukee Ave. East
Puyallup, WA 98372

Pacific Topsoils, Inc.
14002 35th Ave. SE
Bothell, WA 98012


Packer
22906 82nd Ave. Ct. East
Graham, WA 98338


Sallie A. Palella
18218 35th Ave. S.
SeaTac, WA 98188


Brian Palidar
2830 NW 59th St.
Seattle, WA 98107


Martin Palumbo
4360 Garrison St.
Wheat Ridge, CO 80033


Pao-Yu Li
4000 91st Ave. SE
Mercer Island, WA 98040


Park 120 Building LLC
Ben's Investment LLC
17726 SE 58th Pl.
Bellevue, WA 98005


Park Place MM LLC
510 Rainier South
Seattle, WA 98144


Parr Lumber
PO Box 2690
Portland, OR 97208-2690

Pat's Backhoe Service
PO Box 85
Hobart, WA  98025


Peninsula Fire Ext.
PO Box 1744
Poulsbo, WA 98370


John and Amy Pepper
8105 228th St. Ct. East
Graham, WA 98338


Perkins Coie
1201 Third Ave., 40th Floor
Seattle, WA 98101


Tracy Peterson
3250 61st Ave. SW
Seattle, WA 98116


Anthony T. Petrarca
16612 SE 11th St.
Bellevue, WA 98008


Rose Petrarca
16612 SE 11th St.
Bellevue, WA 98008


Philadelphia Insurance Co.
PO Box 70251
Philadelphia, PA 19176-0251


Pierce County Budget & Finance
615 South 9th St., #100
Tacoma, WA 98405-4673

Pierce County Public Works
9850 64th Street W.
University Place, WA 98467-1078

Pierce County Sewer
PO Box 11620
Tacoma, WA 98411-6620

Michael F. Pietromonaco
11825 SE 48th Street
Bellevue, WA 98006

Mike C. Pietromonaco
3215 72nd Ave. SE
Mercer Island, WA 98040

Toni A. Pietromonaco
11825 SE 48th Street
Bellevue, WA 98006

Pipeline Mechanical
PO Box 146
Auburn, WA 98071

Pitney Bowes Credit Corp.
PO Box 85460
Louisville, KY 40285-5460

Platt Electric
PO Box 2858
Portland, OR 97208-2858

Plaza Bank
1420 Fifth Avenue, #3700
Seattle, WA 98101

Gloria Plischke
3803 110th Pl. NE
Bellevue, WA 98004


Kim Plischke
4522 51st Ave. SW
Seattle, WA 98116


Potelco Inc.
18150 Redmond Fall City Road
Redmond, WA 98052


Premium Marketing
2117 2nd Ave.
Seattle, WA 98121


Arlen I. Prentice
601 Union St., #1000
Seattle, WA 98101


Chris Prentice
601 Union Street, #1000
Seattle, WA 98101


Steve Prentice
601 Union St., #1000
Seattle, WA 98101


Pro Comm
19630 40th Ave. West, Suite B
Lynnwood, WA 98036-6701


ProCon Inc.
PO Box 1149
Renton, WA 98057-1149

Proline Construction
26243 173rd Ave. SE
Covington, WA 98042


Harry Pryde
50 116th Ave. SE, #200
Bellevue, WA 98004


Marc H. Pryde
50 116th Avenue SE, #200
Bellevue, WA 98004


PUD
PO Box 1100
Everett, WA 98206-1100


Puget Sound Bank
10500 NE 8th St, #1800
Bellevue, WA 98004


Puget Sound Bank
10500 NE 8th St., #1800
Bellevue, WA 98004


Puget Sound Energy
BOT-01H
PO Box 91269
Bellevue, WA 98009-9269


Pumptech Inc.
13251 Northup Way
Bellevue, WA 98005-2009


Michael D. Purcell
21237 5th Ave. S.
Des Moines, WA 98198

Marlene Pyzik
SE 3139 Arcadia Road
Shelton, WA 98584


Ronald J. Pyzik
SE 3139 Arcadia Road
Shelton, WA 98584


Quality Plus Insulation, Inc.
13520 45th Ave. NE
Marysville, WA 98271


Qwest
PO Box 856137
Louisvlle, KY 40285-6137


Rabanco
PO Box 78829
Phoenix, AZ 85062-8829


Rain City Contractors
PO Box 98788
Lakewood, WA 98498-0788


Rain for Rent
19430 59th Ave. NE
Arlington, WA 98223


Rainier View Water Co.
PO Box 44427
Tacoma, WA 98444


Ralph's Concrete Pumping
1131 Poplar Place South
Seattle, WA 98144

Donna Rawlings
13918 252nd Pl. SE
Issaquah, WA 98027


Bernadette Refuerzo
6970 California Ave. SW, Unit B-406
Seattle, WA 98136


Regal Financial Bank
925 4th Ave., #100
Seattle, WA 98104


David Reibman
David & Carrie Reibman Trust
73800 Calle Bisque
Palm Desert, CA 92260


Donna J. Reid
4248 "A" Street SE SP 423
Auburn, WA 98002


Renton Concrete Recyclers
22121 17th Ave. SE
Bothell, WA 98021-7404


Reprographics NW
618 8th Ave South
Seattle, WA 98104


Nancy Resnik
2430 76th Ave. SE #633
Mercer Island, WA 98040


Jay Rethaford
8417 229th St. Ct. East
Graham, WA 98338

Reyes
91st Ave. SE
Yelm, WA 98597


Jill Reyes
14506 SE 184th Place
Renton, WA 98058


Jill Reyes
Corey & Sean McClain Education Acct
14506 SE 184th St.
Renton, WA 98058


RFI
360 Turtle Creek Ct.
San Jose, CA 95125


Ridgeview Estates, LLC
510 Rainier South
Seattle, WA 98144


Melvin and Stacy Rippy
9518 S. 86th East Ave.
Tulsa, OK 74133


Riverside County Treasurer
PO Box 12010
Riverside, CA 92502-2210


Constance Roberts
1115 West Blaine St.
Seattle, WA 98119


Rodda Paint
PO Box 5127
Portland, OR 97208-5127

Roto-Rooter Service
20508 56th Ave. West, Suite C
Lynnwood, WA 98036


Royal
6960 California Ave. SW, Unit A-405
Seattle, WA 98136


Rubatino Refuse Removal, Inc.
2812 Hoyt
PO Box 1029
Everett, WA 98206


Russell Construction
1002 39th Ave. SW, #301
Puyallup, WA 98373


John Sacco
3419 36th SW
Seattle, WA 98126


Melissa and Jeremy Samiec
91st Ave. SE
Yelm, WA 98597


Anthony D. Santora
2320 S. Spokane St.
Seattle, WA 98144


Dana Santora
7064 San Miguel Ave.
Lemon Grove, CA 91945


Nick Santora
8051 19th Ave. NE
Seattle, WA 98115

Ken Sato
c/o Foundation Management Inc.
501 Kirkland Ave., #205
Kirkland, WA 98033


Schindler Elevator Corp.
PO Box 93050
Chicago, IL 60673-3050


Andrew C. and Thameena S. Schwartz
Kayla St. SE
Yelm, WA 98597


Lisa Schweitzer
7018 NE 158th Street
Kenmore, WA 98028


Lucille Schweitzer
1765 S. Snoqualmie St.
Seattle, WA 98108


Sears
Dept. 53-0001210893
PO Box 689134
Des Moines, IA 50368-9134


Security Safe & Lock
10502 Main Street
Bellevue, WA 98004


Teresa A. Shahbaghlain
5207 Majeska Lane
Cashmere, WA 98815


Shelter Products
PO Box 42038
Portland, OR 97242

Albert Shemarya
5855 NE Park Point Dr.
Seattle, WA 98115


Sherwin Williams Co.
1436 Leary Way NW
Seattle, WA 98107-5135


Walter J. Shields
c/o Kobble & Prentice
601 Union Street, #1000
Seattle, WA 98101


Ayako Shiu
4661 138th Ave. SE
Bellevue, WA 98006


Shope Concrete Prod.
1618 E. Main
Puyallup, WA 98372-3142


Shoreline 88, LLC??
510 Rainier South
Seattle, WA 98144


Sifton/Orchards, LLC
510 Rainier South
Seattle, WA 98144


Silverdale Water
Attn: Kathy
5300 NW Newberry Hill Rd, #100
Silverdale, WA 98383


Sims
8509 229th St. Ct. East
Graham, WA 98338

Sitts & Hill Engineers
2901 S. 40th St.
Tacoma, WA 98409-5697


Skagit County Auditor
PO Box 1306
Mt. Vernon, WA 98273


Sky Meadow Water
PO Box 265
Snohomish, WA 98291


James J. Smit
7201 E. 32nd St., #76
Yuma, AZ 85365


Smith
91st Ave. SE
Yelm, WA 98597


Danille Smith
210 Market Street, #202
Kirkland, WA 98033


Snohomish Co. PUD
PO Box 1107
Everett, WA 98206-1107


Snohomish County Treasurer
PO Box 34171
Seattle, WA 98124-1171


Soos Creek W&S District
PO Box 58039
14616 SE 192nd St.
Renton, WA 98058-1039

Spanaway 19, LLC
510 Rainier South
Seattle, WA 98144


Jonny Spencer
Michelle Questi
8408 230th St. Ct. East
Graham, WA 98338


Spider
369 Upland Drive
Tukwila, WA 98188-3802


Kathleen M. Springolo
4720 - 90th Ave. SE
Mercer Island, WA 98040


Sharon D. Spurgeon
6960 California Ave. SW, Unit A-105
Seattle, WA 98136


Stanislaw-Ashbaugh, LLP
4400 Bank of America Tower
701 Fifth Avenue
Seattle, WA 98104-7012


Phyllis G. Starke
7212 265th St. NW, Apt 252
Stanwood, WA 98292


State Farm Insurance Company
c/o Norris Beggs & Simpson
121 SW Morrison, #200
Portland, OR 97204


State Treasurer
Master License Service
PO Box 9048
Olympia, WA 98507-9048

State Treasurer
Master License Service
PO Box 9034
Olympia, WA 98507-9034


Staubach
2025 1st Ave.
Seattle, WA 98121


Steeler Inc.
PO Box 94171
Seattle, WA 98124-6471


Mark Stegin
PO Box 98998
Des Moines, WA 98198


Stephens Electric
34008 18th Pl. S., #B
Federal Way, WA 98003


Sterling L. Brodniak
Kayla St. SE
Yelm, WA 98597


Sterling Laser, Inc.
893 Industry Drive
Tukwila, WA 98188


Sterling Savings Bank
10500 NE 8th Street, #950
Bellevue, WA 98004


Steve Mills Excavating
19025 250th Ave. SE
Maple Valley, WA 98038

Stewart Lumber & Hardware
1761 Rainier Ave. S.
Seattle, WA 98144


Stoneway Concrete
9125 Tenth Ave. S.
Seattle, WA 98108


Stoneway Construction Supply
9125 10th Ave. S.
Seattle, WA 98108


Storm Lake Growers Inc.
21809 89th St. SE
Snohomish, WA


Stormwater LLC
PO Box 776
Graham, WA 98338


Structural Radar Imaging
PO Box 5130
Kent, WA 98064


Summit Drywall, Inc.
PO Box 2169
Issaquah, WA 98027


Sunbelt Rentals
PO Box 18040
Portland, OR 97218


Sunrise Material Placing Inc.
PO Box 1038
Snohomish, WA 98291-1038

Scott G. Switzer
9032 NE 37th Place
Yarrow Point, WA 98004


Meghan Sykas
6960 California Ave. SW, Unit A-309
Seattle, WA 98136


T&A Supply Company Inc.
1105 Westlake Ave. N.
Seattle, WA 98109


T&W Financial Services Co., LLC
PO Box 3028
Federal Way, WA 98063


Tacoma City Treasurer
3628 South 35th St.
Tacoma, WA 98409


Tacoma Fixture Comp.
1815 East D Street
Tacoma, WA 98421


Tacoma Power
3628 South 35th Street
Tacoma, WA 98409-3192


Tacoma Screw Products Inc.
Georgetown Branch
2001 Center Street
Tacoma, WA 98409-7895


Tacoma Water
3628 South 35th St.
Tacoma, WA 98409-3192

Tacoma/Pierce County
Health Dept.
3629 South D Street, MS303
Tacoma, WA 98418-6813


Albert Terrana
1729 Ferry Ave. SW
Seattle, WA 98116


Teufel Nursery
PO Box 2488
Portland, OR 97208


The Church of Jesus Christ A.A.
11112 NE 174th
Bothell, WA 98011


The Copy Company
PO Box 14499
Seattle, WA 98114


The Safety Team
670 S. Lucile Street
PO Box 81246
Seattle, WA 98144


The Truss Company
PO Box 1770
Sumner, WA 98390


The Watershed Co.
750 Sixth Street South
Kirkland, WA 98033


The Watershed Co.
PO Box 1180
Kirkland, WA 98033-0918

Dan Thomaier
3211 171st St. SW
Lynnwood, WA 98037


Tim Thomas
6960 California Ave. SW, Unit A-209
Seattle, WA 98136


Ryan Thomason
8415 228th St. Ct. East
Graham, WA 98338


Anya W. Thompson
28985 Mountain Meadow Road
Escondido, CA 92026


Arrieana B. Thompson
10213 NE 19th Place
Bellevue, WA 98004


Robert A. Thompson
28985 Mountain Meadow Road
Escondido, CA 92026


Thurston Co. Treasurer
Robin L. Hunt CPA
2000 Lakeridge Dr. SW
Olympia, WA 98502-6080


Thyssenkrupp Elevator
PO Box 933004
Atlanta, GA 31193-3004


Ruth E. Tingley
PO Box 25774
Federal Way, WA 98093

Elaine F. Tobin
8535 113th Ave. SE
Newcastle, WA 98056


Total Construction
14419 48th Pl. West
Edmonds, WA 98026


Total Rental
9217 Evergreen Way
Everett, WA 98204


Transportation Engineering NW
PO Box 65254
Seattle, WA 98155


Transportation Planning & Eng.
2223 112th Ave. NE, #101
Bellevue, WA 98004-2952


Mary Treleaven
5134 S. 164th Street
Tukwila, WA 98188


Trinity ERD
80 Yesler Way, #200
Seattle, WA 98104


Tri-State Plumbing, Inc.
13420 NE 16th St., Suite A
Bellevue, WA 98005-2308


Port and Judy Tuley
8418 229th St. Ct. East
Graham, WA 98338

U.S. Bank
1420 Fifth Ave., 8th Floor
Seattle, WA 98191


United Parcel Service
PO Box 505820
The Lakes, NV 88905-5820


United Rentals
Credit Office 598
PO Box 951978
Dallas, TX 75395-1978


Universal Mechanical Service
PO Box 296
Redmond, WA 98073-0296


Val Vue Sewer District
PO Box 69550
Seattle, WA 98168-9550


Valencia
8504 229th St. Ct. East
Graham, WA 98338


Valley Water District
14515 Pioneer Way E.
Puyallup, WA 98372


Chester H. Valley
3826 24th Ave. N.
Seattle, WA 98199


Lillian A. Vance
104 Burnett Ave. S., Unit 523
Renton, WA 98057

Richard Vance
PO Box 68546
Seattle, WA 98168


Corey P. Vandenboom
23022 82nd Ave. Ct. East
Graham, WA 98338


Venture Bank
1495 Wilmington Drive
DuPont, WA 98327


Verizon
PO Box 9015
Everett, WA 98206-9015


Maryann Vernarelli
9165 45th Ave. SW, #6
Seattle, WA 98136


Michelle Vernarelli
4035 35th Ave. SW
Seattle, WA 98126


Viking Bank
PO Box 70546
Seattle, WA 98107


Villa Sonoma Condo Assoc.
c/o Sundberg & Pody
PO Box 1577
Mercer Island, WA 98040


Village Framers
2350 Magnolia Blvd. West
Seattle, WA 98199

Cathleen M. Volpone
10255 39th Ave. SW
Seattle, WA 98146


Erik and Lizabeth Walden
23022 78th Ave. Ct. East
Graham, WA 98338


Rex Wallace
992 West Union Bell Drive
Green Valley, AZ 85614


Washington Alarm
1253 South Jackson Streeet
Seattle, WA 98144-2018


Washington Business Bank
2607 Martin Way E., #211
Olympia, WA 98506


Washington Federal Savings
425 Pike Street
Seattle, WA 98101


Washington First Int'l Bank
9709 Third Ave, NE, #110
Seattle, WA 98115


Washington Pipeline, LLC
PO Box 816
Mercer Island, WA 98040


Washington State Dept. of Ecology
PO Box 5128
Lacey, WA 98509-5128

Washington State Dept. of Licensing
PO Box 3099
Arlington, WA 98223


Washington Trust Bank
601 Union Street, #4747
Seattle, WA 98101-2340


Waste Management
Tri-Star Disposal
PO Box 78251
Phoenix, AZ 85062-8251


Watson
91st Ave. SE
Yelm, WA 98597


Terrence and Sun Weaver
22910 82nd Ave. Ct. East
Graham, WA 98338


Weber & Thompson Architects
425 Pontius Ave. North, #200
Seattle, WA 98109


Alexander and Laura Weeks
23112 79th Ave. East
Graham, WA 98338


Welcome Trucking Inc.
PO Box 1491
Monroe, WA 98272


Wells Fargo Bank
1300 SW Fifth Avenue
MAC P6101-142
Portland, OR 97201

Westwater Associates, LLC
510 Rainier South


Westwater HOA


Wetland Resources I
9505 19th Ave. SE, #106
Everett, WA 98208


White Cap Industries
Dept. 33020
PO Box 39000
San Francisco, CA 94139-3020


Christopher Whitmore
6970 California Ave. SW, Unit B306
Seattle, WA 98136


John A. Wiegman
PMB #13
227 Bellevue Way NE
Bellevue, WA 98004


Williams
8405 229th St. Ct. East
Graham, WA 98338


Williams Scotsman Inc.
PO Box 91975
Chicago, IL 60693-1975


Woodinville Water District
PO Box 1390
Woodinville, WA 98072-1390

York
8403 228th St. Ct. East
Graham, WA 98338


ZACRI Inc.
2021 1st Ave., #C-6
Seattle, WA 98121


Monique A. Zampera
6960 California Ave. SW, Unit A-205
Seattle, WA 98136


Zarella
8215 229th St. Ct. East
Graham, WA 98338


Zee Medical Service
Division of Revi, Inc.
PO Box 58627
Seattle, WA 98138-1627


Wanlu Zeng
322 Rosario Pl. NE
Renton, WA 98059


Zions Bank
PO Box 30709
Salt Lake City, UT 84130-0709


Zions First National Bank
One South Temple Main St.
Salt Lake City, UT 84111


Zurich Insurance Ser. Inc.
P.O. Box 931795
Atlanta, GA 31193-1795

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In re:  **Michael R. Mastro**

Case No. **09-16841**

Chapter **7**

Debtor

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **78** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **9/8/2009**

Signed: **s/ Michael R. Mastro**
        **Michael R. Mastro**

Signed:

**Thomas N. Bucknell**
Attorney for Debtor(s)
Bar no.: **1587**
**Bucknell Stehlik Sato & Stubner, LLP**
**2003 Western Avenue, Suite 400**
**Seattle, WA 98121**
Telephone No.: **(206) 587-0144**
Fax No.: **(206) 587-0277**
E-mail address:

In re: **Michael R. Mastro** ,                               Case No. **09-16841**

             **Debtor**                                                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **SEE ATTACHED** | | | $   0.00 | $   0.00 |
| **NOTE:**   Schedules and SFA neither audited nor verified by accountants or counsel.  Information incomplete due to involuntary nature of case filing, complexity and limited time available. | | | | |

Total   ➢   $   0.00

<sub>(Report also on Summary of Schedules.)</sub>

In re  **Michael R. Mastro**                               Case No.  **09-16841**
_____,
                    **Debtor**                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **cash** | | **1,000.00** |
| | | NOTE:    **NOTE:  All assets and liabilities listed are generally believed to be husband's as separate property and liabilities.** | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Banner Bank money market - 0509** | | **278,611.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bay Bank money market - 3761** | | **6,760.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Coastal Community Bank money market - 1969** | | **16,291.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Commerce Bank concentration - 15660 - $17,483 receipts - 1579 disbursements - 6556 payroll - 9928 - $4,648 personal - 6683 money market - 0344** | | **22,131.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Mutual Bank money market 8104** | | **669.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Horizon Bank money market 1262** | | **3.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Plaza Bank money market 3372** | | **100.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Puget Sound Bank money market 2143** | | **580.00** |

In re  **Michael R. Mastro**                              Case No.  **09-16841**
_____,                _____
                    **Debtor**                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Washington First Int'l Bank certificate of deposit - 6704** | | **100,000.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Washington Trust Bank money market - 6456** | | **1,207.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **household goods, etc. no single item exceeds $525** | | **6,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **no single item exceeds $525** | | **8,775.00** |
| 7. Furs and jewelry. | | **2 sets cuff links and other misc jewelry** | | **1,350.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **176th Street, LLC 510 Rainier South Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Aqua Bella, LLC 510 Rainier South Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Arkansas Partners II, LLC 510 Rainier South Seattle, WA 98144** | | **0.00** |

In re  **Michael R. Mastro**                                      Case No. **09-16841**
                                    **Debtor**                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Arkansas Partners, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Asia Associates, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144**<br>**65% member interest** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Athena Associates II, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Avalon 66, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Barcelona 277, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Bayside Condominium LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Beacon 3 Lot, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Bellevue 59 LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Blue Mountain Plaza, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Bridgeport Way Center, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Camelot Assoc., LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Camelot Associates II, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Canoe Club, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | 0.00 |

In re  **Michael R. Mastro**                                    ,        Case No.  **09-16841**
                          **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Canyon Realty Center, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Dealership Development Services, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Dearborn 12, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Des Moines 15, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Duvall Project, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **East Apartments, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Epic Associates, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Erins Court LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Foundation Bank**<br>**1,860 shares @ $25** | | **46,500.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **FRB, Inc.**<br>**564 Wedge Lane**<br>**Fernley, NV 89408** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Grand Firs, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Guinevere, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Hansens Estate LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| | | | | |

In re **Michael R. Mastro**
<br>Debtor

Case No. **09-16841**
<br>(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Harbor 51, LLC<br>510 Rainier South<br>Seattle, WA 98144 | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Harbor Court, LLC<br>510 Rainier South<br>Seattle, WA 98144 | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Harbor Vista 347, LLC<br>510 Rainier South<br>Seattle, WA 98144 | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Hawks Prairie II, LLC<br>510 Rainier South<br>Seattle, WA 98144 | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Highway 2 Property Management, LLC<br>510 Rainier South<br>Seattle, WA 98144 | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | John Meadows 50, LLC<br>510 Rainier South<br>Seattle, WA 98144 | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | K and M Aviation, LLC<br>2050 NE 25th Ave.<br>Hillsboro, OR 97124 | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Kenmore, LLC<br>510 Rainier South<br>Seattle, WA 98144 | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Leilani 301, LLC<br>510 Rainier South<br>Seattle, WA 98144 | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Linden Square 148, LLC<br>510 Rainier South<br>Seattle, WA 98144 | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Mastro Willows 2, LLC<br>510 Rainier South<br>Seattle, WA 98144 | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Nautica Partners, LLC<br>510 Rainier South<br>Seattle, WA 98144 | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | North Creek Finance, LLC<br>510 Rainier South<br>Seattle, WA 98144 | | 0.00 |

In re  **Michael R. Mastro**                                    ,          Case No.  **09-16841**
                                      **Debtor**                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **North Tapps, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Onyx Associates, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Park on Maine, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Park Place M M LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Regal Financial Bank**<br>**2,000 shares @ $10** | | **20,000.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Ridgeview 33 Associates, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Riverside Townhomes, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Sapphire Associates NW LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144**<br>**65% member interest** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Seaboard, Inc.**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Shoreline 88, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Sifton/Orchards LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Soundview 90, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Spanaway 19, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |

In re  **Michael R. Mastro**                                              ,                   Case No. **09-16841**
                        Debtor                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Sunrise Manor, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Tangletown, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **The Terraces at North 85th LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Totem Lake Mixed, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Tower Mall, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Wall Partners, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Wallingford 45, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Waterview Associates, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Westwater Associates, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Wilburton View, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Yakima Towne Center LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Arkansas Partners II, LLC**<br>**73.5% ownership in 11 large lots on 230 acres located at**<br>**23500 Buckley Tapps Hwy E**<br>**Bonney Lake, Pierce County Washington** | | **0.00** |
| Interests in partnerships or joint ventures. Itemize. | | **Arkansas Partners, LLC**<br>**201 acres, preliminary plat approval 373 lots, 23500 Buckley Tapps Hwy, E. Bonney Lake** | | **0.00** |

In re  **Michael R. Mastro** _____ ,  Case No. **09-16841** _____

                      **Debtor**                                             **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | **Beacon 3 Lot, LLC**<br>**50.0% ownership in 3 lots in Block 8 Kinnears Jos C Add, Seattle, WA with building permits** | | **0.00** |
| Interests in partnerships or joint ventures. Itemize. | | **Bellevue 99 LLC**<br>**100.0% interest in Meydenbauer apartments**<br>**211 112th Ave NE**<br>**Bellevue, WA 98004** | | **0.00** |
| Interests in partnerships or joint ventures. Itemize. | | **Blue Mountain Plaza, LLC**<br>**100.0% interest in Blue Mountain Mall located at**<br>**1631 W. Rose Street**<br>**Walla Walla, WA** | | **0.00** |
| Interests in partnerships or joint ventures. Itemize. | | **Dealership Development Services, LLC**<br>**100 % interest in existing Snohomish County Ford Tire Factory located at**<br>**33817 Highway 2**<br>**Sultan, WA 2.6 acres** | | **0.00** |
| Interests in partnerships or joint ventures. Itemize. | | **Duval Project, LLC**<br>**100% interest in ±5K SF commercial + 1 acre land,**<br>**Copper Hill Square Condominiums**<br>**15424 Main Street NE**<br>**Duvall, WA** | | **0.00** |
| Interests in partnerships or joint ventures. Itemize. | | **FRB, Inc.** | | **0.00** |
| Interests in partnerships or joint ventures. Itemize. | | **Grand Firs Homeowners Association** | | **0.00** |
| Interests in partnerships or joint ventures. Itemize. | | **Grand Firs, LLC**<br>**60% ownership in 202 single family lots**<br>**22600 82nd Ave. E.**<br>**Graham,** | | **0.00** |
| Interests in partnerships or joint ventures. Itemize. | | **Grand Firs, LLC**<br>**60.0% interest in 84 single family lots**<br>**22600 82nd Ave. E.**<br>**Graham, WA** | | **0.00** |
| Interests in partnerships or joint ventures. Itemize. | | **Highway 2 Property Management, LLC**<br>**100% interest in existing Snohomish County Ford, Inc. located at 19220 Highway 2, Monroe, .63 acres** | | **0.00** |
| Interests in partnerships or joint ventures. Itemize. | | **John Meadows 50, LLC**<br>**99.0% interest in 50-Lot Plat**<br>**16440 Middle Road SE**<br>**Yelm, WA** | | **0.00** |
| Interests in partnerships or joint ventures. Itemize. | | **K and M Aviation, LLC**<br>**50.0% interest** | | **0.00** |

In re   **Michael R. Mastro**                                                      ,          Case No.   **09-16841**
                          **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | **Kenmore, LLC** <br> **51.0% interest in townhomes located at NWC of NE 185th St. & 71st Ave NE** <br> **Kenmore, WA** | | 0.00 |
| Interests in partnerships or joint ventures. Itemize. | | **M&R Partnership** | | 0.00 |
| Interests in partnerships or joint ventures. Itemize. | | **Mastro Willows 2, LLC** <br> **99.0% interest in contract on commercial bldg., 12413 & 12421 Willows Rd NE, Kirkland, WA 98034** | | 0.00 |
| Interests in partnerships or joint ventures. Itemize. | | **Park Place M M LLC** <br> **50.0% interest in 66 apartments under construction,** <br> **7805 170th Place NE** <br> **Redmond, WA 98052** | | 0.00 |
| Interests in partnerships or joint ventures. Itemize. | | **Ridgeview 33 Associates LLC** <br> **incomplete 230-lot plat, located at SWC of 192nd St E. and 22nd Ave E, Spanaway, WA 98387** | | 0.00 |
| Interests in partnerships or joint ventures. Itemize. | | **Seaboard, Inc.** | | 0.00 |
| Interests in partnerships or joint ventures. Itemize. | | **Shoreline 88, LLC** <br> **100.0% interest in contract on apartments** <br> **17763 15th Ave NE** <br> **Shoreline, WA 98155** | | 0.00 |
| Interests in partnerships or joint ventures. Itemize. | | **Sifton/Orchards LLC** <br> **100.0% interest in retail devlopment, NE 4th Plain Road at NE 143 Avenue, Vancouver, WA** | | 0.00 |
| Interests in partnerships or joint ventures. Itemize. | | **Soundview 90, LLC** <br> **50.0% interest in 90-unit apartments under construction,** <br> **21428 Int'l Blvd. S.** <br> **SeaTac, WA** | | 0.00 |
| Interests in partnerships or joint ventures. Itemize. | | **Spanaway 19, LLC** <br> **51.0% interest in a 3.81 acre land located at 624 168th Street E.** <br> **Spanaway, WA 98387** | | 0.00 |

In re  **Michael R. Mastro**                                          ,     Case No.  **09-16841**
_____
Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | **Tangletown, LLC** <br> **100% interest in 2328 - 2402 Gibson Rd., Everett, 3.89 acres GC land** <br> **100% interest in MOORE assisting living, 22615 100th Ave. SE, Kent 182205-9143-08** <br> **100% interest in MOORE vacant lot, Woodinville 102605-9170-08** <br> **100% interest in MOORE assisted living, 9322 South 222nd Kent 880240-0609-00** | | 0.00 |
| Interests in partnerships or joint ventures. Itemize. | | **Westwater Associates, LLC** <br> **42 units - condominiums located at** <br> **6960 California Ave. SW** <br> **Seattle, WA 98136** | | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **1-For purposes of questions 14 and 15, Mastro is listed as lender in situations where property was sold out of an LLC with seller financing, and the notes receivable are accordingly excluded from estimated valuations of the LLC's. In some situations Mastro ws the lender but in others, not presently determinable due to shortage of time, the LLC itself would have been the lender in the seller financing.** <br> **Many notes receivable encumbered or subject to collectability problems.** | | 0.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **304 East Thomas** <br> **note receivable from John Mastandrea** | | 1,776,421.46 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Arabella Apartments** <br> **apartments, Shoreline** <br> **note receivable** | | 12,025,956.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Artner Development Properties LLC (Reed Longyear) residential land, Medford, OR** <br> **note receivable** | | 7,351,529.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Avondale** <br> **note receivable from John Mastandrea** | | 87,194.04 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Barry Johnson** <br> **residential land, Richmond, CA** <br> **note receivable** | | 184,654.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Bingo Investments LLC** <br> **note receivable** | | 8,036,908.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Brian Burdette** <br> **note receivable** | | 35,651.00 |

In re  **Michael R. Mastro** _____ ,    Case No. **09-16841** _____
                        Debtor                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Bristol Homes Ltd.** **mixed use dev., Richland** **note receivable** | | **1,931,167.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Carey Development LLC** **commercial land, Auburn** **note receivable** | | **375,829.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Cascade lots - SPECIAL** **note receivable from John Mastandrea** | | **168,199.26** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Cascade lots** **note receivable from John Mastandrea** | | **6,076,206.96** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Cayford, Tim & Michelle/Unit 309** **Athena condo** **note receivable** | | **205,857.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Centrum Financial/Seaview Landing LLC/Wade Cook** **land, New York** **note receivable** | | **6,222,723.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Centurion Financial (TRH/McCourt)** **note receivable** | | **24,319,877.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Centurion Financial (TRH/McCourt)** **note receivable** | | **2,475,574.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Chris Blackford/CHB Construction LLC** **2 condos, 2 lots** **note receivable** | | **754,862.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Clyde Hill - SPECIAL** **note receivable from John Mastandrea** | | **1,856,654.11** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Clyde Hill** **note receivable from John Mastandrea** | | **1,125,173.73** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Crestmont Place LLC** **Lacey commercial lot** **note receivable** | | **1,061,370.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Currie Road Apt. LLC** **95 Riverside Bldg. A** **note receivable** | | **5,468,442.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **D & H Construction Inc.** **note receivable** | | **63,668.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **David B. Templeton** **note receivable** | | **241,427.00** |

In re  **Michael R. Mastro**
                                        Case No.  **09-16841**
                              Debtor
                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Dealership Development LLC improved land, Monroe, Sultan** note receivable | | **370,552.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Dianne Blumberg Copper Hill condo** note receivable | | **186,145.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Douglas J. Rogers** note receivable | | **367,753.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Dwight Watts** note receivable | | **109,148.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Dwight Watts** note receivable | | **182,058.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Flexpoint Funding Corp.** note receivable | | **1,250,000.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Gerling Square II LLC/Lot 24B Lacey commercial lot** note receivable | | **366,323.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **GMP Homes/Prendergast we were foreclosed out** note receivable | | **899,804.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **HJPM Chen Family LLC commercial bldg., Kirkland** note receivable | | **9,885,624.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Issaquah 2** note receivable from John Mastandrea | | **1,262,100.71** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **James Heggenstaller Construction Inc.** note receivable | | **317,032.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **James Taranto received deed-in-lieu of underlying land** note receivable | | **322,955.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Jeff Burdette** note receivable | | **3,800.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Jeffrey Burdette LMD commercial land, Monroe** note receivable | | **341,834.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Jeffrey Burdette** note receivable | | **952,641.00** |

In re  **Michael R. Mastro**                                        ,          Case No.  **09-16841**

                                    **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Jeffrey Burdette**<br>**note receivable** | | **711,882.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Jeffrey Burdette**<br>**note receivable** | | **239,124.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Jeffrey Burdette**<br>**note receivable** | | **540,561.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Jeffrey Burdette**<br>**residence**<br>**note receivable** | | **874,111.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Jerald D. Holman LLC**<br>**Copper Hill condo**<br>**note receivable** | | **61,013.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **John and Susan Hill**<br>**Copper Hill condo**<br>**note receivable** | | **109,656.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **John and Susan Hill**<br>**Copper Hill condo**<br>**note receivable** | | **173,639.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Kirsten Theotig**<br>**we were foreclosed out**<br>**note receivable** | | **495,791.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **L.K. Nova Dev. LLC/Bldg. D**<br>**Office bldg., Bellevue**<br>**note receivable** | | **4,505,109.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Lacey Corporate Center Lot 6 LLC**<br>**Lacey commercial lot**<br>**note receivable** | | **205,409.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Lon and Carolyn Cook**<br>**note receivable - received underlying land** | | **89,166.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Ludwig Maerz**<br>**residential condo, Seattle**<br>**note receivable** | | **197,309.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Magnolia Complex Building LLC**<br>**Magnolia Bldg.**<br>**note receivable** | | **7,995,705.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Malibu Development Corp.**<br>**received deed-in-lieu of underlying land**<br>**note receivable** | | **2,987,364.00** |

In re   **Michael R. Mastro**                                    ,          Case No.  **09-16841**
                    **Debtor**                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Mark & Rhea Plog** **land, North Bend** **note receivable subject to offset for professional fees** | | **899,467.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Martha's Landing LLC** **Mariner Ct. apartments, Everett** **note receivable** | | **4,960,630.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **McCourt/Hoover Hills LLC** **note receivable - received underlying land** | | **13,103,530.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **McCourt/L116-1 Nourse** **note receivable** | | **4,501,517.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **McCourt/L216-1 ID Duff Lane LLC** **note receivable** | | **5,930,233.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **McCourt/L216-1 ID Shaunessy LLC** **note receivable** | | **5,079,645.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Mel Heide Jr.** **note receivable** | | **73,947.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **MVP Centre Corporation** **Clark office bldg.** **note receivable** | | **9,008,786.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Nicole Pham** **Lacey commercial lot** **note receivable** | | **303,817.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Noble/Bennett SPECIAL** **note receivable from John Mastandrea** | | **1,896,556.46** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Noble/Bennett** **note receivable from John Mastandrea** | | **1,901,043.54** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Northstar Development** **note receivable** | | **183,712.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Northstar Development** **note receivable** | | **366,321.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Northstar Development** **note receivable** | | **3,929.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Park 120 Building LLC/Bldg. C 1st** **Office bldg, Bellevue** **note receivable** | | **4,564,972.00** |

In re **Michael R. Mastro** _____,  Case No. **09-16841** _____
　　　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Park 120 Building LLC/Bldg. C 2nd Office bldg, Bellevue note receivable** | | 638,222.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Paul J. Eberharter note receivable** | | 1,626,424.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Prium Spokane Buildings LLC Office building, Spokane note receivable** | | 5,775,757.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Rainier Pacific Mgmt Co. Keane office bldg. note receivable** | | 9,700,304.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Renton 13 note receivable from John Mastandrea** | | 2,183,859.22 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Richard and Merry Moore received deed-in-lieu of underlying land note receivable** | | 3,952,648.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Robert Knutsen note receivable** | | 427,221.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Robert Knutsen note receivable** | | 1,338,510.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Robert Knutsen note receivable** | | 3,496,314.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Roxanne Biel residence, Des Moines note receivable** | | 111,424.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Saben Williamsen Canoe Club condo note receivable** | | 97,783.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Safehaven Enterprises, Marknsen note receivable** | | 273,343.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Saifullah Paracha Arizona land note receivable** | | 11,701.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Scenic Hills note receivable from John Mastandrea** | | 1,579,683.31 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Shasta SPECIAL note receivable from John Mastandrea** | | 1,503,123.19 |

In re  **Michael R. Mastro**                                      ,          Case No.  **09-16841**
                                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Shasta**<br>**note receivable from John Mastandrea** | | **3,040,235.18** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Simply Living LLC**<br>**commercial land, Monroe**<br>**note receivable** | | **2,473,649.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Sophia Wong**<br>**note receivable** | | **132,687.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Stavros/SA Montana STR Dev. LLC**<br>**Tacoma commercial bldg.**<br>**note receivable** | | **600,000.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Stavros/SA Montana STR Dev. LLC**<br>**Tacoma commercial bldg.**<br>**note receivable** | | **5,078,456.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Summitt Development Corp.**<br>**residential land, Richmond, CA**<br>**note receivable** | | **3,200,000.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Summitt Development Corp.**<br>**residential land, Richmond, CA**<br>**note receivable** | | **112,129.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Tom Price 1/6 Arkansas**<br>**note receivable** | | **490,086.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **TRE, LLC**<br>**mixed use development, Richland**<br>**note receivable** | | **276,952.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **TRE,LLC**<br>**mixed use development, Richland**<br>**note receivable** | | **2,519,874.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Tristar Financial Services Inc.**<br>**note receivable** | | **627,382.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Vineyards SPECIAL**<br>**note receivable from John Mastandrea** | | **419,151.33** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Vineyards**<br>**note receivable from John Mastandrea** | | **3,533,690.55** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **West Valley Business Park LLC**<br>**commercial bldg., Kent**<br>**note receivable** | | **10,916,252.00** |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Whitehead**<br>**note receivable** | | **1,350,474.00** |

In re **Michael R. Mastro** ,

Case No. **09-16841**

Debtor

(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Willows Run Investments LLC commercial bldg., Kirkland note receivable** | | **10,391,448.00** |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | | **see K&M Aviation LLC** | | **0.00** |
| 28. Office equipment, furnishings, and supplies. | | **contents of 510 Rainier Avenue South** | | **0.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **contents of 510 Rainier Avenue South** | | **0.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

In re  **Michael R. Mastro**             ,      Case No.  **09-16841**

                  **Debtor**                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **All social security benefits** | | **0.00** |
| Other personal property of any kind not already listed. Itemize. | | **Beneficial interest in Mastro Irrevocable Trust (see SFA 10b)** | | **0.00** |
| Other personal property of any kind not already listed. Itemize. | | **Beneficial interest in The LCY Trust (see SFA 10b)** | | **0.00** |

<u>  17  </u>  continuation sheets attached        Total  ➢  **$249,015,818.05**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
                        Debtor                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2 sets cuff links and other misc jewelry** | **11 USC § 522(d)(4)** | **1,350.00** | **1,350.00** |
| **All social security benefits** | **11 USC § 522(d)(10)(A)** | **0.00** | **0.00** |
| **Bay Bank money market - 3761** | **11 USC § 522(d)(5)** | **6,760.00** | **6,760.00** |
| **cash** | **11 USC § 522(d)(5)** | **1,000.00** | **1,000.00** |
| **household goods, etc. no single item exceeds $525** | **11 USC § 522(d)(3)** | **2,000.00** | **6,000.00** |
|  | **11 USC § 522(d)(5)** | **3,440.00** |  |
| **no single item exceeds $525** | **11 USC § 522(d)(3)** | **8,775.00** | **8,775.00** |

In re  **Michael R. Mastro** _____.  Case No. **09-16841** _____

Debtor  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>1-comment for all entries | | | Numerous judgment liens have attached to property located in the counties in which the judgments were initially entered (see SFA 4) and may also attach to property located in other jurisdictions depending on where the judgment creditors filed or recorded their judgments.<br><br>VALUE $0.00 | | | | 0.00 | 0.00 |
| NOTE:   All assets and liabiliies listed are generally believed to be husband's as separate property and liabilites. | | | | | | | | |
| ACCOUNT NO.<br><br>2-entry | | | All financed property will be surrendered<br><br>VALUE $0.00 | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>**American Marine Bank**<br>PO Box 10788<br>Bainbridge Island, WA 98110 | X | | 06/20/2007<br>Deed of Trust<br>3.81 acres<br>624 - 168th Street E.<br>Spanaway, WA<br><br>VALUE $1,100,000.00 | | | | 1,100,000.00 | 0.00 |
| NOTE:   New description and location is just Spanaway - do we change the old one of: 3.81 acres, 624 - 168th St. E. Spanaway, WA | | | | | | | | |

33  continuation sheets attached

Subtotal ➢
(Total of this page)

$ 1,100,000.00  $ 0.00

Total ➢
(Use only on last page)

$  $

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re __Michael R. Mastro__ .  Case No. __09-16841__

Debtor  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 03/20/2009 | | | | 6,931,922.40 | 0.00 |
| **BancFirst**<br>101 N. Broadway<br>Oklahoma City, OK 73102 | | | **Deed of Trust**<br>**7/04, UCC security interest,**<br>**general fixtures and personal**<br>**property related to 6520 S. 190th**<br>**Kent, WA**<br>**4/09, UCC security interest,**<br>**promissory note and DOT dated**<br>**7/19/06 with Rainier Pacific**<br>**Investment, Inc., ML Nova Dev.,**<br>**LLC, Seattle Property**<br>**Management, LLC and Keane**<br>**Building, LLC**<br>**West Valley**<br>_____<br>**VALUE $0.00** | | | | | |
| ACCOUNT NO. | | | 06/08/2006 | | | | 6,208,637.14 | 0.00 |
| **BancFirst**<br>101 N. Broadway<br>Oklahoma City, OK 73102 | | | **Deed of Trust**<br>**Keane Building**<br>**10809 120th Ave NE**<br>**Kirkland, WA**<br>**4/09, UCC security interest,**<br>**promissory note and DOT dated**<br>**7/19/06 with Rainier Pacific**<br>**Investment, Inc., ML Nova Dev.,**<br>**LLC, Seattle Property**<br>**Management, LLC and Keane**<br>**Building, LLC**<br>_____<br>**VALUE $0.00** | | | | | |

Sheet no. _1_ of _33_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $ 13,140,559.54 | $ 0.00 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro** ,      Case No. **09-16841**

          **Debtor**                                         **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**BancFirst** <br>**101 N. Broadway** <br>**Oklahoma City, OK 73102** | | | 04/22/2004 <br>**Deed of Trust** <br>**5/04, UCC security interest,** <br>**general fixtures and personal** <br>**property related to Magnolia** <br>**Building, 14404 NE 20th** <br>**Bellevue, WA** <br>**4/09, UCC security interest,** <br>**promissory note and DOT dated** <br>**7/19/06 with Rainier Pacific** <br>**Investment, Inc., ML Nova Dev.,** <br>**LLC, Seattle Property** <br>**Management, LLC and Keane** <br>**Building, LLC** <br>———————————— <br>**VALUE $0.00** | | | | 6,034,619.93 | 0.00 |
| ACCOUNT NO. <br><br>**BancFirst** <br>**101 N. Broadway** <br>**Oklahoma City, OK 73102** | | | 03/30/2009 <br>**May be unsecured or** <br>**cross-collateralized, subject to** <br>**review of loan documents.** <br>**4/09, UCC security interest,** <br>**promissory note and DOT dated** <br>**7/19/06 with Rainier Pacific** <br>**Investment, Inc., ML Nova Dev.,** <br>**LLC, Seattle Property** <br>**Management, LLC and Keane** <br>**Building, LLC** <br>———————————— <br>**VALUE $0.00** | | | X | 3,500,000.00 | 0.00 |

Sheet no. <u>2</u> of <u>33</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢ <br>(Total of this page)

Total  ➢ <br>(Use only on last page)

| $ 9,534,619.93 | $ 0.00 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro** _____ .    Case No.   **09-16841** _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bank of America**<br>**2990 Lava Ridge Ct.**<br>**Roseville, CA 95661-3034** | | | 04/17/2007<br>**Deed of Trust**<br>**Sunrise Manor**<br>**permit ready - 232 townhouses**<br>**103 St. E.**<br>**217 Ave Ct. E.**<br>**Bonney Lake, WA**<br><br>**VALUE $3,500,000.00** | | | | 5,506,250.00 | 2,006,250.00 |
| ACCOUNT NO.<br><br>**Bank of America**<br>**2990 Lava Ridge Ct.**<br>**Roseville, CA 95661-3034** | | | 09/18/2007<br>**Deed of Trust**<br>**10/07, UCC security interest,**<br>**personal property, rents, etc.**<br>**related to property located in**<br>**King County, WA**<br>**Quadrant Lake Union**<br>**737 N. 34th**<br>**Seattle, WA**<br><br>**VALUE $20,000,000.00** | | | | 27,220,868.31 | 220,868.31 |
| ACCOUNT NO.<br><br>**Bay Bank**<br>**10500 NE 8th Street, #1750**<br>**Bellevue, WA 98004** | x | | 06/30/2006<br>**Deed of Trust**<br>**11 large lots on 230 acres**<br>**23500 Buckley Tapps Hwy**<br>**Bonney Lake, WA**<br><br>**VALUE $4,000,000.00** | | | | 6,000,000.00 | 2,000,000.00 |

Sheet no.  3  of  33  continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

| | |
|---|---|
| $ 38,727,118.31 | $ 4,227,118.31 |

Total  ➤
(Use only on last page)

| | |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re __Michael R. Mastro__ ,    Case No. __09-16841__

    Debtor                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Cascade Bank**<br>**2828 Colby Avenue**<br>**Everett, WA 98201** | | | 12/31/2008<br>**Deed of Trust**<br>**1/09, UCC security interest,**<br>**fixtures, rents, etc. related to**<br>**property located in Snohomish**<br>**County, WA (Meadows in**<br>**Marysville)**<br>**Eagle Point**<br>**209 single family + 9 mulifamily**<br>**lots**<br>**14600 51st Ave. NE**<br>**Marysville, WA**<br><br>**VALUE $5,000,000.00** | | | | 13,033,125.27 | 8,033,125.27 |

Sheet no. _4_ of _33_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| $ 13,033,125.27 | $ 8,033,125.27 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro**            .       Case No. **09-16841**

Debtor                                     (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Central Pacific Bank**<br>16870 W. Bernardo Drive, #360<br>San Diego, CA 92127 | | | 11/06/2006<br>**Deed of Trust - Aqua Bella -permit expired -88 apts., Harbor Avenue, Seattle, WA**<br><br>**Deed of Trust - Linden Square - permit ready - 147 apts - 135XX Linden Ave. N., Seattle, WA**<br><br>**Deed of Trust - Barcelona unentitled 270 apts., Des Moines**<br><br>**Assignment of Deed of Trust - Renton 13 - 13 single family lots unfinished - Renton**<br><br>**Assignment of Deed of Trust - Scenic Hills - 2 single family lots, Kent**<br><br>**Assignment of Deed of Trust - Vacant new home - sold on contract**<br>**816 E. Walnut, Kent**<br><br>**Deed of Trust - 600 Elliott Ave. W., Seattle, WA,**<br>**land for 90K SF office**<br>_____<br>**VALUE $10,800,000.00** | | | | 14,469,250.00 | 3,669,250.00 |

Sheet no. <u>5</u> of <u>33</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ 14,469,250.00 | $ 3,669,250.00 |
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    ,          Case No.  **09-16841**
                        Debtor                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Central Pacific Bank**<br>**16870 W. Bernardo Drive, #360**<br>**San Diego, CA 92127** | | | **10/30/2008**<br>**Deed of Trust**<br>**8/05, UCC security interest, fixtures, rents, etc. relating to property located in Thurston County, WA**<br>**Cherry Meadows**<br>**165 finished single family lots**<br>**Cullens & Killion Road**<br>**Yelm, WA**<br><br>**VALUE $5,000,000.00** | | | | 8,699,469.16 | 3,699,469.16 |
| ACCOUNT NO.<br><br>**Charter Bank**<br>**1325 Fourth Avenue, #1700**<br>**Seattle, WA 98101** | | | **Assignment of Deed of Trust - contracts**<br><br>**VALUE $0.00** | | | | 1,732,507.38 | 0.00 |
| ACCOUNT NO.<br><br>**Charter Bank**<br>**1325 Fourth Avenue, #1700**<br>**Seattle, WA 98101** | | | **05/15/2006**<br>**May be unsecured or cross-collateralized, subject to review of loan documents.**<br><br>**VALUE $0.00** | | | X | 1,000,000.00 | 0.00 |
| ACCOUNT NO.<br><br>**Charter Bank**<br>**1325 Fourth Avenue, #1700**<br>**Seattle, WA 98101** | | | **Assignment of Deed of Trust Issaquah 2 - proposed 18 single family lots, 6XX**<br>**SW Wildwood Blvd.**<br>**Issaquah, WA**<br><br>**VALUE $1,300,000.00** | | | | 894,400.00 | 0.00 |

Sheet no. _6_ of _33_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $ 12,326,376.54 | $ 3,699,469.16 |
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  __Michael R. Mastro__                                    .        Case No.  __09-16841__

                        **Debtor**                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | Deed of Trust proposed 373 lots 23500 Buckley Tapps Hwy E. Bonney Lake, WA | | | | 13,950,000.00 | 4,950,000.00 |
| China Trust Bank (USA) 22939 Hawthorne Blvd. Torrance, CA 90505 | | | VALUE $9,000,000.00 | | | | | |
| ACCOUNT NO. | | | 01/14/2008 Deed of Trust 1/08, UCC security interest, fixtures, rents, etc. related to property located in Bellevue, WA Park 120 4 comm'l blds. (±88K SF) 606-636 | | | | 12,950,000.00 | 0.00 |
| China Trust Bank (USA) 22939 Hawthorne Blvd. Torrance, CA 90505 | | | VALUE $15,000,000.00 | | | | | |
| ACCOUNT NO. | | | 03/23/2006 Deed of Trust 3/06, UCC security interest, fixtures, rents, etc. related to property located in King County, WA 4/06, UCC security interest, fixtures, rents, etc. related to property located in King County, WA Provail 41,690 square feet office building, 3670 Stone Way North Seattle, WA | | | | 9,293,769.95 | 0.00 |
| China Trust Bank (USA) 22939 Hawthorne Blvd. Torrance, CA 90505 | | | VALUE $12,980,000.00 | | | | | |

Sheet no. _7_ of _33_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ 36,193,769.95 | $ 4,950,000.00 |
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    .        Case No.  **09-16841**

                                    **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Chinatrust Bank (U.S.A.) <br> 500 108th Ave. NE, #1H3 <br> Bellevue, WA 98004 | | | 3/07, UCC security interest, fixtures, rents, etc. related to property lodated in King County, WA <br><br> VALUE $0.00 | | | X | 0.00 | 0.00 |
| NOTE:  goes with either Park 120 or Prevail entry for Chinatrust Bank.  Legal refers to Lots 1-5, Block 4, Stone's Home addition to Seattle (near Stone Way) | | | | | | | | |
| ACCOUNT NO. <br><br> Coastal Community Bank <br> PO Box 12220 <br> Everett, WA 98206 | | | Deed of Trust <br> Second Deed of Trust <br> Cook, Burdette house and Clark Lot 8 <br><br> VALUE $1,300,000.00 | | | | 2,900,000.00 | 1,600,000.00 |
| ACCOUNT NO. <br><br> Columbia State Bank <br> 1301 A Street, 8th Floor <br> Tacoma, WA | | | 02/27/2007 <br> May be unsecured or cross-collateralized, subject to review of loan documents. <br><br> VALUE $0.00 | | | X | 2,500,000.00 | 0.00 |
| ACCOUNT NO. <br><br> Columbia State Bank <br> 1301 A Street, 8th Floor <br> Tacoma, WA | | | 11/13/2007 <br> Deed of Trust <br> Dearborn Building, 57,600 square feet land plus building, 1220 S. Dearborn Street, Seattle, WA <br><br> VALUE $3,000,000.00 | | | | 4,004,000.00 | 1,004,000.00 |

Sheet no.  8  of  33  continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

$  **9,404,000.00**    $ **2,604,000.00**

$                          $

(Report also on Summary of   (If applicable, report
Schedules)                          also on Statistical
                                         Summary of Certain
                                         Liabilities and
                                         Related Data.)

In re  **Michael R. Mastro**                                    .     Case No.  **09-16841**

　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Commerce Bank <br> 601 Union Bank, #3600 <br> Seattle, WA 98101 | | | 05/28/2008 <br> **Second Deed of Trust** <br> mixed, May be unsecured or cross-collateralized, subject to review of loan documents. <br><br> **VALUE $0.00** | | | X | 8,237,221.41 | 0.00 |
| ACCOUNT NO. <br><br> Commerce State Bank <br> 601 Union Street, #3600 <br> Seattle, WA 98101 | | | **Assignment of Deed of Trust - Artner Dev. Prop.** <br><br> **VALUE $3,639,821.00** | | | | 3,835,000.00 | 195,179.00 |
| ACCOUNT NO. <br><br> CW Capital Management <br> 11200 Rockville Pike <br> Rockville, MD 20852 | X | | **Deed of Trust** <br> **Willows 124** <br><br> **VALUE $0.00** | | | | 10,747,942.33 | 0.00 |
| ACCOUNT NO. <br><br> Dexia Real Estate Capital Markets <br> 1180 NW Maple St., #202 <br> Issaquah, WA 98027 | X | | **Deed of Trust** <br> **Sifton, partially built 105,000 square feet shp center** <br> **Vancouver, WA** <br><br> **VALUE $10,000,000.00** | | | | 467,604.96 | 0.00 |
| ACCOUNT NO. <br><br> Equity Funding LLC <br> 12505 Bel-Red Road, #200 <br> Bellevue, WA 98005 | X | | **Deed of Trust** <br> **Blue Mountain Plaza** <br><br> **VALUE $10,500,000.00** | | | | 10,500,000.00 | 0.00 |

Sheet no. _9_ of _33_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ 33,787,768.70 | $ 195,179.00 |
| $ | $ |

(Report also on Summary of Schedules)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                          .        Case No.  **09-16841**

_____

**Debtor**                                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Evergreen Bank <br> 1111 3rd Avenue, #100 <br> Seattle, WA 98101 | | | unsecured - Eagle Point May be unsecured or cross-collateralized, subject to review of loan documents. <br><br> VALUE $0.00 | | | X | 4,000,000.00 | 0.00 |
| ACCOUNT NO. <br><br> First Horizon Home Loan Corp. <br> 5808 Lk. Wash. Blvd., #400 <br> Kirkland, WA 98033 | | | 12/05, UCC security interest, fixtures, rents, etc. related to property located in Redmond, King County, WA paid off <br><br> VALUE $0.00 | | | X | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> First Mutual Bank <br> PO Box 1647 <br> Bellevue, WA 98009-1647 | | | Deed of Trust Plus Assignment of Deed of Trust 1/07, UCC security interest, promissory notes dated 11/21/05, 1/30/02, 6/17/04, 8/8/06, 4/14/06, 12/14/06 made by John Mastandrea 1/07, UCC security interest, promissory note dated 2/23/06 made by Legend Development, LLC 8/07, UCC security interest, promissory note dated 2/28/05 made by MVP Centre Corporation <br><br> VALUE $0.00 | | | | 18,057,098.00 | 0.00 |

Sheet no. _10_ of _33_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤ <br> (Total of this page)

Total  ➤ <br> (Use only on last page)

| | |
|---|---|
| $ 22,057,098.00 | $ 0.00 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**               .       Case No.   **09-16841**

            **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Sound Bank** <br>**925 Fourth Ave., #2350** <br>**Seattle, WA 98104** | | | **Deed of Trust** <br>**LMD Motel** <br><br>**VALUE $0.00** | | | | 2,500,000.00 | 0.00 |
| ACCOUNT NO. <br><br>**First Sound Bank** <br>**925 Fourth Ave., #2350** <br>**Seattle, WA 98104** | | | **Second Deed of Trust** <br>**LMD Motel** <br><br>**VALUE $2,500,000.00** | | | | 2,500,000.00 | 0.00 |
| ACCOUNT NO. <br><br>**Foundation Bank** <br>**1110 112th Ave N.E., #100** <br>**Bellevue, WA 98004** | | | **12/04, UCC security interest, promissory note dated 11/11/04 payable to Mastro, maker Carey Development LLC, and related DOT** <br><br>**VALUE $0.00** | | | | 0.00 | 0.00 |
| ACCOUNT NO. <br><br>**Foundation Bank** <br>**1110 - 112th Ave NE, #200** <br>**Bellevue, WA 98004** | | | **03/20/2008** <br>**7/07, UCC security interest, mortgages, deeds of trust, chattel paper, notes, documents and general intangibles** <br>**Carey Dev. 2 KH houses** <br><br>**VALUE $0.00** | | | | 4,875,477.33 | 0.00 |

Sheet no. _11_ of _33_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤ <br>(Total of this page)

Total ➤ <br>(Use only on last page)

| | |
|---|---|
| $   **9,875,477.33** | $       **0.00** |
| $ | $ |

(Report also on Summary of Schedules)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro** ,     Case No. **09-16841**

              **Debtor**                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| **Frontier Bank** **332 SW Everett Mall Way** **Everett, WA 98204** | | | **3/05, UCC security interest, proceeds from assigned note and deed of trust dated 2/28/05** **4/09, UCC security interest, proceeds of promissory note and DOT dated 10/4/06, with Currie Road Apartment, LLC, Washington Metro Real Estate, LLC and Riverside Investments, LLC, believed to duplicate filing from 12/08** **5/08, UCC security interest, proceeds of a promissory note and DOT dated 8/27/07 between Michael R. Mastro and Frontier Bank** _____ **VALUE $0.00** | | | X | 0.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | |
| **Frontier Bank** **PO Box 2210** **Everett, WA 98213** | | | **3/05, UCC security interest, proceeds from assigned note and deed of trust dated 2/28/05** **8/07, UCC security interest, proceeds of note and DOT dated 10/4/06 granted by Currie Road Apartments, LLC, Washington Metro Real Estate, LLC** **5/08, UCC security interest, proceeds of a promissory note and DOT dated 8/27/07 between Michael R. Mastro and Frontier Bank** _____ **VALUE $0.00** | | | X | 0.00 | 0.00 |

Sheet no. _12_ of _33_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $     0.00 | $     0.00 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                          Case No.  **09-16841**
                                                                            .
                          **Debtor**                                   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 119,992.75 | 0.00 |
| **Frontier Bank** **PO Box 2210** **Everett, WA 98203** | | | **Deed of Trust** **Existing Snohomish County Ford, Inc. at 19220 Highway 2, Monroe, WA** **3/05, UCC security interest, proceeds from assigned note and deed of trust dated 2/28/05** **5/08, UCC security interest, proceeds of a promissory note and DOT dated 8/27/07 between Michael R. Mastro and Frontier Bank** **Hwy2 Property Management LLC** _____ **VALUE $0.00** | | | | | |

Sheet no. <u>13</u> of <u>33</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $  **119,992.75** | $  **0.00** |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro** .                    Case No. **09-16841**

Debtor                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 10,000,000.00 | 0.00 |
| **Frontier Bank** **PO Box 2210** **Everett, WA 98203** | | | **Deed of Trust** **Plus Assignment of Deed of Trust** **3/05, UCC security interest, proceeds from assigned note and deed of trust dated 2/28/05** **5/08, UCC security interest, proceeds of a promissory note and DOT dated 8/27/07 between Michael R. Mastro and Frontier Bank** **12/08, UCC security interest, proceeds of assignment of note and DOT dated 104/06, with Currie Road Apartment, LLC, Washington Metro Real Estate, LLC and Riverside Investments, LLC** **95 Riverside** _____ **VALUE $0.00** | | | | | | |

Sheet no. <u>14</u> of <u>33</u> continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ 10,000,000.00 | $ 0.00 |
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    .         Case No.  **09-16841**

                          **Debtor**                                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  X | | | **Deed of Trust** | | | | 588,804.87 | 0.00 |
| **Frontier Bank**<br>**PO Box 2210**<br>**Everett, WA 98203** | | | **Existing Snohomish County Ford Tire Factory located at 33817 Highway 2, in Susltan, 2.6 acres**<br>**3/05, UCC security interest, proceeds from assigned note and deed of trust dated 2/28/05**<br>**5/08, UCC security interest, proceeds of a promissory note and DOT dated 8/27/07 between Michael R. Mastro and Frontier Bank**<br>**Dealership Dev. SVC LLC**<br><br>**VALUE $0.00** | | | | | |
| ACCOUNT NO.  X | | | **Deed of Trust** | | | | 619,161.89 | 0.00 |
| **Frontier Bank**<br>**PO Box 2210**<br>**Everett, WA 98203** | | | **3/05, UCC security interest, proceeds from assigned note and deed of trust dated 2/28/05**<br>**5/08, UCC security interest, proceeds of a promissory note and DOT dated 8/27/07 between Michael R. Mastro and Frontier Bank**<br>**Hwy2 Property Management LLC**<br><br>**VALUE $0.00** | | | | | |

Sheet no.  15  of  33  continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  1,207,966.76 | $            0.00 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro** ,     Case No. **09-16841**

Debtor       (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **X** **Frontier Bank** **PO Box 2210** **Everett, WA 98203** | | | **Second Deed of Trust** **3/05, UCC security interest, proceeds from assigned note and deed of trust dated 2/28/05** **5/08, UCC security interest, proceeds of a promissory note and DOT dated 8/27/07 between Michael R. Mastro and Frontier Bank** **Willows 124** ————— **VALUE $0.00** | | | | 2,670,927.50 | 0.00 |
| ACCOUNT NO. **Frontier Bank** **332 SW Everett Mall Way** **Everett, WA 98204** | | | **3/05, UCC security interest, proceeds from assigned note and deed of trust dated 2/28/05** **10/06, UCC security interest, proceeds of assignment of note and DOT dated 5/31/06 between Thomas Price, Hyun Um and Prium Lakewood Buildings, LLC and Mastro** **5/08, UCC security interest, proceeds of a promissory note and DOT dated 8/27/07 between Michael R. Mastro and Frontier Bank** ————— **VALUE $0.00** | | | X | 0.00 | 0.00 |

Sheet no. 16 of 33 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $ 2,670,927.50 | $ 0.00 |
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                              .        Case No.  **09-16841**

                                    **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | **Deed of Trust** | | | | 3,277,836.01 | 877,836.01 |
| **Frontier Bank**<br>**PO Box 2210**<br>**Everett, WA 98203** | | | **3/05, UCC security interest, proceeds from assigned note and deed of trust dated 2/28/05**<br>**5/08, UCC security interest, proceeds of a promissory note and DOT dated 8/27/07 between TRH Lenders, LLC and Frontier Bank**<br>**5/08, UCC security interest, proceeds of a promissory note and DOT dated 8/27/07 between Michael R. Mastro and Frontier Bank**<br>**Bainbridge Island** | | | | | |
| | | | **VALUE $2,400,000.00** | | | | | |
| ACCOUNT NO. | | | **Second Deed of Trust** | | | | 2,671,454.46 | 0.00 |
| **Frontier Bank**<br>**PO Box 2210**<br>**Everett, WA 98203** | | | **3/05, UCC security interest, proceeds from assigned note and deed of trust dated 2/28/05**<br>**5/08, UCC security interest, proceeds of a promissory note and DOT dated 8/27/07 between Michael R. Mastro and Frontier Bank**<br>**Park 120** | | | | | |
| | | | **VALUE $0.00** | | | | | |

Sheet no. __17__ of __33__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $  5,949,290.47 | $  877,836.01 |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                   .        Case No.  **09-16841**
                        **Debtor**                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Frontier Bank <br>PO Box 2210 <br>Everett, WA 98203** | | | **Second Deed of Trust <br>3/05, UCC security interest, proceeds from assigned note and deed of trust dated 2/28/05 <br>5/08, UCC security interest, proceeds of a promissory note and DOT dated 8/27/07 between Michael R. Mastro and Frontier Bank <br>9/08, UCC security interest, proceeds of promissory note and Deed of Trust dated 2/28/05 granted by West Valley Business Park, LLC <br>West Valley** <br><br>**VALUE $0.00** | | | | 1,112,373.17 | 0.00 |
| ACCOUNT NO. <br><br>**Frontier Bank <br>PO Box 2210 <br>Everett, WA 98203** | | | **03/28/2008 <br>Deed of Trust <br>3/05, UCC security interest, proceeds from assigned note and deed of trust dated 2/28/05 <br>5/08, UCC security interest, proceeds of a promissory note and DOT dated 8/27/07 between Michael R. Mastro and Frontier Bank <br>Sammamish Ridge** <br><br>**VALUE $10,000,000.00** | | | | 19,655,983.75 | 9,655,983.75 |

Sheet no. _18_ of _33_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ 20,768,356.92 | $ 9,655,983.75 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**         .        Case No.   **09-16841**

                   **Debtor**                             **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **X**<br><br>**Golf Savings Bank**<br>**Attn: Mark Milan**<br>**6505 218th St. SW**<br>**Mt. Lake Terrace, WA 98043** | | | **Deed of Trust**<br>**4/06 UCC security interest, fixtures, etc. related to property located in King County (Nagle's Second Addition)**<br>**4/06, UCC security interest, fixtures, etc. related to property located in King County (D.S. Maynard's Plat)**<br>**Westwater**<br><br>**VALUE $8,990,000.00** | | | | 7,021,213.64 | 0.00 |
| NOTE:    Question on whether deed in lieu | | | | | | | | |
| ACCOUNT NO.<br><br>**Homestreet Bank**<br>**601 Union Street, #2000**<br>**Seattle, WA 98101-2326** | | | **8/05, UCC security interest, fixtures, rents, etc. related to property located in King County, WA**<br><br>**VALUE $0.00** | | | X | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>**Homestreet Bank**<br>**601 Union Street, #2000**<br>**Seattle, WA 98101-2326** | | | **11/04, UCC security interest, fxtures, rents, etc. related to property located in Thurston County, WA**<br><br>**VALUE $0.00** | | | X | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>**Homestreet Bank**<br>**601 Union Street, #2000**<br>**Seattle, WA 98101-2326** | | | **unsecured/Valley View**<br>**May be unsecured or cross-collateralized, subject to review of loan documents.**<br><br>**VALUE $0.00** | | | X | 1,600,000.00 | 0.00 |

Sheet no. _19_ of _33_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)      $   8,621,213.64 | $        0.00

Total ➤
(Use only on last page)      $           | $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re __Michael R. Mastro__ .          Case No. __09-16841__

Debtor          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Homestreet Bank <br> 601 Union Street, #2000 <br> Seattle, WA 98101-2326 | | | 8/08, UCC security interest, fixtures, rents, etc. related to real property located in King County, WA <br><br> VALUE $0.00 | | | X | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> Homestreet Bank <br> 601 Union Street, #2000 <br> Seattle, WA 98101-2326 | | X | Deed of Trust <br> Kenmore TH <br><br> VALUE $12,000,000.00 | | | | 16,898,150.00 | 6,898,150.00 |
| ACCOUNT NO. <br><br> Homestreet Bank <br> 601 Union Street, #2000 <br> Seattle, WA 98101-2326 | | X | 06/27/2007 <br> Deed of Trust <br> Park Place <br><br> VALUE $9,000,000.00 | | | | 11,546,548.77 | 2,546,548.77 |
| ACCOUNT NO. <br><br> Homestreet Bank <br> 601 Union Street, #2000 <br> Seattle, WA 98101-2326 | | | Deed of Trust <br> Valley View <br><br> VALUE $7,000,000.00 | | | | 7,676,186.04 | 676,186.04 |
| ACCOUNT NO. <br><br> Homestreet Bank <br> 601 Union Street, #2000 <br> Seattle, WA 98101-2326 | | | Deed of Trust <br> Mariner Court <br><br> VALUE $0.00 | | | | 4,811,743.28 | 0.00 |

Sheet no. _20_ of _33_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ 40,932,628.09 | $10,120,884.81 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro**                              .     Case No. **09-16841**

                **Debtor**                                     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Horizon Bank<br>2211 Rimland Dr., #230<br>Bellingham, WA 98226 | | | 12/07, UCC security interest, notes, DOTs and assignments of rights related to GMP Home entities, Richard and Marial Prendergast<br><br>**VALUE $0.00** | | | X | 0.00 | 0.00 |
| **ACCOUNT NO.**<br><br>Horizon Bank<br>PO Box 580<br>Bellingham, WA 98227 | | | **Deed of Trust**<br>12/07, UCC security interest, notes, DOTs and assignments of rights pursuant to a credit agreement dated 11/19/07 **Tukwila Station**<br><br>**VALUE $4,000,000.00** | | | | 4,972,500.00 | 972,500.00 |
| **ACCOUNT NO.**<br><br>Horizon Bank<br>PO Box 580<br>Bellingham, WA 98227 | | | **Deed of Trust**<br>12/07, UCC security interest, notes, DOTs and assignments of rights pursuant to a credit agreement dated 11/19/07 **Lane Farm**<br><br>**VALUE $3,500,000.00** | | | | 2,237,575.07 | 0.00 |
| **ACCOUNT NO.**<br><br>Horizon Bank<br>PO Box 580<br>Bellingham, WA 98227 | | | 08/25/2006<br>12/07, UCC security interest, notes, DOTs and assignments of rights pursuant to a credit agreement dated 11/19/07 **Alderwood Cadillac**<br><br>**VALUE $5,375,000.00** | | | | 6,341,561.17 | 966,561.17 |

Sheet no. <u>21</u> of <u>33</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $ 13,551,636.24 | $ 1,939,061.17 |
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro**                                                   Case No. **09-16841**
.
Debtor                                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| IDS Life Insurance Co. Attn: RE Loan Mgmt, Unit 401 Minneapolis, MN 55042 | | | 12/95, UCC security interest, fixtures, rent, etc., property in Clark County, WA - paid off | | | X | 0.00 | 0.00 |
| | | | VALUE $0.00 | | | | | |
| ACCOUNT NO. | | | | | | | | |
| IDS Life Insurance Co. Attn: RE Loan Mgmt, Unit 401 Minneapolis, MN 55402 | | | 10/95, UCC security interest, fixtures, rent, etc., property in Fife, WA paid off | | | X | 0.00 | 0.00 |
| | | | VALUE $0.00 | | | | | |
| ACCOUNT NO. | | | | | | | | |
| JMS Construction 8575 Willows Road NE Redmond, WA 98052 | | | Known as Safeway Training Center 606 120th Ave NE Bellevue, WA | | | | 133,765.00 | 0.00 |
| | | | VALUE $0.00 | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Lehman Commercial Paper | | | 11/04, UCC security interest, appliances leased by T&W Funding Company V to Mastro paid off | | | X | 0.00 | 0.00 |
| | | | VALUE $0.00 | | | | | |

Sheet no. 22 of 33 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal      ➢
(Total of this page)

Total      ➢
(Use only on last page)

| | |
|---|---|
| $      133,765.00 | $      0.00 |
| $ | $ |

(Report also on Summary of    (If applicable, report
Schedules)                              also on Statistical
Summary of Certain
Liabilities and
Related Data.)

In re __Michael R. Mastro__ ,     Case No. __09-16841__

                 Debtor                                                     (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Michael K. Mastro <br> 801 Lakeside Ave. South <br> Seattle, WA 98144 | | | 5/08, UCC security interest, certain LLC membership interests of Michael Robert Mastro, granted to Michael K. Mastro as nominee (since resigned) for a group of lenders, amended 2/09 to acknowledge interest are junior to any interests of Pacific Continental Bank <br> **The current validity and enforceability of this security interest is disputed. The underlying claims of the lenders are not disputed.** <br><br> VALUE $0.00 | | | X | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> Northern Trust <br> 1414 Fourth Avenue <br> Seattle, WA 98101 | | | 06/12/2008 <br> **Deed of Trust** <br> 6/08, UCC security interest, hedging transactions, deposit accounts with Northern Trust, fixtures, rents, etc. related to property located in King County, WA <br> **Avalon** <br><br> VALUE $2,000,000.00 | | | | 5,768,337.76 | 3,768,337.76 |
| ACCOUNT NO. <br><br> Northern Trust <br> 1414 Fourth Avenue <br> Seattle, WA 98101 | | | 1/09, UCC security interest, fixtures, rents, tec. related to property at 1140 North 94th St., Seattle, WA <br><br> VALUE $0.00 | | | X | 0.00 | 0.00 |

Sheet no. __23__ of __33__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤ (Total of this page)                $ 5,768,337.76    $ 3,768,337.76

Total ➤ (Use only on last page)               $        $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                          .  Case No.  **09-16841**

                              **Debtor**                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Pacific Continental Bank**<br>**305 - 108th Ave NE, #100**<br>**Bellevue, WA 98004** | | | 04/19/2007<br>**Deed of Trust**<br>**6/07, UCC security interest,**<br>**fixtures, rents, etc. related to**<br>**property located in Pierce**<br>**County, WA**<br>**Emerald Ridge.  Linda Mastro**<br>**listed as additional debtor**<br><br>**VALUE $15,000,000.00** | | | | 30,116,970.37 | 15,116,970.37 |
| ACCOUNT NO.<br><br>**Pacific Continental Bank**<br>**305 - 108th Ave. NE, #100**<br>**Bellevue, WA 98004** | | | 10/29/2007<br>**Deed of Trust**<br>**9/08, UCC security interest,**<br>**Mastro's interest in Park Place**<br>**M&M LLC, proceeds of sale for**<br>**property owned by Park Place**<br>**after payment of Homestreet's**<br>**loan secured by such property**<br>**Sound View 90**<br><br>**VALUE $7,000,000.00** | | | | 7,685,795.98 | 685,795.98 |
| ACCOUNT NO.<br><br>**Pacific Continental Bank**<br>**305 - 108th Ave. NE, #100**<br>**Bellevue, WA 9804** | | | **May be unsecured or**<br>**cross-collateralized, subject to**<br>**review of loan documents.**<br><br>**VALUE $0.00** | | | X | 500,000.00 | 0.00 |
| ACCOUNT NO.<br><br>**Pacific Office Automation**<br>**1961 Hirst Drive**<br>**Moberly, MO 65270** | | | **7/07, UCC security interest,**<br>**equipment leased or financed**<br>**under Total Image Management**<br>**Agreement 7380514-002**<br><br>**VALUE $0.00** | | | X | 0.00 | 0.00 |

Sheet no. <u>24</u> of <u>33</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢
(Total of this page)

          **$ 38,302,766.35** | **$15,802,766.35**

Total  ➢
(Use only on last page)

          **$** | **$**

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro** _____ .          Case No.  **09-16841**
                                                                              _____
          **Debtor**                                                         **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Plaza Bank**<br>**1420 Fifth Avenue, #3700**<br>**Seattle, WA 98101** | | | 12/08/2006<br>**Assignment of Deed of Trust 12/06, UCC security interest, beneficiary's interest in note dated 9/27/06 made by John Mastandrea and East Thomas, LLC**<br>**304 East Thomas**<br><br>**VALUE $1,500,000.00** | | | X | 1,406,250.00 | 0.00 |
| ACCOUNT NO.<br><br>**Puget Sound Bank**<br>**10500 NE 8th St., #1800**<br>**Bellevue, WA 98004** | X | | 12/01/2008<br>**Second Deed of Trust**<br>**May be unsecured or cross-collateralized, subject to review of loan documents.**<br><br>**VALUE $0.00** | | | X | 500,000.00 | 0.00 |
| ACCOUNT NO.<br><br>**Puget Sound Bank**<br>**10500 NE 8th St, #1800**<br>**Bellevue, WA 98004** | X | | **Deed of Trust**<br>**Meydenbauer**<br><br>**VALUE $3,000,000.00** | | | | 4,225,000.00 | 1,225,000.00 |
| ACCOUNT NO.<br><br>**Regal Financial Bank**<br>**925 4th Ave., #100**<br>**Seattle, WA 98104** | X | | 03/30/2007<br>**Assignment of Deed of Trust**<br>**Copper Hill Condos**<br><br>**VALUE $1,082,900.00** | | | | 918,138.60 | 0.00 |

Sheet no. <u>25</u> of <u>33</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ **7,049,388.60** | $ **1,225,000.00** |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro** _____ .  Case No.  **09-16841** _____

Debtor  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Regal Financial Bank 925 4th Ave., #100 Seattle, WA 98104** | X | | 12/22/2005 **Assignment of Deed of Trust Copper Hill 12-202** _____ **VALUE $0.00** | | | | 133,592.66 | 0.00 |
| ACCOUNT NO.  **Regal Financial Bank 925 4th Ave., #100 Seattle, WA 98104** | | | **Assignment of Deed of Trust Lacey Lot 29 A&B** _____ **VALUE $0.00** | | | | 211,590.07 | 0.00 |
| ACCOUNT NO.  **Regal Financial Bank 925 4th Ave., #100 Seattle, WA 98104** | | | **Assignment of Deed of Trust Lacey Lot 6** _____ **VALUE $0.00** | | | | 147,367.91 | 0.00 |
| ACCOUNT NO.  **Regal Financial Bank 925 4th Ave., #100 Seattle, WA 98104** | | | 04/20/2007 **Assignment of Deed of Trust Gerling Square** _____ **VALUE $0.00** | | | | 248,341.21 | 0.00 |
| ACCOUNT NO.  **State Farm Insurance Company c/o Norris Beggs & Simpson 121 SW Morrison, #200 Portland, OR 97204** | X | | 06/14/2007 **Deed of Trust Shoreline 88** _____ **VALUE $0.00** | | | | 11,986,691.41 | 0.00 |

Sheet no. 26 of 33 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤ (Total of this page)  **$ 12,727,583.26** **$**  **0.00**

Total ➤ (Use only on last page)  **$** **$**

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
                        _____                        _____
                            **Debtor**                                           **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Second Deed of Trust unsecured/Harbor Vista May be unsecured or cross-collateralized, subject to review of loan documents. | | | X | 987,675.82 | 0.00 |
| **Sterling Savings Bank** 10500 NE 8th Street, #950 Bellevue, WA 98004 | | | VALUE $0.00 | | | | | |
| ACCOUNT NO. | | | 07/15/2007 Deed of Trust Harbor Vista | | | | 6,644,362.88 | 1,664,362.88 |
| **Sterling Savings Bank** 10500 NE 8th Street, #950 Bellevue, WA 98004 | | | VALUE $5,000,000.00 | | | | | |
| ACCOUNT NO. | | | 5/99, UCC security interest, protective lease filing, original lessee Seaboard, Inc. paid off | | | X | 0.00 | 0.00 |
| **T&W Financial Services Co., LLC** PO Box 3028 Federal Way, WA 98063 | | | VALUE $0.00 | | | | | |
| ACCOUNT NO. | | | 5/99, UCC security interest, protective lease filing, appliances installed various properties paid off | | | X | 0.00 | 0.00 |
| **T&W Financial Services Co., LLC** PO Box 3028 Federal Way, WA 98063 | | | VALUE $0.00 | | | | | |

Sheet no. _27_ of _33_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

| | |
|---|---|
| $ 7,632,038.70 | $ 1,664,362.88 |

Total  ➤
(Use only on last page)

| | |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                        .        Case No.  **09-16841**
_____                              _____
                    **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> U.S. Bank <br> 1420 Fifth Ave., 8th Floor <br> Seattle, WA 98191 | | | 1/06, UCC security interest, fixtures, rents, etc. related to property located in King County, WA (Leilani Square Property) <br><br> VALUE $0.00 | | | X | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> U.S. Bank <br> 1420 Fifth Ave., 8th Floor <br> Seattle, WA 98191 | | | 11/05, UCC security interest, fixtures, rents, etc. related to property located in Snohomish County, WA (Old Snohomish/LMD Property) May have been released. <br><br> VALUE $0.00 | | | X | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> U.S. Bank <br> 1420 Fifth Ave., 8th Floor <br> Seattle, WA 98191 | | | 11/05, UCC security interest, fixtures, rents, etc. related to property located in Thurston County, WA (Lacey Property) May have been released. <br><br> VALUE $0.00 | | | X | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> U.S. Bank <br> 1420 Fifth Ave., 8th Floor <br> Seattle, WA 98191 | | | 11/05, UCC security interest, fixtures, rents, etc. related to property located in Pierce County, WA (Sumner Property) May have been released. <br><br> VALUE $0.00 | | | X | 0.00 | 0.00 |

Sheet no. <u>28</u> of <u>33</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| $ | 0.00 | $ | 0.00 |
|---|---|---|---|
| $ | | $ | |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re __Michael R. Mastro_____.

Case No. __09-16841_____

Debtor

(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **U.S. Bank** <br> **1420 Fifth Ave., 8th Floor** <br> **Seattle, WA 98191** | | | **11/05 UCC security interest, fixtures, rents, etc. related to property located in King County, WA (NE Redmond-Bellevue Property)** <br> **May have been released.** <br><br> **VALUE $0.00** | | | X | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> **U.S. Bank** <br> **1420 Fifth Ave., 8th Floor** <br> **Seattle, WA 98191** | | | **11/05, UCC security interest, fixtures, rents, etc. related to property located in Snohomish County, WA (Lane Farms Property)** <br> **May have been released.** <br><br> **VALUE $0.00** | | | X | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> **U.S. Bank** <br> **1420 Fifth Ave., 8th Floor** <br> **Seattle, WA 98191** | | | **11/05, UCC security interest, fixtures, rents, etc. related to property located in King County, WA (N. 85th Street, Seattle, WA)** <br> **May have been released.** <br><br> **VALUE $0.00** | | | X | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> **Venture Bank** <br> **1495 Wilmington Drive** <br> **DuPont, WA 98327** | | | **Assignment of Deed of Trust Gibson, Stavros** <br><br> **VALUE $0.00** | | | | 5,000,000.00 | 0.00 |

Sheet no. __29__ of __33__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $ 5,000,000.00 | $ 0.00 |
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    .          Case No.  **09-16841**

                                   **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Venture Bank**<br>**1495 Wilmington Drive**<br>**DuPont, WA 98327** | | | **Deed of Trust**<br>**Hawks Prairie**<br><br>**VALUE $5,600,000.00** | | | | 5,200,000.00 | 0.00 |
| ACCOUNT NO.<br>**Viking Bank**<br>**PO Box 70546**<br>**Seattle, WA 98107** | | | **Deed of Trust**<br>**Simply Living**<br><br>**VALUE $2,000,000.00** | | | | 1,100,000.00 | 0.00 |
| ACCOUNT NO.<br>**Viking Bank**<br>**PO Box 70546**<br>**Seattle, WA 98107** | | | **Deed of Trust**<br>**Sumner**<br><br>**VALUE $2,000,000.00** | | | | 2,056,979.16 | 56,979.16 |
| ACCOUNT NO.<br>**Viking Bank**<br>**PO Box 70546**<br>**Seattle, WA 98107** | | | **Deed of Trust**<br>**Simply Living**<br><br>**VALUE $2,000,000.00** | | | | 250,000.00 | 0.00 |
| ACCOUNT NO.<br>**Villa Sonoma Condo Assoc.**<br>**c/o Sundberg & Pody**<br>**PO Box 1577**<br>**Mercer Island, WA 98040** | | | **Statutory Lien**<br>**Statutory lien for unpaid assessments**<br><br>**VALUE $0.00** | | | | 9,311.00 | 0.00 |

Sheet no. _30_ of _33_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➤
(Total of this page)

| $ 8,616,290.16 | $ 56,979.16 |
|---|---|

Total ➤
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re __Michael R. Mastro__ .       Case No. __09-16841__

               Debtor                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Washington Business Bank** <br> **2607 Martin Way E., #211** <br> **Olympia, WA 98506** | | | **Deed of Trust** <br> **Rails** <br><br> **VALUE $1,500,000.00** | | | | 1,340,000.00 | 0.00 |
| ACCOUNT NO. <br><br> **Washington Federal Savings** <br> **425 Pike Street** <br> **Seattle, WA 98101** | | X | 09/24/2007 <br> **Grand Firs** <br> **Deed in lieu** <br><br> **VALUE $0.00** | | | | 8,494,850.00 | 0.00 |
| NOTE:    Question about whether deed in lieu | | | | | | | | |
| ACCOUNT NO. <br><br> **Washington Federal Savings** <br> **425 Pike Street** <br> **Seattle, WA 98101** | | X | 05/01/2007 <br> **Deed of Trust** <br> **Ridgeview Estates** <br><br> **VALUE $10,000,000.00** | | | | 14,716,041.31 | 4,716,041.31 |
| ACCOUNT NO. <br><br> **Washington First Int'l Bank** <br> **9709 Third Ave, NE, #110** <br> **Seattle, WA 98115** | | | **10/04, UCC security interest, unspecified interest in real property located in King County, WA** <br> **Richmond, Moore, Malibu, Whitehead, assigned note and DOT from Centurion** <br><br> **VALUE $0.00** | | | | 10,833,645.52 | 0.00 |

Sheet no. _31_ of _33_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤ (Total of this page)

Total ➤ (Use only on last page)

| | |
|---|---|
| $ 35,384,536.83 | $ 4,716,041.31 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    .          Case No.  **09-16841**

                              **Debtor**                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Washington Trust Bank<br>601 Union Street, #4747<br>Seattle, WA 98101-2340 | | | 04/23/2009<br>Second Deed of Trust<br>John Meadows<br><br>VALUE $0.00 | | | | 215,759.85 | 0.00 |
| ACCOUNT NO.<br><br>Washington Trust Bank<br>601 Union Street, #4747<br>Seattle, WA 98101-2340 | | | Provail/Johns Meadow<br><br>VALUE $0.00 | | | | 6,461,682.04 | 0.00 |
| ACCOUNT NO.<br><br>Washington Trust Bank<br>601 Union Street, #4747<br>Seattle, WA 98101-2340 | X | | Deed of Trust<br>Grand Firs<br><br>VALUE $14,000,000.00 | | | | 17,300,000.00 | 3,300,000.00 |
| ACCOUNT NO.<br><br>Wells Fargo Bank<br>1300 SW Fifth Avenue<br>MAC P6101-142<br>Portland, OR 97201 | | | Assignment of Second Deed of Trust<br>12/08, UCC security interest, promissory note dated 1/31/08 from Prium Spokane Buildings, LLC and all collateral securing note including a DOT<br>Prium Spokane Building, LLC<br><br>VALUE $0.00 | | | | 289,767.34 | 0.00 |

Sheet no. _32_ of _33_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $ 24,267,209.23 | $ 3,300,000.00 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                          .        Case No.  **09-16841**
                                    **Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 5,892,574.16 | 0.00 |
| Zions Bank<br>PO Box 30709<br>Salt Lake City, UT 84130-0709 | | | Deed of Trust<br>12/07, UCC security interest, deposit account no. 1553173 at Commerce Bank<br>Sifton<br><br>VALUE $9,532,395.00 | | | | | |

Sheet no. _33_ of _33_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| $ 5,892,574.16 | $ 0.00 |
|---|---|
| $468,245,665.99 | $10,505,394.94 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   **Michael R. Mastro**
_____
                        Debtor

Case No.   **09-16841**
_____
                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>17</u>   **continuation sheets attached**

In re  **Michael R. Mastro**                                                                      ,     Case No.    <u>09-16841</u>
                                                                                                                                              (If known)
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ackerman**<br>**8508 228th St. Ct. E**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br><br>**Alexander and Laura Weeks**<br>**23112 79th Ave. East**<br>**Graham, WA 98338** | X | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br><br>**Andrew C. and Thameena S. Schwartz**<br>**Kayla St. SE**<br>**Yelm, WA 98597** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br><br>**Austin M. McCray**<br>**6970 California Ave. SW, Unit B-309**<br>**Seattle, WA 98136** | X | | | | | X | 354.00 | 354.00 | $0.00 |
| ACCOUNT NO.<br><br>**Benny Allen Jones**<br>**8317 228th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br><br>**Bernadette Refuerzo**<br>**6970 California Ave. SW, Unit B-406**<br>**Seattle, WA 98136** | X | | | | | X | 366.00 | 366.00 | $0.00 |

Sheet no. <u>1</u> of <u>17</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

$ **1,320.00**   $ **1,320.00**   $ **0.00**

Total  ➤
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

$

Total  ➤
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities
and Related Data. )

$                $

In re **Michael R. Mastro** _____,    Case No. **09-16841**
Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority: **Deposits by Individuals** _____

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**C&E Developments LLC**<br>**Kayla Ave. SE**<br>**Yelm, WA 98597** | | | | | | | 450.00 | 450.00 | $0.00 |
| ACCOUNT NO.<br>**Carrillo**<br>**8513 228th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Christopher Whitmore**<br>**6970 California Ave. SW, Unit B306**<br>**Seattle, WA 98136** | X | | | | | X | 366.00 | 366.00 | $0.00 |
| ACCOUNT NO.<br>**Cochran**<br>**Kayla St. SE**<br>**Yelm, WA 98597** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Corey P. Vandenboom**<br>**23022 82nd Ave. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Crager**<br>**8204 229th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |

Sheet no. _2_ of _17_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)    $ **1,416.00**   $ **1,416.00**   $ **0.00**

Total  ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total  ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $    $

In re  **Michael R. Mastro** _____,    Case No.  <u>09-16841</u>
                                Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Crowe**<br>**8412 229th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Crystal Bullard**<br>**6960 California Ave. SW, Unit A-202**<br>**Seattle, WA 98136** | X | | | | | X | 432.00 | 432.00 | $0.00 |
| ACCOUNT NO.<br>**Cynthia and John S. Davis**<br>**8511 230th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Dan and Amanda Byrnside**<br>**8210 229th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Danile Nachampassak**<br>**8110 81st Ave. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**David and Marietes Jasa**<br>**8313 229th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |

Sheet no. <u>3</u> of <u>17</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▸<br>(Totals of this page) | $ **1,182.00** | $ **1,182.00** | $ **0.00** |
| Total ▸<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ▸<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re  **Michael R. Mastro**                                        ,  Case No.  __09-16841__
                          Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  DeLong  8409 228th St. Ct. East  Graham, WA 98338 | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.  Elder  8203 229th St. Ct. East  Graham, WA 98338 | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.  Eric D. Brickley  6970 California Ave. SW, Unit B-105  Seattle, WA 98136 | X | | | | | X | 366.00 | 366.00 | $0.00 |
| ACCOUNT NO.  Erik and Lizabeth Walden  23022 78th Ave. Ct. East  Graham, WA 98338 | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.  First American Exchange Company  23009 85th Ave. Ct. East  Graham, WA 98338 | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.  Gomez  91st Ave. SE  Yelm, WA 98597 | | | | | | X | 150.00 | 150.00 | $0.00 |

Sheet no. _4_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤ (Totals of this page) | $  1,116.00 | $  1,116.00 | $  0.00 |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re **Michael R. Mastro**,      Case No. <u>09-16841</u>

Debtor            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority: Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Heather L. Gordon (Muscatel)**<br>**6970 California Ave. SW, Unit B-109**<br>**Seattle, WA 98136** | X | | | | | X | 354.00 | 354.00 | $0.00 |
| ACCOUNT NO.<br><br>**Ihrig**<br>**22916 78th Ave. Ct. East**<br>**Graham, WA 98338** | X | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br><br>**Irene Gendron**<br>**6960 California Ave. SW, Unit A-208**<br>**Seattle, WA 98136** | X | | | | | X | 548.00 | 548.00 | $0.00 |
| ACCOUNT NO.<br><br>**James and Dana Duffy**<br>**6960 California Ave. SW, Unit A-306**<br>**Seattle, WA 98136** | X | | | | | X | 366.00 | 366.00 | $0.00 |
| ACCOUNT NO.<br><br>**James R. Ehnborn**<br>**8307 229th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br><br>**Jay Rethaford**<br>**8417 229th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |

Sheet no. <u>5</u> of <u>17</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)

$ **1,718.00** | $ **1,718.00** | $ **0.00**

Total ►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Total ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

$ | $

In re **Michael R. Mastro**,      Case No. <u>09-16841</u>

Debtor      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority: Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Jeffrey and Kim Holmes** <br> **91st Ave. SE** <br> **Yelm, WA 98597** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO. <br> **Jeffrey R. Hagemeier** <br> **6960 California Ave. SW, Unit A-409** <br> **Seattle, WA 98136** | X | | | | | X | 354.00 | 354.00 | $0.00 |
| ACCOUNT NO. <br> **John and Amy Pepper** <br> **8105 228th St. Ct. East** <br> **Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO. <br> **John and Marilyn Clarence** <br> **8205 230th St. Ct. East** <br> **Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO. <br> **Johnson** <br> **8216 229th St. Ct. East** <br> **Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO. <br> **Jones/Kaehler** <br> **8503 229th St. Ct. East** <br> **Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |

Sheet no. <u>6</u> of <u>17</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)    $ **1,104.00**   $ **1,104.00**   $ **0.00**

Total ►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $    $

In re  **Michael R. Mastro** _____,   Case No.   <u>09-16841</u>
                                            _____
                    Debtor                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Deposits by Individuals

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jonny Spencer**<br>**Michelle Questi**<br>**8408 230th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | **150.00** | **150.00** | **$0.00** |
| ACCOUNT NO.<br>**Juan and Jennefer Ornelas**<br>**8315 230th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | **150.00** | **150.00** | **$0.00** |
| ACCOUNT NO.<br>**Julieanne and Richard Cruz**<br>**8411 229th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | **150.00** | **150.00** | **$0.00** |
| ACCOUNT NO.<br>**Ka Wai Dora (Angela) Leung**<br>**6960 California Ave. SW, Unit A-401**<br>**Seattle, WA 98136** | X | | | | | X | **414.00** | **414.00** | **$0.00** |
| ACCOUNT NO.<br>**Kenneth M. Nutt**<br>**8501 228th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | **150.00** | **150.00** | **$0.00** |
| ACCOUNT NO.<br>**Kurt Lewis**<br>**23018 78th Ave. Ct. East**<br>**Graham, WA 98338** | | | | | | X | **150.00** | **150.00** | **$0.00** |

Sheet no. <u>7</u> of <u>17</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▶<br>(Totals of this page) | $ **1,164.00** | $ **1,164.00** | $ **0.00** |
| Total  ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total  ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re   **Michael R. Mastro**                                      ,          Case No.   <u>09-16841</u>
                        Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lian Rita Handaja**<br>**6960 California Ave. SW, Unit A-402**<br>**Seattle, WA 98136** | X | | | | | X | 432.00 | 432.00 | $0.00 |
| ACCOUNT NO.<br>**Lindsey Durant**<br>**6970 California Ave. SW, Unit B-209**<br>**Seattle, WA 98136** | X | | | | | X | 354.00 | 354.00 | $0.00 |
| ACCOUNT NO.<br>**Lowers**<br>**8318 228th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Ludwig R. Maerz**<br>**6960 California Ave. SW, Unit A-108**<br>**Seattle, WA 98136** | X | | | | | X | 556.00 | 556.00 | $0.00 |
| ACCOUNT NO.<br>**Marjorie I. Gillet**<br>**6970 California Ave. SW, Unit B-409**<br>**Seattle, WA 98136** | X | | | | | X | 354.00 | 354.00 | $0.00 |
| ACCOUNT NO.<br>**Mark Collier**<br>**23012 82nd Ave. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |

Sheet no. <u>8</u> of <u>17</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

| | | |
|---|---|---|
| $   **1,996.00** | $   **1,996.00** | $   **0.00** |

Total ➢
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

| $ | | |

Total ➢
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities
and Related Data. )

| | $ | $ |

In re  **Michael R. Mastro** _____,  Case No. **09-16841**_____
Debtor  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Deposits by Individuals** _____

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mark L. Horvill**<br>**8219 228th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Matt and Sue Armstrong**<br>**8305 228th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**McDonald, Marcus & Ariana**<br>**8416 228th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Meghan Sykas**<br>**6960 California Ave. SW, Unit A-309**<br>**Seattle, WA 98136** | X | | | | | X | 354.00 | 354.00 | $0.00 |
| ACCOUNT NO.<br>**Mehdi Kamalian**<br>**8206 230th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Melissa and Jeremy Samiec**<br>**91st Ave. SE**<br>**Yelm, WA 98597** | | | | | | X | 150.00 | 150.00 | $0.00 |

Sheet no. _9_ of _17_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page) $ **1,104.00** $ **1,104.00** $ **0.00**

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) $ $

In re **Michael R. Mastro** ,                                    Case No.  **09-16841**
                                                                                        (If known)
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  **Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Michael and Daphne Hart**<br>**22812 82nd Ave. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Michael and Deborah Golder**<br>**8516 231st St. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Michael English**<br>**6970 California Ave. SW, Unit B-301**<br>**Seattle, WA 98136** | X | | | | | X | 414.00 | 414.00 | $0.00 |
| ACCOUNT NO.<br>**Miller**<br>**8202 228th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Monique A. Zampera**<br>**6960 California Ave. SW, Unit A-205**<br>**Seattle, WA 98136** | X | | | | | X | 360.00 | 360.00 | $0.00 |
| ACCOUNT NO.<br>**Odden**<br>**8515 229th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |

Sheet no.  10  of  17  continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▷<br>(Totals of this page) | $ 1,374.00 | $ 1,374.00 | $ 0.00 |
| Total ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re  **Michael R. Mastro**                                                                  ,           Case No.  <u>09-16841</u>

Debtor                                                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Deposits by Individuals

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Packer**<br>**22906 82nd Ave. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br><br>**Phyllis Harrison**<br>**8507 228th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br><br>**Port and Judy Tuley**<br>**8418 229th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br><br>**Rex De Asis**<br>**6970 California Ave. SW, Unit B-202**<br>**Seattle, WA 98136** | X | | | | | X | 432.00 | 432.00 | $0.00 |
| ACCOUNT NO.<br><br>**Rex De Asis**<br>**6970 California Ave. SW, Unit B305**<br>**Seattle, WA 98136** | X | | | | | X | 366.00 | 366.00 | $0.00 |
| ACCOUNT NO.<br><br>**Reyes**<br>**91st Ave. SE**<br>**Yelm, WA 98597** | | | | | | X | 150.00 | 150.00 | $0.00 |

Sheet no. <u>11</u> of <u>17</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)

$ **1,398.00**  |  $ **1,398.00**  |  $ **0.00**

Total  ►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Total  ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

$  |  $

In re  **Michael R. Mastro**                                    ,          Case No.  __09-16841__

                        Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Robert and Desiree Odegaard**<br>**23019 85th Ave. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Robert Joseph Lehman**<br>**6960 California Ave. SW, Unit A-302**<br>**Seattle, WA 98136** | X | | | | | X | 432.00 | 432.00 | $0.00 |
| ACCOUNT NO.<br>**Royal**<br>**6960 California Ave. SW, Unit A-405**<br>**Seattle, WA 98136** | X | | | | | X | 366.00 | 366.00 | $0.00 |
| ACCOUNT NO.<br>**Ryan and Davina Derrickson**<br>**8514 229th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Ryan and Stephanie Hobton**<br>**23008 82nd Ave. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Ryan Thomason**<br>**8415 228th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |

Sheet no. _12_ of _17_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▷<br>(Totals of this page) | $ **1,398.00** | $ **1,398.00** | $ **0.00** |
| Total  ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total  ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re **Michael R. Mastro**,      Case No. <u>09-16841</u>

Debtor                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority: Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sarah and Timothy Knuth**<br>**23018 82nd Ave. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Sharon D. Spurgeon**<br>**6960 California Ave. SW, Unit A-105**<br>**Seattle, WA 98136** | X | | | | | X | 366.00 | 366.00 | $0.00 |
| ACCOUNT NO.<br>**Sims**<br>**8509 229th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Smith**<br>**91st Ave. SE**<br>**Yelm, WA 98597** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Sridhar Avantsa**<br>**6970 California Ave. SW, Unit B-405**<br>**Seattle, WA 98136** | X | | | | | X | 366.00 | 366.00 | $0.00 |
| ACCOUNT NO.<br>**Sterling L. Brodniak**<br>**Kayla St. SE**<br>**Yelm, WA 98597** | | | | | | X | 150.00 | 150.00 | $0.00 |

Sheet no. <u>13</u> of <u>17</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)    $ **1,332.00** | $ **1,332.00** | $ **0.00**

Total ►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $    $

In re **Michael R. Mastro**            ,         Case No. <u>09-16841</u>

                Debtor                                                     (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Steven and Sharon May<br>8414 230th St. East<br>Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Steven C. Gorecki<br>6970 California Ave. SW, Unit B-402<br>Seattle, WA 98136** | X | | | | | X | 432.00 | 432.00 | $0.00 |
| ACCOUNT NO.<br>**Suzanne E. Murray<br>6960 California Ave. SW, Unit A-109<br>Seattle, WA 98136** | X | | | | | X | 354.00 | 354.00 | $0.00 |
| ACCOUNT NO.<br>**Terrence and Sun Weaver<br>22910 82nd Ave. Ct. East<br>Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Thomas Giles<br>6970 California Ave. SW, Unit B-408<br>Seattle, WA 98136** | X | | | | | X | 556.00 | 556.00 | $0.00 |
| ACCOUNT NO.<br>**Tim Thomas<br>6960 California Ave. SW, Unit A-209<br>Seattle, WA 98136** | X | | | | | X | 354.00 | 354.00 | $0.00 |

Sheet no. <u>14</u> of <u>17</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤ (Totals of this page)    $ **1,996.00**   $ **1,996.00**   $ **0.00**

Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $    $

In re  **Michael R. Mastro** _____,  Case No.  <u>09-16841</u>
_____ Debtor _____                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Deposits by Individuals** _____

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Timothy and Paige Cox**<br>**22904 82nd Ave. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Valencia**<br>**8504 229th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Victoria Doubek**<br>**Jill Finseth**<br>**22903 85th Ave. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Victoria Fair**<br>**Karen Leland**<br>**8308 229th St. Ct. East**<br>**Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO.<br>**Wai Lee Lau**<br>**6970 California Ave. SW, Unit B-208**<br>**Seattle, WA 98136** | X | | | | | X | 548.00 | 548.00 | $0.00 |
| ACCOUNT NO.<br>**Watson**<br>**91st Ave. SE**<br>**Yelm, WA 98597** | | | | | | X | 150.00 | 150.00 | $0.00 |

Sheet no. <u>15</u> of <u>17</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals ► (Totals of this page) | $ 1,298.00 | $ 1,298.00 | $ 0.00 |
|---|---|---|---|---|
| | Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re **Michael R. Mastro** _____ ,     Case No. **09-16841** _____
Debtor                                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority: Deposits by Individuals

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Wiktor and Amy Greger** <br> **6960 California Ave. SW, Unit A-406** <br> **Seattle, WA 98136** | X | | | | | X | 366.00 | 366.00 | $0.00 |
| ACCOUNT NO. <br><br> **Williams** <br> **8405 229th St. Ct. East** <br> **Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO. <br><br> **York** <br> **8403 228th St. Ct. East** <br> **Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |
| ACCOUNT NO. <br><br> **Young Joo Kim** <br> **6970 California Ave. SW, Unit B-205** <br> **Seattle, WA 98136** | X | | | | | X | 366.00 | 366.00 | $0.00 |
| ACCOUNT NO. <br><br> **Zarella** <br> **8215 229th St. Ct. East** <br> **Graham, WA 98338** | | | | | | X | 150.00 | 150.00 | $0.00 |

Sheet no. <u>16</u> of <u>17</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷ (Totals of this page)    $ **1,182.00**    $ **1,182.00**    $ **0.00**

Total ▷
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $    $

In re  **Michael R. Mastro**                                    Case No.  **09-16841**

Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Depart. of Labor & Industries Collections/Bankruptcy PO Box 44170 Olympia, WA 98504-4170** | | | **wecond quarter 2009 payment** | | | X | **30,000.00** | **0.00** | **$30,000.00** |
| ACCOUNT NO.<br>**Department of Labor & Industries Collections/Bankruptcy PO Box 44170 Olympia, WA 98504-4170** | | H | **audit premiums** | | | X | **45,000.00** | **45,000.00** | **$0.00** |
| ACCOUNT NO.<br>**Dept. of Revenue Attn: Bankruptcy 2101 4th Ave., #1400 Seattle, WA 98121-2317** | | H | **Assessment against G&M or other potentially individual liability** | | | X | **50,000.00** | **50,000.00** | **$0.00** |

Sheet no. <u>17</u> of <u>17</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | | |
|---|---|---|---|
| Subtotals ➤<br>(Totals of this page) | $ **125,000.00** | $ **95,000.00** | $ **30,000.00** |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **147,098.00** | | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **117,098.00** | $ **30,000.00** |

In re  **Michael R. Mastro**
_____
Debtor

Case No.  <u>09-16841</u>
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **A Plus Property Services** 11224 SE 253rd Pl. Kent, WA 98030-5600 | | | | | | X | 0.00 |
| NOTE:  **Certain friends and family creditors may be intended beneficiaries of a disputed security interest granted to Michael K. Mastro as nominee, see Schedule D** | | | | | | | |
| ACCOUNT NO. **A Sign Company** 1405 132nd Ave NE, #3 Bellevue, WA 98005 | | | | | | X | 0.00 |
| ACCOUNT NO. **A.A.R. Testing Laboratory, Inc.** PO Box 2523 Redmond, WA 98073-2523 | | | | | | X | 0.00 |
| ACCOUNT NO. **AAA Fire & Safety** 3013 3rd Ave. N. Seattle, WA 98109 | | | | | | X | 0.00 |

<u>103</u>   Continuation sheets attached

Subtotal ➢ $ 0.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
_____                                _____
                              **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**AABCO Barricade Company Inc.**<br>**4025 80th St. SW**<br>**Mukilteo, WA 98275** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Abby Campbell**<br>**26100 134th Ave SE**<br>**Kent, WA 98042** | | | **see promissory note** | | X | | 128,648.00 |
| ACCOUNT NO.<br><br>**ABC Supply Co., Inc.**<br>**10801 A Street S., Bldg. O**<br>**Tacoma, WA 98444** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**ABCO Enterprises LLC**<br>**9507 S. 199th St.**<br>**Renton, WA 98055** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Abel Curbing Inc.**<br>**PO Box 1888**<br>**Everett, WA 98206** | | | | | | X | 0.00 |

Sheet no.  1  of 103 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **128,648.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re   **Michael R. Mastro**                                    Case No.  **09-16841**
_____                    _____
                              **Debtor**                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Abossein Engineering, LLC** **2100 112th Ave. NE, #201** **Bellevue, WA 98004-2972** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **ACCO Air Conditioning** **6265 San Fernando Road** **Glendale, CA 91201-2214** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Accounttemps** **File 73484** **PO Box 60000** **San Francisco, CA 94160-3484** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Accurate Contracting Co., Inc.** **6212 NE 152nd Ave.** **Vancouver, WA 98682** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Accurate Siding Inc.** **8353 132nd Ave. NE** **Kirkland, WA 98033** | | | | | | | |

Sheet no. _2_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    0.00

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                                    Case No. __09-16841__

                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**ADP, Inc.**<br>**5000 148th Ave. NE**<br>**Redmond, WA 98052-5119** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Aetna, Inc.**<br>**PO Box 894938**<br>**Los Angeles, CA 90189-4938** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**AFCO**<br>**Dept. LA21315**<br>**Pasadena, CA 91185-1315** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Alan Cheung**<br>**3601 W. Hidden Ln. #106**<br>**RHE, CA 90274** | | | **see promissory note** | | X | | 7,200,337.00 |
| ACCOUNT NO.<br><br>**Albert Hasson**<br>**2618 169th NE**<br>**Bellevue, WA 98008** | | | **see promissory note** | | X | | 175,000.00 |

Sheet no. _3_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 7,375,337.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro**      Case No. **09-16841**

Debtor            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Albert Shemarya**<br>**5855 NE Park Point Dr.**<br>**Seattle, WA 98115** | | | see promissory note | | X | | 113,095.00 |
| ACCOUNT NO.<br><br>**Albert Terrana**<br>**1729 Ferry Ave. SW**<br>**Seattle, WA 98116** | | | see promissory note | | X | | 66,850.00 |
| ACCOUNT NO.<br><br>**Alderwood Water District**<br>**3625 156th St. SW**<br>**Lynnwood, WA 98087** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Alki Lumber & Hardware, Inc.**<br>**4422 36th SW**<br>**PO Box 16345**<br>**Seattle, WA 98116-0345** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**All Star Heating & Air Cond.**<br>**PO Box 70**<br>**Fall City, WA 98024** | | | | | | X | 0.00 |

Sheet no. _4_ of _103_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **179,945.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro**                          Case No. <u>09-16841</u>

                                  **Debtor**                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Allan Friedman**<br>**Allen Friedman Defined Cont. 401(k)**<br>**5817 145th Pl. SE**<br>**Bellevue, WA 98006** | | | see promissory note | | X | | 1,350.00 |
| ACCOUNT NO.<br><br>**Allan Friedman**<br>**5817 145th Pl. SE**<br>**Bellevue, WA 98006** | | | see promissory note | | X | | 555,000.00 |
| ACCOUNT NO.<br><br>**Allied Building Products Corp.**<br>**14390 NE 200th St.**<br>**Woodinville, WA 98072** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Allied Waste Services**<br>**PO Box 78829**<br>**Phoenix, AZ 85062-8829** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Allstate Insurance**<br>**23717 SR 527**<br>**Bothell, WA 98021** | | | | | | X | 0.00 |

Sheet no. <u>5</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

          Subtotal  ➤  $      **556,350.00**

          Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No. __09-16841__
_____
Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Allwest Underground** <br> **230 Frontage Road S.** <br> **Pacific, WA 98047-1018** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Amir Engineering Inc.** <br> **515 116th Ave. NE, #235** <br> **Bellevue, WA 98004** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Ancil M. McCleary** <br> **33421 33rd Pl. S.** <br> **Auburn, WA 98001** | | | see promissory note | | X | | 122,089.00 |
| ACCOUNT NO. <br><br> **Angela Banchero** <br> **8440 Delridge Way SW, Apt. #3** <br> **Seattle, WA 98106** | | | see promissory note | | X | | 104,609.00 |
| ACCOUNT NO. <br><br> **Anthony D. Santora** <br> **2320 S. Spokane St.** <br> **Seattle, WA 98144** | | | see promissory note | | X | | 1,456.00 |

Sheet no. _6_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $    **228,154.00**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**

Case No.  09-16841

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Anthony Do**<br>**4836 California Ave. SW**<br>**Seattle, WA 98116** | | | see promissory note | | X | | 193,444.00 |
| ACCOUNT NO. <br><br>**Anthony T. Petrarca**<br>**16612 SE 11th St.**<br>**Bellevue, WA 98008** | | | see promissory note | | X | | 258,118.00 |
| ACCOUNT NO. <br><br>**Anya W. Thompson**<br>**28985 Mountain Meadow Road**<br>**Escondido, CA 92026** | | | see promissory note | | X | | 11,983.00 |
| ACCOUNT NO. <br><br>**Apartment Finders**<br>**PO Box 53185**<br>**Bellevue, WA 98015-3185** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br>**Apartment Guide**<br>**Consumser Service**<br>**PO Box 402039**<br>**Atlanta, GA 30384-2039** | | | | | | X | 0.00 |

Sheet no.  7 of 103 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $  463,545.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                      Case No.  **09-16841**

                    **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Aqua Quip** **1020 Bellevue Way NE** **Bellevue, WA 98004** | | | | | | | |
| ACCOUNT NO. | | | see promissory note | | | X | 685,663.00 |
| **Arlen I. Prentice** **601 Union St., #1000** **Seattle, WA 98101** | | | | | | | |
| ACCOUNT NO. | | | see promissory note | | | X | 30,180.00 |
| **Arrieana B. Thompson** **10213 NE 19th Place** **Bellevue, WA 98004** | | | | | | | |
| ACCOUNT NO. | | | see promissory note | | | X | 330,000.00 |
| **Arthur A. Mazzola** **2400 Elliott Ave., Unit 301** **Seattle, WA 98121** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Aspen Paints** **1128 SW Spokane Street** **Seattle, WA 98134** | | | | | | | |

Sheet no.  8  of  103  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                          Subtotal  ➤  $  **1,045,843.00**

                                                          Total  ➤  $

                                    **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable on the Statistical**
                              **Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Mastro**      Case No. <u>09-16841</u>

                          **Debtor**                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**AT&T Wireless** <br>**PO Box 6463** <br>**Carol Stream, IL 60197-6463** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br>**Auburn Mechanical** <br>**PO Box 249** <br>**2623 West Valley Hwy** <br>**Auburn, WA 98071** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br>**Avatar Income Fund I** <br>**c/o Wells Fargo Bank** <br>**PO Box 84545** <br>**Seattle, WA 98124** | X | | 09/17/2008 <br><br>**Clyde Hill House** <br>**2040 89th NE** <br>**Bellevue, WA** | | | | 2,260,000.00 |
| NOTE:    different description and location on new infor from client - just NE, Bellevue    Do I leave Clyde Hill House 2040 89th NE | | | | | | | |
| ACCOUNT NO. <br><br>**Ayako Shiu** <br>**4661 138th Ave. SE** <br>**Bellevue, WA 98006** | | | see promissory note | | | X | 201,296.00 |
| ACCOUNT NO. <br><br>**Baima & Holmberg** <br>**100 Front Street South** <br>**Issaquah, WA 98027-3817** | | | | | | X | 0.00 |

Sheet no. <u>9</u> of <u>103</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal ➤ $     **2,461,296.00**

               Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   **Michael R. Mastro**                                    Case No.  **09-16841**
                                                                    _____
                          **Debtor**                               **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Barbara DeCaro** **Sons of Italy #1390** **17215 139th Place SE** **Renton, WA 98058** | | | see promissory note | | X | | 180,808.00 |
| ACCOUNT NO. **Barry Bloch** **10259 NE 62nd St.** **Kirkland, WA 98033** | | | see promissory note | | X | | 578,981.00 |
| ACCOUNT NO. **Basic Ventures, Inc.** **18211 240th Ave. SE** **Maple Valley, WA 98038** | | | | | | X | 0.00 |
| ACCOUNT NO. **Bellevue City Treasurer** **PO Box 90030** **Bellevue, WA 98009-9030** | | | | | | X | 0.00 |
| ACCOUNT NO. **Berg Scaffolding Co.** **2130 East D Street** **Tacoma, WA 98421** | | | | | | X | 0.00 |

Sheet no. _10_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⟶  $      **759,789.00**

Total  ⟶  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                          Case No.  **09-16841**
_____                     _____
                          **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Betty J. Lowry**<br>**909 Homestead Pl.**<br>**Escondido, CA 92026** | | | see promissory note | | X | | 100,033.00 |
| ACCOUNT NO.<br><br>**Betty LeBid**<br>**LeBid Washington Properties LLC**<br>**111 West Highland Drive - 4W**<br>**Seattle, WA 98119** | | | see promissory note | | X | | 3,443,960.00 |
| ACCOUNT NO.<br><br>**Bravo Construction**<br>**16825 48th Ave. W., #104**<br>**Lynnwood, WA 98037** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Brian Palidar**<br>**2830 NW 59th St.**<br>**Seattle, WA 98107** | | | see promissory note | | X | | 320.00 |
| ACCOUNT NO.<br><br>**Broderick Group**<br>**10500 NE 8th St. #900**<br>**Bellevue, WA 98004** | | | | | | X | 0.00 |

Sheet no. _11_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **3,544,313.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Michael R. Mastro**                                    Case No.  **09-16841**
_____                      _____
                         **Debtor**                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Bryan Fuller** <br> **30454 21st Ave. SW** <br> **Federal Way, WA 98023** | | | see promissory note | | X | | **23,000.00** |
| ACCOUNT NO. <br><br> **Cadman, Inc.** <br> **PO Box 97038** <br> **Redmond, WA 98073-9738** | | | | | | X | **0.00** |
| ACCOUNT NO. <br><br> **Carl Warren & Company** <br> **Insurance Adjusters** <br> **PO Box 25161** <br> **Santa Ana, CA 92799-5161** | | | | | | X | **0.00** |
| ACCOUNT NO. <br><br> **Carmen Hagan** <br> **1540 S. Angeline St.** <br> **Seattle, WA 98108** | | | see promissory note | | X | | **670,014.00** |
| ACCOUNT NO. <br><br> **Carol M. Culver** <br> **607 28th Ave., Apt. #310** <br> **Milton, WA 98354** | | | see promissory note | | X | | **25,000.00** |

Sheet no.  12  of 103  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $     **718,014.00**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
_____                        _____
               Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Carolyn Jackson<br>Italian Community Hall Inc.<br>2706 30th S.<br>Seattle, WA 98144 | | | see promissory note | | X | | 0.00 |
| ACCOUNT NO.<br><br>Cascadian Building Maintenance<br>7415 129th Ave. SE<br>Newcastle, WA 98059 | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>Casey & Pruzan<br>425 Pike Street, #610<br>Seattle, WA 98101 | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>Castle Heating & Air Cond.<br>PO Box 620<br>South Prairie, WA 98385-0600 | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>Catherine M. Murphy<br>12003 36th Ave. NE<br>Seattle, WA 98125 | | | see promissory note | | X | | 68,333.00 |

Sheet no. _13_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **68,333.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael R. Mastro**                                   Case No. <u>09-16841</u>
                                    Debtor                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cathleen M. Volpone<br>10255 39th Ave. SW<br>Seattle, WA 98146 | | | see promissory note | | X | | 82,866.00 |
| ACCOUNT NO.<br><br>CB Richard Ellis<br>1420 Fifth Ave., #440<br>Seattle, WA 98101 | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>CC Edwards Construction Co.<br>PO Box 1600<br>Orting, WA 98360 | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>Cec Campbell<br>4527 45th Ave. SW, Unit #403N<br>Seattle, WA 98116 | | | see promissory note | | X | | 2,609,543.00 |
| ACCOUNT NO.<br><br>Cemex<br>PO Box 73261<br>Chicago, IL 60673 | | | | | | X | 0.00 |

Sheet no. <u>14</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **2,692,409.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Certified Backflow Testing** <br> **1410 235Pl. SE** <br> **Sammamish, WA 98075** | | | | | | X | 0.00 |
| ACCOUNT NO. <br> **Charlene Campbell** <br> **26100 134th Ave. SE** <br> **Kent, WA 98042** | | | see promissory note | | X | | 13,967.00 |
| ACCOUNT NO. <br> **Charlene Marrone** <br> **Legal Guardian Gloria** | | | | | X | | 32,650.00 |
| ACCOUNT NO. <br> **Charles Henderson** <br> **The Henderson Group** <br> **924 Shorewood Dr., #48** <br> **Bremerton, WA 98312** | | | see promissory note | | X | | 17,006.00 |
| ACCOUNT NO. <br> **Charles J. Arnone** <br> **12118 SE 14th St.** <br> **Bellevue, WA 98005** | | | see promissory note | | X | | 1,763,650.00 |

Sheet no. _15_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **1,827,273.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                          Case No.  <u>09-16841</u>
                          <u>Debtor</u>                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Chester H. Valley**<br>**3826 24th Ave. N.**<br>**Seattle, WA 98199** | | | see promissory note | | X | | 15,431.00 |
| ACCOUNT NO.<br><br>**Chris Kosmos**<br>**221 First Ave. W., #415**<br>**Seattle, WA 98119** | | | | | X | | 0.00 |
| ACCOUNT NO.<br><br>**Chris Prentice**<br>**601 Union Street, #1000**<br>**Seattle, WA 98101** | | | see promissory note | | X | | 313,045.00 |
| ACCOUNT NO.<br><br>**Christian Durst**<br>**c/o Terry Durst**<br>**4190 E. Palm Canyon Dr.**<br>**Palm Springs, CA 92264** | | | Deeds of Trust, see promissory note | | X | | 135.00 |
| ACCOUNT NO.<br><br>**Christina Banchero**<br>**1733 S. 9th Avenue**<br>**Tacoma, WA 98405** | | | see promissory note | | X | | 2,550.00 |

Sheet no. <u>16</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      331,161.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro**                                 Case No. **09-16841**
_____                        _____
                    **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **City of Bellevue** **PO Box 34349** **Seattle, WA 98124-1349** | | | | | | X | 0.00 |
| ACCOUNT NO.  **City of Bonney Lake** **19306 Bonney Lake Blvd.** **PO Box 7380** **Bonney Lake, WA 98390-8850** | | | | | | X | 0.00 |
| ACCOUNT NO.  **City of Bothell** **PO Box 1526** **Bothell, WA 98041-1526** | | | | | | X | 0.00 |
| ACCOUNT NO.  **City of Covington** **16720 SE 271st Street, #100** **Covington, WA 98042** | | | | | | X | 0.00 |
| ACCOUNT NO.  **City of Duvall** **PO Box 1300** **Duvall, WA 98019-1300** | | | | | | X | 0.00 |

Sheet no. _17_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                              0.00

Total ➢ $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Mastro**                                    Case No. **09-16841**
_____                              _____
                     Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**City of Edgewood** <br>**2221 Meridian Ave. East** <br>**Edgewood, WA 98371-1010** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br>**City of Edmonds** <br>**121 5th Ave. N.** <br>**Edmonds, WA 98020** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br>**City of Issaquah** <br>**Utility Building** <br>**PO Box 1307** <br>**Issaquah, WA 98027** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br>**City of Kenmore** <br>**PO Box 82607** <br>**Kenmore, WA 98028-0607** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br>**City of Kent** <br>**PO Box 84665** <br>**Seattle, WA 98124-5965** | | | | | | X | 0.00 |

Sheet no. _18_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
_____                          _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| **City of Kirkland** **Public Works Dep.** **123 Fifth Avenue** **Kirkland, WA 98033** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **City of Kirkland Utility Bill** **PO Box 3327** **Kirkland, WA 98083-3327** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **City of Lacey** **PO Box 5000** **Lacey, WA 98509-5000** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **City of Lacey** **PO Box 3400** **420 College St. SE** **Lacey, WA 98509-3400** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **City of Lynnwood** **PO Box 5008** **Lynnwood, WA 98046-5008** | | | | | | | |

Sheet no. _19_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    0.00

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  <u>09-16841</u>
                          Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **City of Monroe** 806 West Main Street Monroe, WA 98272-2125 | | | | | | X | 0.00 |
| ACCOUNT NO.  **City of Pacific** 100 3rd Ave. SE Pacific, WA 98047 | | | | | | X | 0.00 |
| ACCOUNT NO.  **City of Redmond** 3NFN-Cashier PO Box 97010 Redmond, WA 98073-9710 | | | | | | X | 0.00 |
| ACCOUNT NO.  **City of Seattle** Dept. of Finance 700 5th Ave., #4250 Seattle, WA 98124-4996 | | | | | | X | 0.00 |
| ACCOUNT NO.  **City of Tacoma** PO Box 11010 Tacoma, WA 98411-1010 | | | | | | X | 0.00 |

Sheet no. <u>20</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                 0.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                        Case No. **09-16841**
                          Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| **City of Tukwila** 6200 Southcenter Blvd. Tukwila, WA 98188-2599 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **City of Yelm** PO Box 479 Yelm, WA 98597-0479 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Cityof Sumner** **Utility Dept.** 1104 Maple Street Sumner, WA 98390 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Classified Ventures** 2563 Collection Center Dr. Chicago, IL 60693 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Coast Crane Company** Dept. 33655 PO Box 39000 San Francisco, CA 94139 | | | | | | | |

Sheet no. 21 of 103 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
_____                    _____
                              **Debtor**                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br><br>**Colleen R. Biel**<br>**1059 S. 230th Street**<br>**Des Moines, WA 98198** | | | see promissory note | | X | | **88,218.00** |
| ACCOUNT NO.  <br><br>**Concept Dorssers**<br>**74 Boulevard D'Italie**<br>**Monte Carlo, 98000**<br>**Monaco** | X | | | | | | **12,000,000.00** |
| ACCOUNT NO.  <br><br>**Concrete & Steel Systems**<br>**1674 1/2 Lincoln Ave.**<br>**Tacoma, WA 98421** | | | | | | X | **0.00** |
| ACCOUNT NO.  <br><br>**Concrete Services**<br>**6423 Pacific Hwy E.**<br>**Fife, WA 98424** | | | | | | X | **0.00** |
| ACCOUNT NO.  <br><br>**Concrete Technology**<br>**PO Box 2259**<br>**Tacoma, WA 98401-2259** | | | | | | X | **0.00** |

Sheet no.  22  of 103  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $  **12,088,218.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**            Case No. __09-16841__

                    Debtor                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Constance Roberts**<br>**1115 West Blaine St.**<br>**Seattle, WA 98119** | | | see promissory note | | X | | 180,500.00 |
| ACCOUNT NO.<br><br>**Contech Construction Products**<br>**File 53142**<br>**Los Angeles, CA 90074-3142** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Coralyn B. Brenneman**<br>**3727 36th Ave. SW**<br>**Seattle, WA 98126** | | | see promissory note | | X | | 90,964.00 |
| ACCOUNT NO.<br><br>**Craig Dalgleish**<br>**20017 NE 39th St.**<br>**Sammamish, WA 98074** | | | see promissory note | | X | | 186,212.00 |
| ACCOUNT NO.<br><br>**Custom Sprinkler Corporation**<br>**PO Box 1137**<br>**Maple Valley, WA 98038** | | | | | | X | 0.00 |

Sheet no. __23__ of __103__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

         Subtotal  ➤   $       **457,676.00**

         Total  ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael R. Mastro**                                        Case No. **09-16841**
                        **Debtor**                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Cuz Concrete Products, Inc. 19604 67th Ave. NE Arlington, WA 98223-8769 | | | | | | X | 0.00 |
| ACCOUNT NO.  Cyndi K. Dalgleish 20017 NE 39th St. Sammamish, WA 98074 | | | see promissory note | | X | | 166,589.00 |
| ACCOUNT NO.  Daly's 200 105th NE Bellevue, WA 98004 | | | | | | X | 0.00 |
| ACCOUNT NO.  Dan Kirby 3800 Jester Ct. NW Olympia, WA 98502 | | | see promissory note | | X | | 4,567.00 |
| ACCOUNT NO.  Dan Thomaier 3211 171st St. SW Lynnwood, WA 98037 | | | see promissory note | | X | | 158.00 |

Sheet no. _24_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **171,314.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**
_____
Debtor

Case No.  **09-16841**
_____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Dana Santora 7064 San Miguel Ave. Lemon Grove, CA 91945 | | | see promissory note | | X | | 559.00 |
| ACCOUNT NO. Daniel E. Resnik 1618 108th Ave. NE Bellevue, WA 98004 | | | see promissory note | | X | | 125,000.00 |
| ACCOUNT NO. Daniel K. Hagan 4502 13th Ave. S. Seattle, WA 98108 | | | see promissory note | | X | | 93,447.00 |
| ACCOUNT NO. Daniel Louis 2144 Morgan Lane Ingleside, TX 78362 | | | see promissory note | | X | | 17,868.00 |
| ACCOUNT NO. Danille Smith 210 Market Street, #202 Kirkland, WA 98033 | | | see promissory note | | X | | 0.00 |

Sheet no. _25_ of _103_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      **236,874.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No. <u>09-16841</u>
_____
                                    Debtor                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Daryl B. Fish<br>Hope Bible Fellowship<br>2713 166th St. SE<br>Bothell, WA 98012** | | | see promissory note | | X | | **72,951.00** |
| ACCOUNT NO.<br>**Daryl B. Fish<br>2713 166th St. SE<br>Bothell, WA 98012** | | | see promissory note | | X | | **226,770.00** |
| ACCOUNT NO.<br>**David Altaras<br>13213 SE 42nd Place<br>Bellevue, WA 98006** | | | see promissory note | | X | | **226,000.00** |
| ACCOUNT NO.<br>**David Ceccarelli<br>18946 34th Ave. S.<br>SeaTac, WA 98188** | | | see promissory note | | X | | **282,316.00** |
| ACCOUNT NO.<br>**David Reibman<br>David & Carrie Reibman Trust<br>73800 Calle Bisque<br>Palm Desert, CA 92260** | | | see promissory note | | X | | **150,000.00** |

Sheet no. <u>26</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **958,037.00**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                                      Case No.  <u>09-16841</u>
                                  Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**David W. Lowry**<br>**909 Homestead Pl.**<br>**Escondido, CA 92026** | | | see promissory note | | X | | **62,808.00** |
| ACCOUNT NO.<br><br>**DDES**<br>**900 Oakesdale Ave. SW**<br>**Renton, WA 98057** | | | | | | X | **0.00** |
| ACCOUNT NO.<br><br>**Debra Fuller**<br>**2028 SW 306 Pl.**<br>**Federal Way, WA 98023** | | | see promissory note | | X | | **22,350.00** |
| ACCOUNT NO.<br><br>**Department of Ecology**<br>**Cashiering Section**<br>**PO Box 47611**<br>**Olympia, WA 98504-7611** | | | | | | X | **0.00** |
| ACCOUNT NO.<br><br>**Department of Revenue**<br>**PO Box 47464**<br>**Olympia, WA 98504-7464** | | | | | | X | **0.00** |

Sheet no. <u>27</u> of <u>103</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **85,158.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                          Case No.  **09-16841**
_____          _____
                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Department of Transportation Olympic Region PO Box 47440 Olympia, WA 98504-7440** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Dependable Construction Supply 12738 28th Ave. NE Seattle, WA 98125** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Dept. of Labor & Industries Contractor Registration PO Box 44450 Olympia, WA 98504-4450** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Dept. of Transportation Northwest Region PO Box 330310 Seattle, WA 98133-9710** | | | | | | | |
| ACCOUNT NO. | | | see promissory note | | X | | 269,628.00 |
| **Diane E. Buck 13048 57th Ave. S. Tukwila, WA 98178** | | | | | | | |

Sheet no. 28 of 103 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **269,628.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re   **Michael R. Mastro**                                    Case No.  <u>09-16841</u>
                        ――――――――――――――――――――――
                              **Debtor**                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Diane M. Lockhart**<br>**12023 Dayton Ave. N.**<br>**Seattle, WA 98133** | | | see promissory note | | | X | 136,053.00 |
| ACCOUNT NO.<br><br>**Dominic Colello**<br>**912 S. 294th Place**<br>**Federal Way, WA 98003** | | | see promissory note | | | | 600,000.00 |
| ACCOUNT NO.<br><br>**Donna J. Reid**<br>**4248 "A" Street SE SP 423**<br>**Auburn, WA 98002** | | | see promissory note | | | X | 5,494.00 |
| ACCOUNT NO.<br><br>**Donna Rawlings**<br>**13918 252nd Pl. SE**<br>**Issaquah, WA 98027** | | | see promissory note | | | X | 637,126.00 |
| ACCOUNT NO.<br><br>**Dorothy Elliott**<br>**8814 N. Mercer Way**<br>**Mercer Island, WA 98040** | | | see promissory note | | | X | 84,920.00 |

Sheet no. <u>29</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $   **1,463,593.00**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Mastro**                              Case No. **09-16841**
_____                        _____
                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Driscoll Architects** **115 Bell Street** **Seattle, WA 98121** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Dunlap Industrial Hardware** **1028 West Marine View Dr.** **Everett, WA 98201** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Dunn Lumber** **PO Box 45550** **Seattle, WA 98145-0550** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Dynamex Inc.** **PO Box 803496** **Dallas, TX 75380** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **E3RA, Inc.** **9802 29th Ave. W., #B102** **Everett, WA 98204** | | | | | | | |

Sheet no. _30_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    0.00

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                                      Case No.  **09-16841**
_____                              _____
                                    **Debtor**                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Earth Consultants** **File 30449** **P.O. Box 60000** **San Francisco, CA 94160** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Earth Solutions NW LLC** **2881 152nd Ave. NE** **Redmond, WA 98052** | | | | | | | |
| ACCOUNT NO. | | | see promissory note | X | | | 1,204,438.00 |
| **Eastgate Plaza LLC** **c/o Alexandria Investment Co., Inc.** **101 99th NE, #301** **Bellevue, WA 98004** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Eastside Rentals & Equipment** **11830 NE 8th Street** **Bellevue, WA 98005-3084** | | | | | | | |
| ACCOUNT NO. | | | see promissory note | X | | | 718,205.00 |
| **Ed Hansen** **4329 E. Lake Sammamish Pkwy SE** **Issaquah, WA 98029** | | | | | | | |

Sheet no. _31_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **1,922,643.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Mastro**                                          Case No. **09-16841**

                              **Debtor**                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Eddie Barrat** <br> **465 N. 45th Apt. #205** <br> **Seattle, WA 98103** | | | see promissory note | | X | | **500,000.00** |
| ACCOUNT NO. <br><br> **Edith Banchero** <br> **7812 Rainier Ave. S.** <br> **Seattle, WA 98118** | | | see promissory note | | X | | **1,008,446.00** |
| ACCOUNT NO. <br><br> **Elaine F. Tobin** <br> **8535 113th Ave. SE** <br> **Newcastle, WA 98056** | | | see promissory note | | X | | **179,864.00** |
| ACCOUNT NO. <br><br> **Elizabeth J. Kost** <br> **4545 Sand Point Way NE, #508** <br> **Seattle, WA 98105** | | | see promissory note | | | | **1,087,613.00** |
| ACCOUNT NO. <br><br> **Emerald City Fence** <br> **PO Box 2604** <br> **Renton, WA 98056** | | | | | | X | **0.00** |

Sheet no. _32_ of _103_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **2,775,923.00**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re   **Michael R. Mastro**                                   Case No.  **09-16841**
_____                        _____
                    **Debtor**                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Eric DeGooyer** | | | | | X | | 138.00 |
| ACCOUNT NO. <br><br> **Everett Steel**<br>**PO Box 776**<br>**Everett, WA 98206** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Evergreen West**<br>**PO Box 2017**<br>**Woodinville, WA 98072** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Ewing Irrigation**<br>**3441 E. Harbour Drive**<br>**Phoenix, AZ 85034** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Exterior Systems**<br>**PO Box 716**<br>**Scottsdale, AZ 85252** | | | | | | X | 0.00 |

Sheet no. <u>33</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  | $ | **138.00** |

Total  ➢  | $ | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                                          Case No.  **09-16841**
_____                                            _____
                              Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Farmers Insurance** <br> **450 Shattuck Ave. S., #201** <br> **Renton, WA 98055** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Fedex** <br> **PO Box 94515** <br> **Palatine, IL 60094-4515** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Ferguson Enterprises Inc.** <br> **FEI-Seattle WW #1539** <br> **PO Box 802806** <br> **Chicago, IL 60680-2806** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **For Rent** <br> **75 Remittance Drive, #1705** <br> **Chicago, IL 60675-1705** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Foushee & Associates** <br> **PO Box 3767** <br> **Bellevue, WA 98009** | | | | | | X | 0.00 |

Sheet no. __34__ of __103__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤   $                    0.00

Total  ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro** _____     Case No.  **09-16841** _____
_____
                              Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Freiheit & Ho Architect**<br>**10230 NE Points Dr., #300**<br>**Kirkland, WA 98033** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**G.M. Fab**<br>**14331 Beverly Park Road**<br>**Edmonds, WA 98026** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Gay K. Harper**<br>**4123 California Ave. SW, #201**<br>**Seattle, WA 98116** | | | see promissory note | X | | | 85,618.00 |
| ACCOUNT NO.<br><br>**Gemco**<br>**PO Box 6634**<br>**Bellevue, WA 98008** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Geodatum**<br>**22525 64th Pl. #266**<br>**Issaquah, WA 98027** | | | | | | X | 0.00 |

Sheet no. __35__ of __103__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $     **85,618.00**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
_____                              _____
                        Debtor                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Geo-Engineers Inc.**<br>**8410 154th Ave. NE**<br>**Redmond, WA 98052** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**George A. Colello**<br>**9133 Alpine Grove Ave., Unit 103**<br>**Las Vegas, NV 89149** | | | see promissory note | | | | 290,333.00 |
| ACCOUNT NO.<br><br>**Geotech Consultants, Inc.**<br>**13256 NE 20th St., #16**<br>**Bellevue, WA 98005** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Glacier Northwest**<br>**PO Box 3601**<br>**Seattle, WA 98124-3601** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Gloria Plischke**<br>**3803 110th Pl. NE**<br>**Bellevue, WA 98004** | | | see promissory note | | X | | 2,183,773.00 |

Sheet no. 36 of 103 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **2,474,106.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**
_____
Debtor

Case No.  <u>09-16841</u>  _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Graybar Electric File 57073 Los Angeles, CA 90074-7073** | | | | | | X | 0.00 |
| ACCOUNT NO.  **Gregory Jones 1227 Lexington Way E. Seattle, WA 98112** | | | see promissory note | X | | | 0.00 |
| ACCOUNT NO.  **Group Architect 2222 Eastlake Ave. E. Seattle, WA 98102** | | | | | | X | 0.00 |
| ACCOUNT NO.  **GTS Drywall Supply PO Box 84166 Seattle, WA 98124-5466** | | | | | | X | 0.00 |
| ACCOUNT NO.  **GVA Kidder Mathews 12886 Interurban Ave. S. Seattle, WA 98168** | | | | | | X | 0.00 |

Sheet no. <u>37</u> of <u>103</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro**          Case No. **09-16841**

_____          _____
                    **Debtor**                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| H.D. Fowler Company PO Box 160 Bellevue, WA 98009-0160 | | | | | | | |
| ACCOUNT NO. | | | see promissory note | | | X | 5,000,000.00 |
| Harry Pryde 50 116th Ave. SE, #200 Bellevue, WA 98004 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| Haulaway Storage Co. PO Box 186 Stanton, CA 90680-0186 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| HD Supply Waterworks, Ltd. File 56214 Los Angeles, CA 90074-6214 | | | | | | | |
| ACCOUNT NO. | | | see promissory note | | | X | 231,531.00 |
| Helen F. Milton 4744 30th Ave. S. Seattle, WA 98108 | | | | | | | |

Sheet no. _38_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **5,231,531.00**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                                         Case No.  **09-16841**
                        ―――――――――――――――――――                                  ―――――――――――――
                                                    Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Hendrik Dorssers 17446 NE 40th Place Redmond, WA 98052 | | | Deeds of Trust, see promissory note | | X | | 1,204,678.00 |
| ACCOUNT NO. | | | | | | | |
| Henry Chen 4661 138th Ave. SE Bellevue, WA 98006 | | | see promissory note | | X | | 9,375,404.00 |
| ACCOUNT NO. | | | | | | | |
| Home Depot Dept. 32-2500604487 PO Box 6031 Te Lake, NV 88901-6031 | | | | | | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Home Depot Supply PO Box 509058 San Diego, CA 92150-9058 | | | | | | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Honey Bucket PO Box 73399 Puyallup, WA 98373 | | | | | | X | 0.00 |

Sheet no. _39_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **10,580,082.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hungry Mower**<br>**7710 156th st. Ct. E, #30**<br>**Puyallup, WA 98375** | | | | | | X | 0.00 |
| ACCOUNT NO.<br>**I. Scott Hall**<br>**18160 Cottonwood Rd. #459**<br>**Sunriver, OR 97707** | | | **see promissory note** | | X | | 88,487.00 |
| ACCOUNT NO.<br>**Icon Materials, Inc.**<br>**PO Box 88050**<br>**Tukwila, WA 98138** | | | | | | X | 0.00 |
| ACCOUNT NO.<br>**Integra**<br>**PO Box 3034**<br>**Portland, OR 97208-3034** | | | | | | X | 0.00 |
| ACCOUNT NO.<br>**Irene Epstein**<br>**4216 Shoreclub Dr.**<br>**Mercer Island, WA 98040** | | | **see promissory note** | | X | | 100,000.00 |

Sheet no. _40_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **188,487.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                        Case No.  <u>09-16841</u>
_____
                                    Debtor                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Island Utility Company** 13116 134th Ave. KPN Gig Harbor, WA 98329 | | | | | | X | 0.00 |
| ACCOUNT NO. **Italian Club of Seattle, Inc.** PO Box 9549 Seattle, WA 98109 | | | see promissory note | | X | | 775,707.00 |
| ACCOUNT NO. **Jack Barber** 2312 18th Ave. S. Seattle, WA 98144 | | | see promissory note | | X | | 956,151.00 |
| ACCOUNT NO. **James J. Smit** 7201 E. 32nd St., #76 Yuma, AZ 85365 | | | see promissory note | | X | | 130,000.00 |
| ACCOUNT NO. **Jason L. Goodwin** 15107 SE 183rd Dr. Renton, WA 98058 | | | see promissory note | | X | | 11,262.00 |

Sheet no. <u>41</u> of <u>103</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $  1,873,120.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No. <u>09-16841</u>
                              <u>Debtor</u>                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| JB Instant Lawn 5289 Bluegrass Lane NE Silverton, OR 97381-9668 | | | | | | | |
| ACCOUNT NO. | | | see promissory note | | | X | 1,892,800.00 |
| Jeanette Mallary 3227 96th Ave. NE Bellevue, WA 98004 | | | | | | | |
| ACCOUNT NO. | | | see promissory note | | | X | 41,927.00 |
| Jeannine Jones 1227 Lexington Way E. Seattle, WA 98112 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| Jev Recycling Inc. PO Box 1261 Woodinville, WA 98072 | | | | | | | |
| ACCOUNT NO. | | | see promissory note | | | X | 104,561.00 |
| Jill Reyes 14506 SE 184th Place Renton, WA 98058 | | | | | | | |

Sheet no. <u>42</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **2,039,288.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael R. Mastro**                                         Case No.  **09-16841**
                                    Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Jill Reyes** <br> **Corey & Sean McClain Education Acct** <br> **14506 SE 184th St.** <br> **Renton, WA 98058** | | | see promissory note | | X | | **42,509.00** |
| ACCOUNT NO. <br><br> **Jo Maynard** <br> **511 W. Mercer Place, #102** <br> **Seattle, WA 98119** | | | see promissory note | | X | | **243,555.00** |
| ACCOUNT NO. <br><br> **Joan Mistler** <br> **10266 NE 20th Pl.** <br> **Bellevue, WA 98004** | | | see promissory note | | X | | **27,000.00** |
| ACCOUNT NO. <br><br> **Joanne Spino Marchese** <br> **Sons of Italy #1390** <br> **1937 31st Ave. W.** <br> **Seattle, WA 98199** | | | see promissory note | | X | | **0.00** |
| ACCOUNT NO. <br><br> **Joel Gamel** <br> **Gamel Investment Group** <br> **8814 N. Mercer Way** <br> **Mercer Island, WA 98040** | | | see promissory note | | X | | **173,095.00** |

Sheet no. _43_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **486,159.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                Case No.  **09-16841**
                                                   _____
                            **Debtor**                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Joey D. Mistler** <br> **10266 NE 20th Pl.** <br> **Bellevue, WA 98004** | | | see promissory note | | X | | **11,992.00** |
| ACCOUNT NO. <br><br> **John A. Wiegman** <br> **PMB #13** <br> **227 Bellevue Way NE** <br> **Bellevue, WA 98004** | | | see promissory note | | X | | **400,000.00** |
| ACCOUNT NO. <br><br> **John Ditore** <br> **2569 24th West** <br> **Seattle, WA 98199** | | | see promissory note | | X | | **454,271.00** |
| ACCOUNT NO. <br><br> **John J. Durst** <br> **c/o Terry Durst** <br> **4190 E. Palm Canyon Dr.** <br> **Palm Springs, CA 92264** | | | **Deeds of trust, see promissory note** | | X | | **287,110.00** |
| ACCOUNT NO. <br><br> **John Leung** <br> **PO Box 45083** <br> **Seattle, WA 98145** | | | see promissory note | | X | | **226,394.00** |

Sheet no. _44_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $  **1,379,767.00**

Total  ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re __Michael R. Mastro_____     Case No. __09-16841_____
                    Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> John S. Marchese <br> 1937 31st W. <br> Seattle, WA 98199 | | | see promissory note | | X | | 404,454.00 |
| ACCOUNT NO. <br><br> John Sacco <br> 3419 36th SW <br> Seattle, WA 98126 | | | see promissory note | | X | | 15,656.00 |
| ACCOUNT NO. <br><br> Joseph Cristofaro <br> 4311 15th S. <br> Seattle, WA 98108 | | | see promissory note | | X | | 538,000.00 |
| ACCOUNT NO. <br><br> Joseph T. Colello <br> 10737 Glen Acres Dr. S. <br> Seattle, WA 98168 | | | see promissory note | | | | 2,228,000.00 |
| ACCOUNT NO. <br><br> Joyce Fletchall <br> The Special Needs Trust for <br> Joyce Fletchall <br> PO Box 938 <br> Tracyton, WA 98393 | | | see promissory note | | X | | 150,000.00 |

Sheet no. _45_ of _103_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **3,336,110.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  <u>09-16841</u>
                          Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**JPC Architects**<br>**601 108th Ave. NE, #2250**<br>**Bellevue, WA 98004** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Judy Annibal**<br>**19493 N. Desent Mesa Dr.**<br>**Surprise, AZ 85374** | | | see promissory note | | | X | 333,962.00 |
| ACCOUNT NO.<br><br>**Julius Rosso Whls.**<br>**PO Box 80543**<br>**6404 Ellis Ave. South**<br>**Seattle, WA 98108** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**K & K Concrete**<br>**12730 HWY 99 South**<br>**Everett, WA 98204-6227** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**K&M Aviation LLC** | | | | | X | | 533.00 |

Sheet no. <u>46</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  **334,495.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Michael R. Mastro_____     Case No. __09-16841_____
                                    Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**K.P. Ventures Drilling**<br>**PO Box 2411**<br>**Cottonwood, AZ 86326** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Katherine Johnson**<br>**8430 15th Place SE, #73**<br>**Everett, WA 98205** | | | see promissory note | | X | | 25,000.00 |
| ACCOUNT NO.<br><br>**Katherine Kelley**<br>**Gerald J. Patten**<br>**9101 Steilacoom Rd. SE, Unit 133**<br>**Olympia, WA 98513** | | | see promissory note | | X | | 200,000.00 |
| ACCOUNT NO.<br><br>**Katherine M. Atkinson**<br>**1233 68th Loop SE**<br>**Auburn, WA 98092** | | | see promissory note | | X | | 71,750.00 |
| ACCOUNT NO.<br><br>**Kathleen M. Springolo**<br>**4720 - 90th Ave. SE**<br>**Mercer Island, WA 98040** | | | see promissory note | | X | | 205,492.00 |

Sheet no. _47_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                502,242.00

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                      Case No.  **09-16841**
_____                         _____
                                    **Debtor**                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **KC DDES** <br> **900 Oakesdale Ave. SW** <br> **Renton, Wa 98055-1219** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Keith W. Larson** <br> **7275 S. Valdai Circle** <br> **Aurora, CO 80016** | | | see promissory note | | X | | 435,755.00 |
| ACCOUNT NO. <br><br> **Kelly Moore Paint** <br> **6101 Airport Way South** <br> **Seattle, WA 98108-2752** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Ken Sato** <br> **c/o Foundation Management Inc.** <br> **501 Kirkland Ave., #205** <br> **Kirkland, WA 98033** | | | see promissory note | | X | | 54,989.00 |
| ACCOUNT NO. <br><br> **Kim Plischke** <br> **4522 51st Ave. SW** <br> **Seattle, WA 98116** | | | see promissory note | | X | | 80,187.00 |

Sheet no. <u>48</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    **570,931.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                                              Case No. **09-16841**
_____                                              _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| **King County Finance** **500 4th Ave., Room 600** **Seattle, WA 98104** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Kitsap Lumber** **450 National Ave. S.** **Bremerton, WA 98312-3967** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **L.A. Olson Construction, Inc.** **618 223rd Street, #1** **Des Moines, WA 98198** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Lakehaven Utility Dist.** **31627 First Ave. South** **Federal Way, WA 98003** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Lakeside Industries** **PO Box 7016** **Issaquah, WA 98027** | | | | | | | |

Sheet no. _49_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 0.00

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
_____                         _____
                    **Debtor**                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Larry Banchero**<br>**c/o Lori Banchero**<br>**7209 S. 128th St.**<br>**Seattle, WA 98178** | | | see promissory note | | X | | 2,794.00 |
| ACCOUNT NO.<br><br>**Larry Kelley**<br>**46-241 Kalali St.**<br>**Kaneohe, HI 96744** | | | see promissory note | | X | | 40,000.00 |
| ACCOUNT NO.<br><br>**Lawrence D. Mondschein**<br>**1100 Bayshore Drive**<br>**Camano Island, WA 98292** | | | see promissory note | | X | | 225,000.00 |
| ACCOUNT NO.<br><br>**LEC Contractors**<br>**25850 M.V. Black Diamond Rd. S.**<br>**Maple Valley, WA 98038** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Leonard A. Olson**<br>**29102 Redondo Way S.**<br>**Federal Way, WA 98003** | | | see promissory note | | X | | 402,463.00 |

Sheet no. _50_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                          Subtotal  ➤  $        670,257.00

                                                          Total  ➤  $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
                                                    Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| Leroy PO Box 740 Puyallup, WA 98371 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 1,879,142.00 |
| Lewis DeLaurenti 6424 Lk. Wash. Blvd. NE #13 Kirkland, WA 98033 | | | see promissory note | | | | |
| ACCOUNT NO. | | | | | | X | 1,421,328.00 |
| Lillian A. Vance 104 Burnett Ave. S., Unit 523 Renton, WA 98057 | | | see promissory note | | | | |
| ACCOUNT NO. | | | | | | X | 809,345.00 |
| Linda Bard 2117 2nd Ave. Seattle, WA 98121 | | | see promissory note | | | | |
| ACCOUNT NO. | | | | | | X | 747,967.00 |
| Linda Mastro 3435 Evergreen Pt. Road Medina, WA 98039 | | | see promissory note | | | | |

Sheet no. _51_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **4,857,782.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Michael R. Mastro**                                    Case No.  **09-16841**
_____                              _____
                          **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Lisa Schweitzer 7018 NE 158th Street Kenmore, WA 98028 | | | see promissory note | | X | | 75,308.00 |
| ACCOUNT NO. | | | | | | | |
| LK Nova Dev. LLC 17726 SE 58th Pl. Bellevue, WA 98005 | | | | | | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| LMC Siding 2007 Elma Pl. NE Renton, WA 98059 | | | | | | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Lock-Tech 16144 NE 87th Street Redmond, WA 98052-3505 | | | | | | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Lockworks 16510 Redmond Way Redmond, WA 98052 | | | | | | X | 0.00 |

Sheet no. _52_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $   **75,308.00**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Mastro**                                     Case No. 09-16841
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lori Banchero**<br>**7209 S. 128th St.**<br>**Seattle, WA 98178** | | | see promissory note | | X | | 2,229.00 |
| ACCOUNT NO.<br>**Louanne H. Low**<br>**1970 Harvard Ave. E., #1**<br>**Seattle, WA 98102** | | | see promissory note | | X | | 39,467.00 |
| ACCOUNT NO.<br>**Louise McClain**<br>**4641 W. Sammamish Pkwy SE #F106**<br>**Seattle, WA 98029** | | | see promissory note | | X | | 71,185.00 |
| ACCOUNT NO.<br>**Lowes Companies Inc.**<br>**PO Box 281791**<br>**Atlanta, GA 30384-1791** | | | | | | X | 0.00 |
| ACCOUNT NO.<br>**Lucille Schweitzer**<br>**1765 S. Snoqualmie St.**<br>**Seattle, WA 98108** | | | see promissory note | | X | | 368,656.00 |

Sheet no. 53 of 103 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 481,537.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                          Case No.  **09-16841**
_____                        _____
                            Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Lumbermens Building** <br> **PO Box 2139** <br> **Redmond, WA 98073-2139** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Lynn M. Lagried** <br> **22414 97th West** <br> **Edmonds, WA 98020** | | | see promissory note | | X | | 7,174.00 |
| ACCOUNT NO. <br><br> **Malcolm Drilling** <br> **8701 S. 192nd Street** <br> **Kent, WA 98031** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Manor Hardware & Const.** <br> **21323 68th Ave. W.** <br> **Lynnwood, WA 98036** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Marc H. Pryde** <br> **50 116th Avenue SE, #200** <br> **Bellevue, WA 98004** | | | see promissory note | | X | | 4,400,000.00 |

Sheet no. <u>54</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $     **4,407,174.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No. <u>09-16841</u>

                            Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Marcus & Millichap** 201 E. Fifth St., #2050 Cincinnati, OH 45202 | | | | | | X | 0.00 |
| ACCOUNT NO. **Margaret Lee Holde** 19735 Hollyhills Dr. NE Bothell, WA 98011 | | | see promissory note | | X | | 15,953.00 |
| ACCOUNT NO. **Maria Mastendrea** 6062 118th Ave. SE Bellevue, WA 98006 | | | see promissory note | | X | | 232,672.00 |
| ACCOUNT NO. **Mark A. Carter Construction** PO Box 2967 Renton, WA 98056 | | | | | | X | 0.00 |
| ACCOUNT NO. **Mark Stegin** PO Box 98998 Des Moines, WA 98198 | | | see promissory note | | X | | 23,703.00 |

Sheet no. <u>55</u> of <u>103</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $     272,328.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**          Case No. **09-16841**

Debtor              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Mark Travers Architect** <br> **2315 E. Pike** <br> **Seattle, WA 98122** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Marlene Pyzik** <br> **SE 3139 Arcadia Road** <br> **Shelton, WA 98584** | | | see promissory note | | | X | 755,092.00 |
| ACCOUNT NO. <br><br> **Marsh USA Inc.** <br> **PO Box 3871** <br> **Seattle, WA 98124-3871** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Martin Palumbo** <br> **4360 Garrison St.** <br> **Wheat Ridge, CO 80033** | | | see promissory note | | | X | 13,334.00 |
| ACCOUNT NO. <br><br> **Mary Betz** <br> **1621 N. 47th St.** <br> **Seattle, WA 98103** | | | see promissory note | | | X | 350,000.00 |

Sheet no. <u>56</u> of <u>103</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤ $     **1,118,426.00**

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro** _____
                   **Debtor**

Case No. **09-16841** _____
           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Mary E. Kaivola**<br>**PO Box 55081**<br>**Shoreline, WA 98155** | | | see promissory note | | X | | 311,225.00 |
| ACCOUNT NO.<br><br>**Mary Treleaven**<br>**5134 S. 164th Street**<br>**Tukwila, WA 98188** | | | see promissory note | | X | | 40,292.00 |
| ACCOUNT NO.<br><br>**Maryann Vernarelli**<br>**9165 45th Ave. SW, #6**<br>**Seattle, WA 98136** | | | see promissory note | | X | | 85,000.00 |
| ACCOUNT NO.<br><br>**Matheus Lumber**<br>**PO Box 2260**<br>**Woodinville, WA 98072** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Max E. Hollenbeck**<br>**3643 38th Ave. W.**<br>**Seattle, WA 98199** | | | see promissory note | | X | | 480,000.00 |

Sheet no. <u>57</u> of <u>103</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      **916,517.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael R. Mastro**                                      Case No. **09-16841**
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Maylynn Kim Mastandrea** <br> **11108 SE 61st Pl.** <br> **Bellevue, WA 98006** | | | see promissory note | | X | | 14,088.00 |
| ACCOUNT NO. <br><br> **Maynard Campbell** <br> **816 S. 216th Street, #T-624** <br> **Des Moines, WA 98198** | | | see promissory note | | X | | 1,158,173.00 |
| ACCOUNT NO. <br><br> **McFabco Steel Corporation** <br> **PO Box 24944** <br> **Seattle, WA 98124-0944** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **McGraw Insurance Services** <br> **3601 Haven Avenue** <br> **Menlo Park, CA 94025** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **McGregor Door &  Hardware LLC** <br> **4435 South 134th Place** <br> **Seattle, WA 98168-6204** | | | | | | X | 0.00 |

Sheet no. _58_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 1,172,261.00

Total ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
                                           **Debtor**                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| **McLendon Hardware** **715 Lind Ave. SW** **Renton, WA 98055** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **MD2** **10500 NE 8th, #1875** **Bellevue, WA 98004** | | | | | | | |
| ACCOUNT NO. | | | | | X | | 138,818.00 |
| **Megan Dalgleish** **20017 NE 39th St.** **Sammamish, WA 98074** | | | see promissory note | | | | |
| ACCOUNT NO. | | | | | X | | 58,752.00 |
| **Melvin and Stacy Rippy** **9518 S. 86th East Ave.** **Tulsa, OK 74133** | | | see promissory note | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Meridian On Bi Condo Assoc** **360 Knetchel Way** **Bainbridge Island, WA 98110** | | | | | | | |

Sheet no. <u>59</u> of <u>103</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ | **197,570.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                                    Case No.  <u>09-16841</u>
_____
                        **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Michael Bard** <br> **2117 2nd Ave.** <br> **Seattle, WA 98121** | | | see promissory note | | X | | 200,000.00 |
| ACCOUNT NO. <br><br> **Michael D. Purcell** <br> **21237 5th Ave. S.** <br> **Des Moines, WA 98198** | | | see promissory note | | X | | 329,895.00 |
| ACCOUNT NO. <br><br> **Michael F. Pietromonaco** <br> **11825 SE 48th Street** <br> **Bellevue, WA 98006** | | | see promissory note | | X | | 200,000.00 |
| ACCOUNT NO. <br><br> **Michael K. Chen** <br> **4661 138th Ave. SE** <br> **Bellevue, WA 98006** | | | see promissory note | | X | | 430,135.00 |
| ACCOUNT NO. <br><br> **Michael K. Mastro** <br> **801 Lakeside Ave. South** <br> **Seattle, WA 98144** | | | see promissory note | | X | | 886,098.00 |

Sheet no. <u>60</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ | 2,046,128.00

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**

Case No. **09-16841**

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Michael S. Campbell <br> 26100 134th Ave. SE <br> Kent, WA 98042 | | | see promissory note | | X | | 176,046.00 |
| ACCOUNT NO. <br><br> Michelle Vernarelli <br> 4035 35th Ave. SW <br> Seattle, WA 98126 | | | see promissory note | | X | | 12,091.00 |
| ACCOUNT NO. <br><br> Midway Sewer District <br> PO Box 3487 <br> Kent, WA 98032-0209 | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> Mike C. Pietromonaco <br> 3215 72nd Ave. SE <br> Mercer Island, WA 98040 | | | see promissory note | | X | | 0.00 |
| ACCOUNT NO. <br><br> Miles Sand & Gravel <br> PO Box 130 <br> Auburn, WA 98071 | | | | | | X | 0.00 |

Sheet no. 61 of 103 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 188,137.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro**                           Case No. <u>09-16841</u>
                          _____                         _____
                          **Debtor**                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Miracle Carpet** 13311 NE 175th Woodinville, WA 98072 | | | | | | X | 0.00 |
| ACCOUNT NO. **Mobile Crane Co. Inc.** PO Box 3767 Seattle, WA 98124-3767 | | | | | | X | 0.00 |
| ACCOUNT NO. **Mobile Mini, Inc.** 7420 South Kyrene Road, #101 Tempe, AZ 85283 | | | | | | X | 0.00 |
| ACCOUNT NO. **Moe's Hoes Inc.** PO Box 353 Hobart, WA 98025 | | | | | | X | 0.00 |
| ACCOUNT NO. **Mt. View-Edgewood Water Co.** 11610 32nd St. East Edgewood, WA 98372-2099 | | | | | | X | 0.00 |

Sheet no. <u>62</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael R. Mastro**
Debtor

Case No. **09-16841**
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Mukilteo Water District**<br>**PO Box 260**<br>**Mukilteo, WA 98275-0260** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Mutual Materials**<br>**PO Box 84743**<br>**Seattle, WA 98124-6043** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**NABCO**<br>**6518 Ravenna Ave. NE**<br>**Seattle, WA 98115** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Nancy Baltazor**<br>**P.O. Box 80372**<br>**Seattle, WA 98108** | | | **see promissory note** | | X | | 62,464.00 |
| ACCOUNT NO.<br><br>**Nancy L. Gower**<br>**11687 SE 308th Pl.**<br>**Auburn, WA 98092** | | | **see promissory note** | | X | | 546,935.00 |

Sheet no. 63 of 103 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **609,399.00**

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                   Case No.  **09-16841**
_____                    _____
                              Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Nancy Resnik** <br> **2430 76th Ave. SE #633** <br> **Mercer Island, WA 98040** | | | see promissory note | | X | | 1,953,986.00 |
| ACCOUNT NO. <br><br> **National Barricade Co. LLC** <br> **6518 Ravenna Ave. NE** <br> **Seattle, WA 98115-7096** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **National Waterworks** <br> **File 56214** <br> **Los Angeles, CA 90074-6214** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Nelson L. Layman Jr.** <br> **Trucking & Excavating** <br> **PO Box 808** <br> **Carnation, WA 98014** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Nelson L. Layman Tru.** <br> **34930 NE 14th Street** <br> **Carnation, WA 98014-5601** | | | | | | X | 0.00 |

Sheet no. _64_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **1,953,986.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                              Case No. <u>09-16841</u>
                    _____                                           (If known)
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Nelson Trucking Company** <br> **PO Box 80323** <br> **Seattle, WA 98108-0323** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Ness Crane Service, Inc.** <br> **PO Box 70545** <br> **Seattle, WA 98107** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Nick Santora** <br> **8051 19th Ave. NE** <br> **Seattle, WA 98115** | | | see promissory note | | X | | 753,104.00 |
| ACCOUNT NO. <br><br> **Nicole Hazelrigg** <br> **9821 SE 40th St.** <br> **Mercer Island, WA 98040** | | | see promissory note | | X | | 1,141.00 |
| ACCOUNT NO. <br><br> **Norbet Krumvieda** <br> **3238 S. Kevin St.** <br> **Langley, WA 98260** | | | see promissory note | | X | | 16,500.00 |

Sheet no. <u>65</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                         770,745.00

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  <u>09-16841</u>
_____
                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **North Coast Electric** PO Box 34399 Seattle, WA 98124-1399 | | | | | | X | 0.00 |
| ACCOUNT NO. **Northland Electric, Inc.** PO Box 2080 Snohomish, WA 98291-2080 | | | | | | X | 0.00 |
| ACCOUNT NO. **Northshore Utility District** PO Box 82489 Kenmore, WA 98208-0489 | | | | | | X | 0.00 |
| ACCOUNT NO. **Northwest Millwork Inc.** 360 W. Nickerson St. Seattle, Wa 98119 | | | **see promissory note** | | X | | 619,164.00 |
| ACCOUNT NO. **NW Landscape Service** PO Box 864 Woodinville, WA 98072 | | | | | | X | 0.00 |

Sheet no. <u>66</u> of <u>103</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ | 619,164.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**

Case No. **09-16841**

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | 67,579.00 |
| **Nyle Campbell** 26100 134th Ave. SE Kent, WA 98042 | | | see promissory note | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Office Depot** PO Box 88040 Chicago, IL 60680-1040 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Oldcastle Precast** File No. 72477-010 PO Box 60000 San Francisco, CA 94160-2477 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Olympic View Water and Sewer** 23725 Edmonds Way Edmonds, WA 98026 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **On-Site Manager, Inc.** 2465 Latham Street, #301 Mt. View, CA 94040 | | | | | | | |

Sheet no. _67_ of _103_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 67,579.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  __09-16841__
                                                                      (If known)
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**OSO Lumber & Hardware**<br>**17821 59th Ave. NE**<br>**Arlington, WA 98223** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Overhead Door Co of Everett**<br>**610 Front Street, #407**<br>**Mukilteo, WA 98275-1566** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Pacific Atlantic Trading Co. Ltd.**<br>**1121 Fircrest Dr.**<br>**Fircrest, WA 98466** | | | see promissory note | X | | | 406,145.00 |
| ACCOUNT NO.<br><br>**Pacific Breeze**<br>**PO Box 1663**<br>**Woodinville, WA 98072** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Pacific Engineering**<br>**15445 53rd Ave. S., #100**<br>**Seattle, WA 98188** | | | | | | X | 0.00 |

Sheet no. _68_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      406,145.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro**                                        Case No. **09-16841**
                                         Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Pacific Metal Company**<br>**Unit 01**<br>**PO Box 5000**<br>**Portland, WA 97208-5000** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Pacific Northwest Title**<br>**215 Columbia Street, 4th**<br>**Seattle, WA 98104-1511** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Pacific Office Automation**<br>**14747 NW Greenbrier Parkway**<br>**Beaverton, OR 97006** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Pacific Overhead Door Inc.**<br>**5315 Milwaukee Ave. East**<br>**Puyallup, WA 98372** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Pacific Topsoils, Inc.**<br>**14002 35th Ave. SE**<br>**Bothell, WA 98012** | | | | | | | |

Sheet no. 69 of 103 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                     Case No.  **09-16841**
_____                    _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pao-Yu Li<br>4000 91st Ave. SE<br>Mercer Island, WA 98040 | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>Park 120 Building LLC<br>Ben's Investment LLC<br>17726 SE 58th Pl.<br>Bellevue, WA 98005 | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>Parr Lumber<br>PO Box 2690<br>Portland, OR 97208-2690 | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>Patricia DeLaurenti<br>6424 Lk. Wash. Blvd. NE, #13<br>Kirkland, WA 98033 | | | see promissory note | | X | | 275,000.00 |
| ACCOUNT NO.<br><br>Patrick K. Chen<br>4661 138th Ave. SE<br>Bellevue, WA 98006 | | | see promissory note | | X | | 275,445.00 |

Sheet no. _70_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **550,445.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                              Case No. __09-16841__
　　　　　　　　　　　　　　　　　Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Patrick K. Leith**<br>**PO Box 85**<br>**Hobart, WA 98025** | | | see promissory note | | X | | **497,490.00** |
| ACCOUNT NO.<br><br>**Pat's Backhoe Service**<br>**PO Box 85**<br>**Hobart, WA  98025** | | | | | | X | **0.00** |
| ACCOUNT NO.<br><br>**Peninsula Fire Ext.**<br>**PO Box 1744**<br>**Poulsbo, WA 98370** | | | | | | X | **0.00** |
| ACCOUNT NO.<br><br>**Perkins Coie**<br>**1201 Third Ave., 40th Floor**<br>**Seattle, WA 98101** | | | | | | X | **0.00** |
| ACCOUNT NO.<br><br>**Philadelphia Insurance Co.**<br>**PO Box 70251**<br>**Philadelphia, PA 19176-0251** | | | | | | X | **0.00** |

Sheet no. _71_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $                **497,490.00**

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro**                               Case No. **09-16841**
_____                    _____
                          **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Philippe Naud**<br>**10309 Ashworth Ave. N.**<br>**Seattle, WA 98133** | | | see promissory note | | X | | 317,367.00 |
| ACCOUNT NO. <br><br>**Phyllis G. Starke**<br>**7212 265th St. NW, Apt 252**<br>**Stanwood, WA 98292** | | | see promissory note | | X | | 11,064.00 |
| ACCOUNT NO. <br><br>**Pierce County Budget & Finance**<br>**615 South 9th St., #100**<br>**Tacoma, WA 98405-4673** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br>**Pierce County Public Works**<br>**9850 64th Street W.**<br>**University Place, WA 98467-1078** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br>**Pierce County Sewer**<br>**PO Box 11620**<br>**Tacoma, WA 98411-6620** | | | | | | X | 0.00 |

Sheet no. _72_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 328,431.00

Total ➤ | $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re   **Michael R. Mastro**                                       Case No.  <u>09-16841</u>
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |  |  |  |  |  | X | 0.00 |
| **Pipeline Mechanical** **PO Box 146** **Auburn, WA 98071** |  |  |  |  |  |  |  |
| ACCOUNT NO. |  |  |  |  |  | X | 0.00 |
| **Pitney Bowes Credit Corp.** **PO Box 85460** **Louisville, KY 40285-5460** |  |  |  |  |  |  |  |
| ACCOUNT NO. |  |  |  |  |  | X | 0.00 |
| **Platt Electric** **PO Box 2858** **Portland, OR 97208-2858** |  |  |  |  |  |  |  |
| ACCOUNT NO. |  |  |  |  |  | X | 0.00 |
| **Potelco Inc.** **18150 Redmond Fall City Road** **Redmond, WA 98052** |  |  |  |  |  |  |  |
| ACCOUNT NO. |  |  | see promissory note | X |  |  | 251,535.00 |
| **Premium Marketing** **2117 2nd Ave.** **Seattle, WA 98121** |  |  |  |  |  |  |  |

Sheet no. <u>73</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        251,535.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
                                    **Debtor**                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Pro Comm** **19630 40th Ave. West, Suite B** **Lynnwood, WA 98036-6701** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **ProCon Inc.** **PO Box 1149** **Renton, WA 98057-1149** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Proline Construction** **26243 173rd Ave. SE** **Covington, WA 98042** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **PUD** **PO Box 1100** **Everett, WA 98206-1100** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Puget Sound Energy** **BOT-01H** **PO Box 91269** **Bellevue, WA 98009-9269** | | | | | | | |

Sheet no. _74_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $              0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Pumptech Inc.** 13251 Northup Way Bellevue, WA 98005-2009 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Quality Plus Insulation, Inc.** 13520 45th Ave. NE Marysville, WA 98271 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Qwest** PO Box 856137 Louisvlle, KY 40285-6137 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Rabanco** PO Box 78829 Phoenix, AZ 85062-8829 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Rain City Contractors** PO Box 98788 Lakewood, WA 98498-0788 | | | | | | | |

Sheet no. _75_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                     0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                  Case No.  <u>09-16841</u>
_____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Rain for Rent** 19430 59th Ave. NE Arlington, WA 98223 | | | | | | X | 0.00 |
| ACCOUNT NO. **Rainier View Water Co.** PO Box 44427 Tacoma, WA 98444 | | | | | | X | 0.00 |
| ACCOUNT NO. **Ralph Banchero** PO Box 80187 Seattle, WA 98108 | | | see promissory note | | X | | 1,191,753.00 |
| ACCOUNT NO. **Ralph Giannette** 3850 Mountain Vista St., #139 Las Vegas, NV 89121-1913 | | | see promissory note | | X | | 5,390.00 |
| ACCOUNT NO. **Ralph's Concrete Pumping** 1131 Poplar Place South Seattle, WA 98144 | | | | | | X | 0.00 |

Sheet no. <u>76</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 1,197,143.00

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                                    Case No. __09-16841__
                                            Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Randal Kent 27822 36th Ave NW Stanwood, WA 98292 | | | see promissory note | | X | | 9,150.00 |
| ACCOUNT NO. | | | | | | | |
| Rebecca L. Barlting 19005 Ballinger Way NE Lake Forest Park, WA 98155 | | | see promissory note | | X | | 5,430.00 |
| ACCOUNT NO. | | | | | | | |
| Rebecca Lewis 4505 SW 327th St. Federal Way, WA 98023 | | | see promissory note | | X | | 335,236.00 |
| ACCOUNT NO. | | | | | | | |
| Renton Concrete Recyclers 22121 17th Ave. SE Bothell, WA 98021-7404 | | | | | | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Reprographics NW 618 8th Ave South Seattle, WA 98104 | | | | | | X | 0.00 |

Sheet no. _77_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 349,816.00

Total ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro**                              Case No. <u>09-16841</u>
_____
                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rex Wallace<br>992 West Union Bell Drive<br>Green Valley, AZ 85614** | | | see promissory note | | X | | 202,276.00 |
| ACCOUNT NO.<br>**RFI<br>360 Turtle Creek Ct.<br>San Jose, CA 95125** | | | | | | X | 0.00 |
| ACCOUNT NO.<br>**Richard L. Bingham<br>11616 N. Alberta Lane<br>Spokane, WA 99218** | | | see promissory note | | X | | 108,515.00 |
| ACCOUNT NO.<br>**Richard T. Laine<br>719 N. 150th St.<br>Shoreline, WA 98133** | | | see promissory note | | X | | 63,475.00 |
| ACCOUNT NO.<br>**Richard Vance<br>PO Box 68546<br>Seattle, WA 98168** | | | see promissory note | | X | | 561,043.00 |

Sheet no. <u>78</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $  **935,309.00**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
                                                                          (If known)
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Rick Moe** <br> **PO Box 353** <br> **Hobart, WA 98025** | | | see promissory note | | X | | **55,522.00** |
| ACCOUNT NO. <br><br> **Rick S. Leavitt** <br> **Leavitt Construction Co. Inc.** <br> **PO Box 4106** <br> **Bellevue, WA 98009** | | | see promissory note | | X | | **0.00** |
| ACCOUNT NO. <br><br> **Rick S. Leavitt** <br> **PO Box 4106** <br> **Bellevue, WA 98009** | | | see promissory note | | | | **625,000.00** |
| ACCOUNT NO. <br><br> **Riverside County Treasurer** <br> **PO Box 12010** <br> **Riverside, CA 92502-2210** | | | | | | X | **0.00** |
| ACCOUNT NO. <br><br> **Robert A. Thompson** <br> **28985 Mountain Meadow Road** <br> **Escondido, CA 92026** | | | see promissory note | | X | | **41,592.00** |

Sheet no. <u>79</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $      **722,114.00**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
_____                              _____
                          **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Robert Diamond**<br>**PO Box 98354**<br>**Lakewood, WA 98496** | | | see promissory note | | | X | 349,561.00 |
| ACCOUNT NO.<br><br>**Robert F. Knowles**<br>**PO Box 31512**<br>**Seattle, WA 98103** | | | see promissory note | | | X | 1,260,000.00 |
| ACCOUNT NO.<br><br>**Robert G. Olsby**<br>**9215 60th Ave. W.**<br>**Mukilteo, WA 98275** | | | see promissory note | | | X | 137,996.00 |
| ACCOUNT NO.<br><br>**Rodda Paint**<br>**PO Box 5127**<br>**Portland, OR 97208-5127** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Ron Elgin**<br>**3035 Perkins Lane West**<br>**Seattle, WA 98199** | | | see promissory note | | | X | 50,000.00 |

Sheet no.  80  of  103  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **1,797,557.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Mastro**                                              Case No. <u>09-16841</u>
                        <u>Debtor</u>                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ronald J. Pyzik**<br>**SE 3139 Arcadia Road**<br>**Shelton, WA 98584** | | | see promissory note | | X | | **316,109.00** |
| ACCOUNT NO.<br><br>**Rose H. Croce**<br>**4351 14th Ave. S.**<br>**Seattle, WA 98134** | | | see promissory note | | X | | **258,714.00** |
| ACCOUNT NO.<br><br>**Rose K. Eguchi**<br>**c/o Barbara Ishitani**<br>**6921 125th Ave. SE**<br>**Newcastle, WA 98056** | | | see promissory note | | X | | **77,846.00** |
| ACCOUNT NO.<br><br>**Rose Petrarca**<br>**16612 SE 11th St.**<br>**Bellevue, WA 98008** | | | see promissory note | | X | | **163,374.00** |
| ACCOUNT NO.<br><br>**Roto-Rooter Service**<br>**20508 56th Ave. West, Suite C**<br>**Lynnwood, WA 98036** | | | | | | X | **0.00** |

Sheet no. <u>81</u> of <u>103</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **816,043.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
_____                    _____
                              **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Roxanne L. Biel <br> c/o Colleen R. Biel <br> 1059 S. 230th Street <br> Des Moines, WA 98198 | | | see promissory note | | X | | 31,839.00 |
| ACCOUNT NO. <br><br> Rubatino Refuse Removal, Inc. <br> 2812 Hoyt <br> PO Box 1029 <br> Everett, WA 98206 | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> Russell Construction <br> 1002 39th Ave. SW, #301 <br> Puyallup, WA 98373 | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> Ruth E. Tingley <br> PO Box 25774 <br> Federal Way, WA 98093 | | | see promissory note | | X | | 75,000.00 |
| ACCOUNT NO. <br><br> Sallie A. Palella <br> 18218 35th Ave. S. <br> SeaTac, WA 98188 | | | see promissory note | | X | | 150,000.00 |

Sheet no. __82_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $              **256,839.00**

Total ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**        Case No. <u>09-16841</u>

                          **Debtor**                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Schindler Elevator Corp.** <br>**PO Box 93050** <br>**Chicago, IL 60673-3050** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br>**Scott Daiger** | | | | | X | | 1,230,883.00 |
| ACCOUNT NO. <br><br>**Scott G. Switzer** <br>**9032 NE 37th Place** <br>**Yarrow Point, WA 98004** | | | see promissory note | | X | | 3,990.00 |
| ACCOUNT NO. <br><br>**Sears** <br>**Dept. 53-0001210893** <br>**PO Box 689134** <br>**Des Moines, IA 50368-9134** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br>**Security Safe & Lock** <br>**10502 Main Street** <br>**Bellevue, WA 98004** | | | | | | X | 0.00 |

Sheet no. <u>83</u> of <u>103</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal  ➤  $       **1,234,873.00**

                          Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re __Michael R. Mastro__   Case No. __09-16841__

Debtor (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Shane Dalgleish<br>20017 NE 39th St.<br>Sammamish, WA 98074 | | | see promissory note | | X | | 120,742.00 |
| ACCOUNT NO.<br><br>Sharon Clements<br>7609 N. FM 2378<br>Shallowater, TX 79363 | | | see promissory note | | X | | 0.00 |
| ACCOUNT NO.<br><br>Sharon J. Lewis<br>4505 SW 327th St.<br>Federal Way, WA 98023 | | | see promissory note | | X | | 180,117.00 |
| ACCOUNT NO.<br><br>Shauna Higgins<br>32427 51st Ave. SW<br>Federal Way, WA 98023 | | | see promissory note | | X | | 55,949.00 |
| ACCOUNT NO.<br><br>Sheldon W. Ainslie<br>6267 SE Acorn Court<br>Milwaukie, OR 97267 | | | see promissory note | | X | | 48,400.00 |

Sheet no. __84__ of __103__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ __405,208.00__

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Shelter Products** PO Box 42038 Portland, OR 97242 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Sherwin Williams Co.** 1436 Leary Way NW Seattle, WA 98107-5135 | | | | | | | |
| ACCOUNT NO. | | | see promissory note | X | | | 512,179.00 |
| **Shirley Buchholz** 16127 W. Desert Cove Way Surprise, AZ 85374 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Shope Concrete Prod.** 1618 E. Main Puyallup, WA 98372-3142 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Silverdale Water** Attn: Kathy 5300 NW Newberry Hill Rd, #100 Silverdale, WA 98383 | | | | | | | |

Sheet no. 85 of 103 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **512,179.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro** _____  Case No. **09-16841** _____

Debtor                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Simon J. Korver** 301 W. Homestead Blvd., #306 Lynden, WA 98264 | | | see promissory note | | X | | 6,000.00 |
| ACCOUNT NO.  **Sitts & Hill Engineers** 2901 S. 40th St. Tacoma, WA 98409-5697 | | | | | | X | 0.00 |
| ACCOUNT NO.  **Skagit County Auditor** PO Box 1306 Mt. Vernon, WA 98273 | | | | | | X | 0.00 |
| ACCOUNT NO.  **Sky Meadow Water** PO Box 265 Snohomish, WA 98291 | | | | | | X | 0.00 |
| ACCOUNT NO.  **Snohomish Co. PUD** PO Box 1107 Everett, WA 98206-1107 | | | | | | X | 0.00 |

Sheet no. _86_ of _103_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $      **6,000.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                          Case No. **09-16841**
                                                  _____
                          Debtor                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Snohomish County Treasurer** **PO Box 34171** **Seattle, WA 98124-1171** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Soos Creek W&S District** **PO Box 58039** **14616 SE 192nd St.** **Renton, WA 98058-1039** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Spider** **369 Upland Drive** **Tukwila, WA 98188-3802** | | | | | | | |
| ACCOUNT NO. | | | see promissory note | | X | | 52,667.00 |
| **Stacy M. Kerns** **4190 E. Palm Canyon Dr.** **Palm Springs, CA 92264** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Stanislaw-Ashbaugh, LLP** **4400 Bank of America Tower** **701 Fifth Avenue** **Seattle, WA 98104-7012** | | | | | | | |

Sheet no.  87  of 103  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $    **52,667.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Michael R. Mastro**                                    Case No.  **09-16841**
_____                          _____
                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                    |   |   |   |   |   | X | 0.00 |
| **State Treasurer Master License Service PO Box 9048 Olympia, WA 98507-9048** |   |   |   |   |   |   |   |
| ACCOUNT NO.                                                    |   |   |   |   |   | X | 0.00 |
| **State Treasurer Master License Service PO Box 9034 Olympia, WA 98507-9034** |   |   |   |   |   |   |   |
| ACCOUNT NO.                                                    |   |   |   |   |   | X | 0.00 |
| **Staubach 2025 1st Ave. Seattle, WA 98121** |   |   |   |   |   |   |   |
| ACCOUNT NO.                                                    |   |   |   |   |   | X | 0.00 |
| **Steeler Inc. PO Box 94171 Seattle, WA 98124-6471** |   |   |   |   |   |   |   |
| ACCOUNT NO.                                                    |   |   |   |   |   | X | 0.00 |
| **Stephens Electric 34008 18th Pl. S., #B Federal Way, WA 98003** |   |   |   |   |   |   |   |

Sheet no. __88__ of __103__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    0.00

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                     Case No.  **09-16841**
                        _____              _____
                              Debtor                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Sterling Laser, Inc.** <br>**893 Industry Drive** <br>**Tukwila, WA 98188** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br>**Steve Cupic** <br>**Cupic Children College Fund** <br>**8210 SE 29th Street** <br>**Mercer Island, WA 98040** | | | see promissory note | | X | | 567,216.00 |
| ACCOUNT NO. <br><br>**Steve Mills Excavating** <br>**19025 250th Ave. SE** <br>**Maple Valley, WA 98038** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br>**Steve Prentice** <br>**601 Union St., #1000** <br>**Seattle, WA 98101** | | | see promissory note | | X | | 313,045.00 |
| ACCOUNT NO. <br><br>**Stewart Lumber & Hardware** <br>**1761 Rainier Ave. S.** <br>**Seattle, WA 98144** | | | | | | X | 0.00 |

Sheet no. _89_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **880,261.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
_____                                    _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Stoneway Concrete** <br> **9125 Tenth Ave. S.** <br> **Seattle, WA 98108** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Stoneway Construction Supply** <br> **9125 10th Ave. S.** <br> **Seattle, WA 98108** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Storm Lake Growers Inc.** <br> **21809 89th St. SE** <br> **Snohomish, WA** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Stormwater LLC** <br> **PO Box 776** <br> **Graham, WA 98338** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Structural Radar Imaging** <br> **PO Box 5130** <br> **Kent, WA 98064** | | | | | | X | 0.00 |

Sheet no. _90_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
_____                    _____
Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Summit Drywall, Inc.** <br> **PO Box 2169** <br> **Issaquah, WA 98027** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Sunbelt Rentals** <br> **PO Box 18040** <br> **Portland, OR 97218** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Sunrise Material Placing Inc.** <br> **PO Box 1038** <br> **Snohomish, WA 98291-1038** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Suzan L. Frasier** <br> **8129 27th Pl. NE** <br> **Everett, WA 98205** | | | see promissory note | | X | | 5,597.00 |
| ACCOUNT NO. <br><br> **Sylvia Hopkins** <br> **1115 108th Ave. NE** <br> **Bellevue, WA 98004** | | | see promissory note | | X | | 143,819.00 |

Sheet no. 91 of 103 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **149,416.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Michael R. Mastro**          Case No. <u>09-16841</u>

                Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| **T&A Supply Company Inc. 1105 Westlake Ave. N. Seattle, WA 98109** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Tacoma City Treasurer 3628 South 35th St. Tacoma, WA 98409** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Tacoma Fixture Comp. 1815 East D Street Tacoma, WA 98421** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Tacoma Power 3628 South 35th Street Tacoma, WA 98409-3192** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Tacoma Screw Products Inc. Georgetown Branch 2001 Center Street Tacoma, WA 98409-7895** | | | | | | | |

Sheet no. <u>92</u> of <u>103</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $             0.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
                                   Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tacoma Water<br>3628 South 35th St.<br>Tacoma, WA 98409-3192** | | | | | | X | 0.00 |
| ACCOUNT NO.<br>**Tacoma/Pierce County Health Dept.<br>3629 South D Street, MS303<br>Tacoma, WA 98418-6813** | | | | | | X | 0.00 |
| ACCOUNT NO.<br>**Takako Mino<br>1624 Laukahi St.<br>Honolulu, HI 96821** | | | see promissory note | | X | | 148,254.00 |
| ACCOUNT NO.<br>**Teresa A. Bloch<br>10259 NE 62nd St.<br>Kirkland, WA 98033** | | | see promissory note | | X | | 43,852.00 |
| ACCOUNT NO.<br>**Teresa A. Shahbaghlain<br>5207 Majeska Lane<br>Cashmere, WA 98815** | | | see promissory note | | X | | 202,444.00 |

Sheet no.  93  of  103  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $          **394,550.00**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                          Case No. **09-16841**
_____                        _____
                            **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Terry Durst** 4190 E. Palm Canyon Dr. Palm Springs, CA 92264 | | | Deeds of Trust, see promissory note | | X | | 11,566,814.00 |
| ACCOUNT NO. | | | | | | | |
| **Teufel Nursery** PO Box 2488 Portland, OR 97208 | | | | | | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **The Church of Jesus Christ A.A.** 11112 NE 174th Bothell, WA 98011 | | | see promissory note | | X | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **The Copy Company** PO Box 14499 Seattle, WA 98114 | | | | | | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **The Safety Team** 670 S. Lucile Street PO Box 81246 Seattle, WA 98144 | | | | | | X | 0.00 |

Sheet no. _94_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **11,566,814.00**

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
_____                    _____
                        **Debtor**                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **The Truss Company** <br> **PO Box 1770** <br> **Sumner, WA 98390** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **The Watershed Co.** <br> **750 Sixth Street South** <br> **Kirkland, WA 98033** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **The Watershed Co.** <br> **PO Box 1180** <br> **Kirkland, WA 98033-0918** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Theresa Dowell** <br> **10900 NE 4th Street, #2230** <br> **Bellevue, WA 98004** | | | **see promissory note** | | X | | 49,736.00 |
| ACCOUNT NO. <br><br> **Thomas Didonato** <br> **1612 S. Hinds St.** <br> **Seattle, WA 98144** | | | **see promissory note** | | X | | 170,000.00 |

Sheet no. _95_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **219,736.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Mastro**                              Case No. **09-16841**

                                   Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Thomas W. Kenyon <br> 1743A 13th Ave. S. <br> Seattle, WA 98144 | | | see promissory note | | X | | 176,485.00 |
| ACCOUNT NO. <br><br> Thurston Co. Treasurer <br> Robin L. Hunt CPA <br> 2000 Lakeridge Dr. SW <br> Olympia, WA 98502-6080 | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> Thyssenkrupp Elevator <br> PO Box 933004 <br> Atlanta, GA 31193-3004 | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> Toni A. Pietromonaco <br> 11825 SE 48th Street <br> Bellevue, WA 98006 | | | see promissory note | | X | | 200,000.00 |
| ACCOUNT NO. <br><br> Total Construction <br> 14419 48th Pl. West <br> Edmonds, WA 98026 | | | | | | X | 0.00 |

Sheet no. __96__ of __103__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                           Subtotal ➤ $        **376,485.00**

                                           Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                                    Case No.  **09-16841**
                                        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Total Rental** 9217 Evergreen Way Everett, WA 98204 | | | | | | X | 0.00 |
| ACCOUNT NO. **Tracy Peterson** 3250 61st Ave. SW Seattle, WA 98116 | | | see promissory note | | X | | 71,419.00 |
| ACCOUNT NO. **Transportation Engineering NW** PO Box 65254 Seattle, WA 98155 | | | | | | X | 0.00 |
| ACCOUNT NO. **Transportation Planning & Eng.** 2223 112th Ave. NE, #101 Bellevue, WA 98004-2952 | | | | | | X | 0.00 |
| ACCOUNT NO. **Trinity ERD** 80 Yesler Way, #200 Seattle, WA 98104 | | | | | | X | 0.00 |

Sheet no.  97  of 103  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                71,419.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**                                   Case No.  **09-16841**
                        _____                         _____
                                     Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Tri-State Plumbing, Inc.**<br>**13420 NE 16th St., Suite A**<br>**Bellevue, WA 98005-2308** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**United Parcel Service**<br>**PO Box 505820**<br>**The Lakes, NV 88905-5820** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**United Rentals**<br>**Credit Office 598**<br>**PO Box 951978**<br>**Dallas, TX 75395-1978** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Universal Mechanical Service**<br>**PO Box 296**<br>**Redmond, WA 98073-0296** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Val Vue Sewer District**<br>**PO Box 69550**<br>**Seattle, WA 98168-9550** | | | | | | X | 0.00 |

Sheet no. _98_ of _103_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                     0.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Mastro**       Case No. <u>09-16841</u>

         Debtor                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Valley Water District 14515 Pioneer Way E. Puyallup, WA 98372** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br>**Verizon PO Box 9015 Everett, WA 98206-9015** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br>**Village Framers 2350 Magnolia Blvd. West Seattle, WA 98199** | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br>**Walter J. Shields c/o Kobble & Prentice 601 Union Street, #1000 Seattle, WA 98101** | | | **see promissory note** | | X | | 627,807.00 |
| ACCOUNT NO. <br><br>**Wanlu Zeng 322 Rosario Pl. NE Renton, WA 98059** | | | **see promissory note** | | X | | 694,986.00 |

Sheet no. <u>99</u> of <u>103</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal  ➤ $     **1,322,793.00**

                                Total  ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                                     Case No.  **09-16841**
_____                      _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Washington Alarm**<br>**1253 South Jackson Streeet**<br>**Seattle, WA 98144-2018** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Washington Pipeline, LLC**<br>**PO Box 816**<br>**Mercer Island, WA 98040** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Washington State Dept. of Ecology**<br>**PO Box 5128**<br>**Lacey, WA 98509-5128** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Washington State Dept. of Licensing**<br>**PO Box 3099**<br>**Arlington, WA 98223** | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Waste Management**<br>**Tri-Star Disposal**<br>**PO Box 78251**<br>**Phoenix, AZ 85062-8251** | | | | | | X | 0.00 |

Sheet no. _100_ of _103_ continuation sheets attached to Schedule of
Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                     0.00

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Mastro**                                          Case No. **09-16841**
                                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wayne Lau | | | | | X | | 141,722.00 |
| ACCOUNT NO.<br><br>Weber & Thompson Architects<br>425 Pontius Ave. North, #200<br>Seattle, WA 98109 | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>Welcome Trucking Inc.<br>PO Box 1491<br>Monroe, WA 98272 | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>Wetland Resources I<br>9505 19th Ave. SE, #106<br>Everett, WA 98208 | | | | | | X | 0.00 |
| ACCOUNT NO.<br><br>White Cap Industries<br>Dept. 33020<br>PO Box 39000<br>San Francisco, CA 94139-3020 | | | | | | X | 0.00 |

Sheet no. _101_ of _103_ continuation sheets attached to Schedule of
Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $  **141,722.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Michael R. Mastro**                                      Case No. **09-16841**
                                                      _____
                          **Debtor**                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | |
| **William Buchholz** 16127 W. Desert Cove Way Surprise, AZ 85374 | | | see promissory note | | | | 335,518.00 |
| ACCOUNT NO. | | | | | | X | |
| **Williams Scotsman Inc.** PO Box 91975 Chicago, IL 60693-1975 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | X | |
| **Woodinville Water District** PO Box 1390 Woodinville, WA 98072-1390 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | X | | |
| **ZACRI Inc.** 2021 1st Ave., #C-6 Seattle, WA 98121 | | | see promissory note | | | | 300,003.00 |
| ACCOUNT NO. | | | | | | X | |
| **Zee Medical Service Division of Revi, Inc.** PO Box 58627 Seattle, WA 98138-1627 | | | | | | | 0.00 |

Sheet no. _102_ of _103_ continuation sheets attached to Schedule of
Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ **635,521.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Michael R. Mastro**                                    Case No.   <u>09-16841</u>
_____
                              **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 |
| **Zurich Insurance Ser. Inc.** <br> **P.O. Box 931795** <br> **Atlanta, GA 31193-1795** | | | | | | | |

Sheet no. <u>103</u> of <u>103</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured
Nonpriority Claims

                                                                      Subtotal  ➤  $                          **0.00**

                                                                      Total  ➤  $           **118,394,357.00**

                                                            **(Use only on last page of the completed Schedule F.)**
                                                            **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                                            **Summary of Certain Liabilities and Related Data.)**

In re: **Michael R. Mastro**
_____, 
Debtor

Case No. **09-16841** _____
(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **6 residential leases** | **leases on rented condos** |
| **AAA of Washington** | **retail lease**<br>**nonresidential real property** |
| **AT&T** | **cell tower lease**<br>**nonresidential real property** |
| **Bastyr University**<br>**14500 Juanity Dr. NE**<br>**Kenmore, WA 98028** | **commercial lease**<br>**nonresidential real property** |
| **Cenveo, Inc.** | **commercial lease**<br>**nonresidential real property** |
| **Cerep**<br>**15318 NE 95th St.**<br>**Redmond, WA 98052** | **commercial/office lease**<br>**nonresidential real property** |
| **CK Clark Building** | **master lease**<br>**nonresidential real property** |
| **Clear Channel** | **lease for billboard**<br>**nonresidential real property** |

In re: **Michael R. Mastro**
                                    **Debtor**

Case No. **09-16841**
                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Coast Real Estate Mgt** | **commercial/retail lease**<br>**nonresidential real property** |
| **Currie Road Apartment, LLC et al.**<br>**Attn: John T. Tran**<br>**1618 South Lane St., #204**<br>**Seattle, WA 98144** | **master lease**<br>**nonresidential real property** |
| **E. Kent Halvorson, Inc.**<br>**9840 Willows Road NE**<br>**Redmond, WA 98052** | **land for equipment storage**<br>**nonresidential real property** |
| **Eastside Harley Davidson** | **retail lease**<br>**nonresidential real property** |
| **Hobart**<br>**Rainier Pacific Management**<br>**701 S. Ridge Ave.**<br>**Troy, OH 45374** | **commercial/office rent lease**<br>**common expense reimb.**<br>**nonresidential real property** |
| **Institute for Systems Biology**<br>**CBRE**<br>**1441 N. 34th Street**<br>**Seattle, WA 98103** | **commercial lease**<br>**nonresidential real property** |
| **JM home office** | **office equipment leases** |
| **John Bean Technologies Corp.** | **commercial/office lease nonresidential real property** |

In re:  **Michael R. Mastro**                                    ,        Case No.  **09-16841**
                                    **Debtor**                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Keane Building LLC, et al.**<br>**Attn: John T. Tran**<br>**1618 South Lane Street, #204**<br>**Seattle, WA 98144** | **master lease**<br>**nonresidential real property** |
| **Magnolia Complex Building, LLC**<br>**Rainier Pacific Management**<br>**PO Box 184347**<br>**Seattle, WA 98118** | **master lease**<br>**nonresidential real property** |
| **Magnolia HiFi/Best Buy** | **retail lease**<br>**nonresidential real property** |
| **Martin Selig** | **parking lot rentsnonresidential real property** |
| **Mayuri Foods & Video, Inc.** | **commercial/office lease**<br>**nonresidential real property** |
| **MC Machinery, Inc.** | **electric car dealer lease**<br>**nonresidential real property** |
| **ME Meydenbauer** | **staging area land**<br>**nonresidential real property** |
| **Pao-Yu Li**<br>**4000 - 91st Ave. SE**<br>**Mercer Island, WA 98040** | **office lease for Mastro Properties, month to month with 60 day cancellation clause**<br>**nonresidential real property** |

In re: **Michael R. Mastro**
_____,     Case No.    **09-16841**
                    Debtor                                    _____
                                                                        **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Phillips Real Estate Management** | **residential leases** |
| **Phillips Real Estate Management** | **office lease**<br>**nonresidential real property** |
| **PI Park 120** | **2 master leases???**<br>**nonresidential real property** |
| **QU Lake Union** | **ground sub-lease**<br>**nonresidential real property** |
| **Queen Mortgage**<br>**Attn: Tho Hoang**<br>**510 Rainier Ave. S.**<br>**Seattle, WA 98144** | **commercial/office lease**<br>**month to month term**<br>**nonresidential real property** |
| **Rowena Njera & James Eby**<br>**16901 9th Ave. SE**<br>**Mill Creek, WA 98012** | **residence lease** |
| **Sno Country Ford - Monroe** | **Ford dealer lease**<br>**nonresidential real property** |
| **Sno County Ford - Sultan** | **Ford dealer lease**<br>**nonresidential real property** |

In re: __Michael R. Mastro_____,    Case No. __09-16841_____
                          **Debtor**                                      **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **State Farm**<br>**Attn: Omar or Christine Lee** | **nominally landlord, control now with bank**<br>**nonresidential real property** |
| **Tableau Software, Inc.**<br>**400 N. 34th St., #200**<br>**Seattle, WA 98103** | **commercial lease**<br>**nonresidential real property** |
| **Tibor Mate**<br>**510 Rainier Ave. S.**<br>**Seattle, WA 98144** | **commercial/office lease**<br>**month to month term**<br>**nonresidential real property** |
| **Tiimothy A. Friel**<br>**16402 Main Street**<br>**Monroe, WA 98272** | **coffee shack, residence**<br>**nonresidential real property** |
| **UN University** | **leased???**<br>**nonresidential real property** |
| **Wallace Properties**<br>**12530 Admiralty Way, Apt. J102**<br>**Everett, WA 98204** | **commercial leases**<br>**nonresidential real property** |
| **West Valley Business Park, LLC**<br>**PO Box 18437**<br>**Seattle, WA 98118** | **maseter lease**<br>**nonresidential real property** |
| **Wireless Data Services**<br>**North America, Inc.**<br>**WDS Global** | **office lease**<br>**nonresidential real property** |

In re: __Michael R. Mastro_____,     Case No.  __09-16841_____
　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Wood Stoves, Etc., Inc.** <br> **dba Rich's** | **retail lease** <br> **nonresidential real property** |
| **WS Avalon** | **staging area land** <br> **nonresidential real property** |

In re:  **Michael R. Mastro**                                    Case No.  **09-16841**
_____.
                    Debtor                                                                    (If known)

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Grand Firs HOA** | **Alexander and Laura Weeks**<br>**23112 79th Ave. East**<br>**Graham, WA 98338** |
| **Spanaway 19, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | **American Marine Bank**<br>**PO Box 10788**<br>**Bainbridge Island, WA 98110** |
| **Westwater HOA** | **Austin M. McCray**<br>**6970 California Ave. SW, Unit B-309**<br>**Seattle, WA 98136** |
| **Mastro Irrevocable Trust** | **Avatar Income Fund I**<br>**c/o Wells Fargo Bank**<br>**PO Box 84545**<br>**Seattle, WA 98124** |
| **Arkansas Partners II LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | **Bay Bank**<br>**10500 NE 8th Street, #1750**<br>**Bellevue, WA 98004** |
| **Westwater HOA** | **Bernadette Refuerzo**<br>**6970 California Ave. SW, Unit B-406**<br>**Seattle, WA 98136** |
| **Arkansas Partners LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | **China Trust Bank (USA)**<br>**22939 Hawthorne Blvd.**<br>**Torrance, CA 90505** |
| **Westwater HOA** | **Christopher Whitmore**<br>**6970 California Ave. SW, Unit B306**<br>**Seattle, WA 98136** |
| **LCY LLC** | **Concept Dorssers**<br>**74 Boulevard D'Italie**<br>**Monte Carlo, 98000**<br>**Monaco** |
| **Westwater HOA** | **Crystal Bullard**<br>**6960 California Ave. SW, Unit A-202**<br>**Seattle, WA 98136** |
| **Mastro Willows 2, LLC**<br>**510 Rainier South**<br>**Seatlte, WA 98144** | **CW Capital Management**<br>**11200 Rockville Pike**<br>**Rockville, MD 20852** |
| **Sifton/Orchards, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | **Dexia Real Estate Capital Markets**<br>**1180 NW Maple St., #202**<br>**Issaquah, WA 98027** |
| **Blue Mountain Plaza, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | **Equity Funding LLC**<br>**12505 Bel-Red Road, #200**<br>**Bellevue, WA 98005** |

In re: **Michael R. Mastro** ,      Case No.   <u>09-16841</u>

              Debtor                                               (If known)

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Westwater HOA** | **Eric D. Brickley**<br>**6970 California Ave. SW, Unit B-105**<br>**Seattle, WA 98136** |
| **Dealership Dev. SVC, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144**<br><br>**Hwy2 Property Management LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144**<br><br>**Hwy2 Property Management LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144**<br><br>**Mastro Willows 2, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | **Frontier Bank**<br>**PO Box 2210**<br>**Everett, WA 98203** |
| **Westwater Associates, LLC**<br>**510 Rainier South** | **Golf Savings Bank**<br>**Attn: Mark Milan**<br>**6505 218th St. SW**<br>**Mt. Lake Terrace, WA 98043** |
| **Westwater HOA** | **Heather L. Gordon (Muscatel)**<br>**6970 California Ave. SW, Unit B-109**<br>**Seattle, WA 98136** |
| **Kenmore, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144**<br><br>**Park Place MM LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | **Homestreet Bank**<br>**601 Union Street, #2000**<br>**Seattle, WA 98101-2326** |
| **Grand Firs** | **Ihrig**<br>**22916 78th Ave. Ct. East**<br>**Graham, WA 98338** |
| **Westwater HOA** | **Irene Gendron**<br>**6960 California Ave. SW, Unit A-208**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **James and Dana Duffy**<br>**6960 California Ave. SW, Unit A-306**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Jeffrey R. Hagemeier**<br>**6960 California Ave. SW, Unit A-409**<br>**Seattle, WA 98136** |
| | |

In re:  **Michael R. Mastro**                                    Case No.  <u>**09-16841**</u>
_____.                              <u>                    </u>
                        Debtor                                              (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Westwater HOA** | **Ka Wai Dora (Angela) Leung**<br>**6960 California Ave. SW, Unit A-401**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Lian Rita Handaja**<br>**6960 California Ave. SW, Unit A-402**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Lindsey Durant**<br>**6970 California Ave. SW, Unit B-209**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Ludwig R. Maerz**<br>**6960 California Ave. SW, Unit A-108**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Marjorie I. Gillet**<br>**6970 California Ave. SW, Unit B-409**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Meghan Sykas**<br>**6960 California Ave. SW, Unit A-309**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Michael English**<br>**6970 California Ave. SW, Unit B-301**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Monique A. Zampera**<br>**6960 California Ave. SW, Unit A-205**<br>**Seattle, WA 98136** |
| **Bellevue 59, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | **Puget Sound Bank**<br>**10500 NE 8th St, #1800**<br>**Bellevue, WA 98004** |
| **Bellevue 59, LLC??**<br>**510 Rainier South**<br>**Seattle, WA 98144** | **Puget Sound Bank**<br>**10500 NE 8th St., #1800**<br>**Bellevue, WA 98004** |
| **Duvall Project, LLC??**<br>**510 Rainier South**<br>**Seattle, WA 98144** | **Regal Financial Bank**<br>**925 4th Ave., #100**<br>**Seattle, WA 98104** |
| **Duvall Project, LLD**<br>**510 Rainier South**<br>**Seattle, WA 98144** | |
| **Westwater HOA** | **Rex De Asis**<br>**6970 California Ave. SW, Unit B-202**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Rex De Asis**<br>**6970 California Ave. SW, Unit B305**<br>**Seattle, WA 98136** |

In re: **Michael R. Mastro** _____ .     Case No.   **09-16841** _____
　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE H - CODEBTORS

☐　Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Westwater HOA** | **Robert Joseph Lehman**<br>**6960 California Ave. SW, Unit A-302**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Royal**<br>**6960 California Ave. SW, Unit A-405**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Sharon D. Spurgeon**<br>**6960 California Ave. SW, Unit A-105**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Sridhar Avantsa**<br>**6970 California Ave. SW, Unit B-405**<br>**Seattle, WA 98136** |
| **Shoreline 88, LLC??**<br>**510 Rainier South**<br>**Seattle, WA 98144** | **State Farm Insurance Company**<br>**c/o Norris Beggs & Simpson**<br>**121 SW Morrison, #200**<br>**Portland, OR 97204** |
| **Westwater HOA** | **Steven C. Gorecki**<br>**6970 California Ave. SW, Unit B-402**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Suzanne E. Murray**<br>**6960 California Ave. SW, Unit A-109**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Thomas Giles**<br>**6970 California Ave. SW, Unit B-408**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Tim Thomas**<br>**6960 California Ave. SW, Unit A-209**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Wai Lee Lau**<br>**6970 California Ave. SW, Unit B-208**<br>**Seattle, WA 98136** |
| **Grand Firs, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144**<br><br>**Ridgeview Estates, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | **Washington Federal Savings**<br>**425 Pike Street**<br>**Seattle, WA 98101** |
| **Grand Firs, LLC**<br>**510 Rainier South**<br>**Seattle, WA 98144** | **Washington Trust Bank**<br>**601 Union Street, #4747**<br>**Seattle, WA 98101-2340** |
|  |  |

In re:  **Michael R. Mastro**                                    Case No.   09-16841
_____.                         _____
                    **Debtor**                                              (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Westwater HOA** | **Wiktor and Amy Greger**<br>**6960 California Ave. SW, Unit A-406**<br>**Seattle, WA 98136** |
| **Westwater HOA** | **Young Joo Kim**<br>**6970 California Ave. SW, Unit B-205**<br>**Seattle, WA 98136** |

In re **Michael R. Mastro**                                          Case No. **09-16841**

Debtor                                                                  (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **real estate developer** | **housewife** |
| Name of Employer | **self employed** | **n/a** |
| How long employed | **40 years** | **n/a** |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ **20,000.00** | $ **n/a** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **20,000.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **0.00** | **0.00** |
|     b. Insurance | $ **0.00** | **0.00** |
|     c. Union dues | $ **0.00** | **0.00** |
|     d. Other (Specify) | $ **0.00** | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **20,000.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **included in #1** | $ **0.00** |
| 8. Income from real property | $ **included in #1** | $ **0.00** |
| 9. Interest and dividends | $ **included in #1** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ **0.00** | $ **0.00** |
| 11. Social security or other government assistance (Specify) **social security** | $ **1,780.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ |
| 13. Other monthly income (Specify) | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **1,780.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **21,780.00** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$ 21,780.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**I anticipate a loss of all business income, leaving only social security of $1,780.**

In re **Michael R. Mastro**                                                    ,                    Case No. ___**09-16841**___

Debtor                                                                                                  **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | **12,000.00** |
| a. Are real estate taxes included?      Yes _____      No ✓ | | |
| b. Is property insurance included?      Yes _____      No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | **1,500.00** |
| b. Water and sewer | $ | **500.00** |
| c. Telephone | $ | **60.00** |
| d. Other **cable** | $ | **110.00** |
| 3. Home maintenance (repairs and upkeep) | $ | **500.00** |
| 4. Food | $ | **1,500.00** |
| 5. Clothing | $ | **200.00** |
| 6. Laundry and dry cleaning | $ | **50.00** |
| 7. Medical and dental expenses | $ | **ins** |
| 8. Transportation (not including car payments) | $ | **300.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | **50.00** |
| 10. Charitable contributions | $ | **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | **1,000.00** |
| b. Life | $ | **0.00** |
| c. Health | $ | **1,000.00** |
| d. Auto | $ | **200.00** |
| e. Other_____ | $ | **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | **6,800.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | **3,600.00** |
| b. Other_____ | $ | **0.00** |
| 14. Alimony, maintenance, and support paid to others | $ | **0.00** |
| 15. Payments for support of additional dependents not living at your home | $ | **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | **0.00** |
| 17. Other_____ | $ | **0.00** |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | **29,370.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | **21,780.00** |
| b. Average monthly expenses from Line 18 above | $ | **29,370.00** |
| c. Monthly net income (a. minus b.) | $ | **-7,590.00** |

## United States Bankruptcy Court

## Western District of Washington

In re  **Michael R. Mastro** _____ ,

Debtor

Case No.  **09-16841** _____

Chapter  ___7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 18 | $ 249.015.818.05 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 34 | | $ 468.245.665.99 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 18 | | $ 147,098.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 104 | | $ 118.394.357.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 6 | | | |
| H - Codebtors | YES | 5 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 21.780.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 29.370.00 |
| TOTAL | | 189 | $ 249,015,818.05 | $ 586,787,120.99 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of Washington

In re **Michael R. Mastro** _____,    Case No. **09-16841** _____

                              Debtor                      Chapter **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 29,370.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $104,166,347.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $104,166,347.00 |

In re  **Michael R. Mastro**
                                                    Case No.  **09-16841**
                                        **Debtor**                                                        **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of          **191**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **9/8/2009**                                    Signature:  **s/ Michael R. Mastro**
                                                                 **Michael R. Mastro**
                                                                        Debtor

                                            [If joint case, both spouses must sign]


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

### (NOT  APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

Attorney Name, Address, Telephone No. & Bar ID No.

**Thomas N. Bucknell**          **1587**

**2003 Western Avenue, Suite 400**
**Seattle, WA 98121**
**(206) 587-0144**

In re:

**Michael R. Mastro**

**BANKRUPTCY NO. 09-16841**

(Debtor)

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

### PART 1- DECLARATION OF PETITIONER

I  **Michael R. Mastro**                                                                                               ,

the undersigned debtor(s), **hereby declare under penalty of perjury** that the information provided in the electronically filed petition, statements, and schedules is true and correct.  I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk of the Court no later than **5 business days** following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11.U.S.C. § 707(a)(3) without further notice.

☐    If petitioner is an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7:
I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in this petition.

☐    If petitioner is a corporation or partnership: I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief  in accordance with the chapter specified in this petition.

☐    If petitioner files an application to pay filing fee in installments: I certify that I completed an application to pay the filing fee in installments. I am aware that the bankruptcy case will be dismissed and I may not receive a discharge of my debts if the fee is not paid within 120 days of the date of filing the petition.

Dated:          **9/8/2009**

Signed:     **s/ Michael R. Mastro**
(Applicant)

### PART II - DECLARATION OF ATTORNEY

I **declare under penalty of perjury** that the debtor(s) signed this form before I electronically transmitted the petition, schedules, and statements to the United States Bankruptcy Court, and have followed all other requirements in General Order No. 3. If an individual, I further declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11,12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter. This declaration is based on the information of which I have knowledge.

Dated:          **9/8/2009**

[Local Rules W.D. Wash. Bankr. form 6]

Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**Western District of Washington**

In re: **Michael R. Mastro** _____,     Case No. **09-16841** _____

Debtor                                                                                            (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 26,087,797.00 | gross income (Schedule C) | |
| 30,821,252.00 | gross income (Schedule C) | |
| 5,416,385.00 | net cash flow to 6/30/2009 | |

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| | | |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **see attachment** | | | |

None  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☐  benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments
by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Bank of America** | see attachment | | |
| **Barbara  Mastro**<br>**10935 Summerdale Way #284**<br>**San Diego, CA 92126** | see attachment | | |
| **Cecillia Campbell**<br>**4527 45th Ave. SW, Unit #403 N**<br>**Seattle, WA 98116** | see attachment | | |
| **Chris Kosmos**<br>**221 First Ave W., #415**<br>**Seattle, WA 98119** | see attachment | | |
| **Corey and Sean McClain**<br>**14506 SE 184th St.**<br>**Renton, WA 98058** | see attachment | | |
| **Corey McClain**<br>**14506 SE 184th St.**<br>**Renton, WA 98058** | see attachment | | |
| **Daniel E. Resnik**<br>**1618 108th Ave. NE**<br>**Bellevue, WA 98004** | see attachment | | |
| **Gloria Plischke**<br>**3859 Beach Dr. SW, Penhouse 4**<br>**Seattle, WA 98116** | see attachment | | |
| **Jill Reyes**<br>**14506 SE 184th Place**<br>**Renton, WA 98058** | see attachment | | |
| **Jim Selden**<br>**11515 Canyon Rd. E, Suite  A**<br>**Puyallup, WA 98373** | see attachment | | |
| **Joe and/or Nancy Resnik**<br>**2430 76th Ave. SE, #633**<br>**Mercer Island, WA 98040** | see attachment | | |
| **Joel Gamel**<br>**Gamel Investment Group**<br>**8814 North Mercer Way**<br>**Mercer Island, WA 98040** | see attachment | | |
| **John Mastandrea**<br>**11108 SE 61st Place**<br>**Bellevue, WA 98006** | see attachment | | |

Joseph Cristofaro                    see attachment
4311 15th South
Seattle, WA 98108


Judy Annibal                          see attachment
19493 N. Desent Mesa Dr.
Surprise,  AZ 85374


Judy Gamel                            see attachment
8814 N. Mercer Way
Mercer Island, WA 98040


Kim Plischke                          see attachment
4522 51st Ave. SW
Seattle, WA 98166


Larry Kelley                          see attachment
46-241 Kalali St.
Kaneohe, HI 96744


Lillian Vance                         see attachment
104 Burnett Ave. S., Unit 523
Renton, WA 98057


Linda A. Mastro                       see attachment
3435 Evergreen Pt. Road
Medina, WA 98039


Maria Mastandrea                      see attachment
6062 118th Ave. SE
Bellevue, WA 98006


Michael K. Mastro                     see attachment
801 Lakeside Ave. S.
Seattle, WA 98144


Resnik Grandchildren                  see attachment
2430 76th Ave. SE, #633
Mercer Island, WA 98040


Richard and Judy Annibal              see attachment
19493 N. Desert Mesa Dr.
Surprise, AZ 85374


Stavros Anastasiou                    see attachment
8638 NE 19th Place
Clyde Hill, WA 98004


Steve Cupic                           see attachment
8210 SE 29th Street
Mercer Island, WA 98040

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| Colello v. Mastro 09-2-23497-3 SEA | Complaint to collect on promissory note | King County Superior Court | jdgt for app. $300,000 entered 7/__/09 |
| Frontier Bank v. Mastro not filed | Complaint on promissory notes for approximately $10.2 million | | pending |
| Pacific Continental Bank v. Mastro 09-2-25513-0 SEA | Complaint for monies due, judicial foreclosure and appointment of receiver | King County Superior Court | pending |
| Golf Savings Bank v. Mastro 09-2-19372-0 SEA | Complaint for judicial foreclosure and for appointment of custodial receiver | King County Superior Court | custodial receiver appointed on 5/22/09 |
| First Sound Bank v. Mastro et al. 09-2-05575-9 | Complaint for judicial foreclosure of deed of trust, deficiency judgment and avoidance of fraudulent transfer | Snohomish County Superior Court | pending |
| Pacific Metal Company v. Mastro et al. 09-2-27557-2 SEA | Complaint for money due for services rendered for approximately $5,000 | King County Superior Court | pending |
| Evergreen Bank v. Mastro 09-2-25660-8 | Complaint to collect promissory note | King County Superior Court | pending |
| Concrete Technology v. Mastro et al. 09-2-24270-4 SEA | Complaint to recover payment for services rendered for approximately $15,000 | King County Superior Court | pending |
| Charter Bank v. Mastro 09-2-11767-5 SEA | Complaint for judgment on promissory note | King County Superior Court | judgment entered 6/7/09 app. $1,000,050 |
| Leroy Surveyors & Engineers, Inc. v. Mastro et al. 09-2-10986-4 | construction lien foreclosure proceeding | Pierce County Superior Court | pending |
| Colello v. Mastro 09-2-23499-0 SEA | Judgment for approximately $600,000 | King County Superior Court | entered on 7/__/09 |
| Copper Hill Square Condominium Homeowners Association v. Mastro et al. 09-2-23508-2 SEA | Complaint to collect condominium homeowner association dues of approximately $15,000 and to foreclose | King County Superior Court | pending |
| Central Pacific Bank v. Mastro 09-2-15716-2 SEA | Complaint for judgment on promissory note | King County Superior Court | Default judgment 5/5/09 app. $14.6 mill |
| Bancfirst v. Mastro et al. 09-2-22970-8 SEA | petition to appoint receiver | King County Superior Court | order appoint custodial receiver 6/26/09 |

| | | | |
|---|---|---|---|
| Rainier Pacific Bank v. Mastro 09-2-23147-8 SEA | Complaint for judicial foreclosure and money judgment against guarantors | King County Superior Court | pending |
| City of Richland v. Michael Mastro et al. 07-2-02487-2 | Complaint for forfeiture or alternatively foreclosure of real estate contract | Benton County Superior Court | pending |
| Norcon Buildings, LLC v. GMP Homes VG, LLC et al. 08-2-24201-3 | mechancis lien foreclosure action | King County Superior Court | pending |
| Corrine J. Erickson v. Michael Mastro WW-08-1288 | Action to invalidate Mastro deed of trust. DOTheld invalid on summary judgment and appeal | United States Bankruptcy Appellate Panel of the Ninth Circuit | DOT held invalid |
| Campus Crest Properties, LLC v. Michael R. Mastro | JDR jurisdiction over settlement agreement from adversary proceeding | Judicial Dispute Resolution | |
| Auburn Ace Holdings, LLC v. Centurion Financial, L.L.C. 08-01129 | action for restitution and unjust enrichment | United States Bankruptcy Court for the Western District of Washington at Seattle | pending |
| Sapphire Homeowners Association v. Sapphire Associates NW, LLC et al. 09-2-19288-0 SEA | alleged construction defects and related claims | King County Superior Court | pending |
| Asia Homeowner's Assoc v. Michael R. Mastro et al. 09-2-08577-3 SEA | alleged construction defects and related claims | King County Superior Court | pending |
| Hanson Pipe & Products Northwest Inc. v. Michael R. Mastro 09-2-06988-9 | action for restitution and unjust enrichment | Pierce County Superior Court | pending |
| Villa Sonoma Condo Assn. v. Mastro 09-2-05507-6 SEA | lien foreclosure | King County Superior Court | dismisssed |
| Michael R. Mastro and Linda Mastro and James Selden v. City of Olympia 07-2-02553-4 | Land use petition action | Thurston County Superior Court | pending |
| Laird Norton Tyee Trust Company v. Michael Mastro 09-2-05775-1 | Complaint for quiet title and other relief | Snohomish County Superior Court | |
| Wells Fargo Bank v. Mastro 08-2-41867-7 SEA | Complaint for monies due on promissory note and other prejudgment remedies | King County Superior Court | confessed jdgt app $500,000 5/28/09 |
| Washington First Int'l Bank v. Mastro 09-2-15199-7 | Complaint to collect on promissory note and to foreclose on personal property collateral | King County Superior Court writs of attachment and garnishment also issued prior to entry of judg | sum. judgment for app $11.2 mil 7/2/09 |
| Wells Fargo Equipment Finance, Inc. v. Mastro et al. 09-2-24963-6 SEA | Complaint to collect promissory note | King County Superior Court | pending |
| Venture Bank v. Mastro not filed | Complaint for judgment on promissory note | Pierce County Superior Court | pending |
| East Apartments, LLC v. Michael R. Mastro 08-2-19405-1 SEA | alleged construction defects and related claims | King County Superior Court | pending |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Banner Bank 3005 112th Ave. NE, #100 Bellevue, WA 98004 | | North Creek $6,877,728.62 |
| Banner Bank 3005 112th Ave. NE, #100 Bellevue, WA 998004 | | 45th Building $4,042,768.18 |
| Banner Bank 3005 112th Ave. NE, #100 Bellevue, WA 98004 | | unsecured $5,000,000 |
| Banner Bank 3005 112th Ave. NE, #100 Bellevue, WA 98004 | | Leilani $10,205,000 |
| Banner Bank 3005 112th Ave. NE, #100 Bellevue, WA 98004 | | North Creek $6,862,823.26 |
| Horizon Bank PO Box 580 Bellingham, WA 98227 | | GMP Homes VG LLC $702,500 |
| Intermountain Community Bank 5211 E. Sprague Ave. Spokane Valley, WA 99212 | | Leilani $1,000,000 |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ❑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Childrens Hospital** | | | **$125** |
| **DDB Worldwide** | | 08/13/2008 | **$500** |
| **King County Police** | | 02/03/2009 | **$25** |
| **Seattle Jesuit** | | 01/27/2009 | **$125** |
| **Seattle Seafair** | | 11/05/2008 | **$50** |
| **St. George Parish** | | 12/02/2008 | **$5,000** |
| **Swedish Foundation** | | 06/26/2009 | **$5,000** |
| **The Jesuits** | | 09/30/2008 | **$100** |
| **West Side Italian** | | 03/02/2009 | **$60** |

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bucknell Stehlik Sato & Stubner**<br>**2003 Western Ave. # 400**<br>**Seattle, WA 98121** | **10/15/08 - 8/18/09** | **46,728.58** |

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☐    self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |
| **Mastro Revocable Living Trust Agt 3435 Evergreen Pt. Rd. Medina, WA** | **10/01/2002** | **debtor's residence at 3435 Evergreen Point Road, Medina, WA (property was subsequently transferred on 10/20/2008 to Mastro Irrevocable Trust and was subsequently transferred by the Irrevocable Trust, along with Linda Mastro's transfer of a vehicle and jewelry owned by her as separate property, to LCY LLC a Delaware LLC 100% owned by The LCY Trust)** |
| **Mastro Revocable Living Trust Agt 3435 Evergreen Pt. Rd. Medina, WA** | | **debtor's former property at 2040-89th Ave NE, Bellevue, WA (property was subsequently transferred to Mastro Irrevocable Trust, present estimated value $2.8 million, subject to debt believed to approximate or exceed value** |
| **Mastro Revocable Living Trust Agt 3435 Evergreen Pt. Rd. Medina, WA** | **06/09/2008** | **debtor's residence at 3435 Evergreen Point Road, Medina, WA (property was subsequently transferred on 10/20/2008 to Mastro Irrevocable Trust and was subsequently transferred to the Irrevocable Trust, along with Linda Mastro's transfer of a vehicle and jewelry owned by her as separate property, to LCY LLC a Delaware LLC 100% owned by The LCY Trust)** |

## 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **American Marine Bank** | **money market - 4559** | $101,003 01/05/2009 |
| **Bank of America** | **certificate of deposit - 4892** | $125,000 01/16/2009 |
| **Bankfirst** | **money market - 4842** | $100,000 11/24/2008 |
| **Bay Bank** | **money market - ??** | $40,000 11/12/2008 |
| **Bay Bank** | **money market - ??** | $99,240 01/05/2009 |
| **Charter Bank** | **certificate of deposit - 0165** | $100,000 01/09/2009 |
| **China Trust Bank** | **money market - 1497** | $100,000 12/31/2008 |
| **Coastal Community Bank** | **money market - ??** | $18,750 03/31/2009 |
| **Coastal Community Bank** | **money market - ??** | $25,000 03/31/2009 |
| **Coastal Community Bank** | **money market - ??** | $23,791 03/31/2009 |
| **Columbia Bank** | **money market - 1373** | $100,000 12/31/2008 |
| **Commerce Bank** | **certificate of deposit - 2436** | $100,000 01/26/2009 |
| **Commerce Bank** | **money market - 0344** | $1,963 05/19/2009 |
| **Commerce Bank** | **certificate of deposit - 3173** | $3,925,000 08/28/2008 |
| **Evergreen Bank** | **money market - 4143** | $101,000 01/05/2009 |
| **Evergreen Bank** | **certificate of deposit - 0014** | $100,000 01/07/2009 |
| **First Independent Bank** | **certificate of deposit - 1744** | $100,000 09/25/2008 |

| | | |
|---|---|---|
| First Mutual Bank | money market - 8104 | |
| | | $175,000 12/30/2008 |
| First Sound Bank | certificate of deposit - 2415 | |
| | | $100,000 01/14/2009 |
| Foundation Bank | money market - 0327 | |
| | | $100,000 01/06/2009 |
| Frontier Bank | certificate of deposit - 2680 | |
| | | $100,000 01/27/2009 |
| Homestreet Bank | certificate of deposit - 1196 | |
| | | $50,000 08/22/2008 |
| Homestreet Bank | certificate of deposit - 4636 | |
| | | $100,000 08/22/2008 |
| Horizon Bank | money market - 4267 | |
| | | $101,586 01/06/2009 |
| Intermountain Bank | money market - 0483 | |
| | | $100,000 11/24/2008 |
| KeyBank | certificate of deposit - 0971 | |
| | | $100,000 06/27/2008 |
| Pacific Continental Bank | money market - 0803 | |
| | | $100,389 01/06/2009 |
| Plaza Bank | certificate of deposit - 1669 | |
| | | $100,000 01/14/2009 |
| Puget Sound Bank | certificate of deposit - 1359 | |
| | | $100,000 01/23/2009 |
| Regal Financial Bank | certificate of deposit - 0620 | |
| | | $100,000 01/07/2009 |
| Umpqua Bank | certificate of deposit - 4679 | |
| | | $100,000 12/15/2008 |
| United Commercial Bank | money market - 5989 | |
| | | $200,000 11/18/2008 |
| Venture Bank | certificate of deposit - 5903 | |
| | | $100,000 01/08/2009 |
| Viking Bank | certificate of deposit - 1652 | |
| | | $100,000 06/25/2008 |
| Washington Business Bank | money market - 6660 | |
| | | $100,000 11/20/2008 |
| Washington Trust Bank | certificate of deposit - 6491 | |
| | | $100,090 01/14/2009 |
| Wells Fargo Bank | certificate of deposit - 6472 | |
| | | $100,000 11/24/2008 |

**12. Safe deposit boxes**

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Bank of America**<br>**1201 Madison Street**<br>**Seattle, WA** | **Michael R. Mastro** | **will** | |

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None


b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **176th Street, LLC** | **none** | **510 Rainier South Seattle, WA 98144** | **single asset real estate** | **10/23/2000** **10/31/2006** |
| **Aqua Bella, LLC** | **32-0205904** | **510 Rainier South Seattle, WA 98144** | **never used** | **05/31/2007** **05/31/2009** |
| **Arkansas Partners II, LLC** | **none** | **510 Rainier South Seattle, WA 98144** | **single asset real estate** | **07/20/2006** |
| **Arkansas Partners, LLC** | **none** | **510 Rainier South Seattle, WA 98199** | **single asset real estate** | **04/05/2001** |
| **Asia Associates, LLC** | **30-0363560** | **510 Rainier South Seattle, WA 98144** | **single asset real estate** | **03/24/2006** |
| **Athena Associates II, LLC** | **20-3290682** | **510 Rainier South Seattle, WA 98144** | **single asset real estate** | **06/28/2005** **06/30/2008** |
| **Avalon 66, LLC** | **35-2299940** | **510 Rainier South Seattle, WA 98144** | **never used** | **05/31/2007** **05/31/2008** |
| **Barcelona 277, LLC** | **36-4610227** | **510 Rainier South Seattle, WA 98144** | **never used** | **05/31/2007** **05/31/2009** |
| **Bayside Condominium LLC** | **none** | **510 Rainier South Seattle, WA 98144** | **single asset real estate** | **06/10/1999** **06/30/2008** |
| **Beacon 3 Lot, LLC** | **none** | **510 Rainier South Seattle, WA 98144** | **never used** | **12/19/2006** |
| **Bellevue 59 LLC** | **61-1503688** | **510 Rainier South Seattle, WA 98144** | **single asset real estate** | **11/29/2004** |
| **Blue Mountain Plaza, LLC** | **26-0849499** | **510 Rainier South Seattle, WA 98144** | **single asset real estate** | **09/06/2007** |
| **Bridgeport Way Center LLC** | **52-2343642** | **510 Rainier South Seattle, WA 98144** | **single asset real estate** | **09/17/2001** **09/30/2002** |
| **Camelot Assoc, LLC** | **none** | **510 Rainier South Seattle, WA 98144** | **single asset real estate** | **01/28/1999** |
| **Camelot Associates II, LLC** | **26-0258372** | **510 Rainier South Seattle, WA 98144** | **single asset real estate** | **05/30/2007** **05/31/2009** |

| | | | | |
|---|---|---|---|---|
| Canoe Club, LLC | none | 510 Rainier South Seattle, WA 98144 | single asset real estate | 01/17/2001 05/01/2008 |
| Canyon Realty Center, LLC | 91-2147571 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 05/10/2001 05/31/2004 |
| Dealership Development Services LLC | none | 510 Rainier South Seattle, WA 98144 | real estate | 10/08/2002 |
| Dearborn 12, LLC | 37-1544944 | 510 Rainier South Seattle, WA 98144 | never used | 05/31/2007 05/31/2009 |
| Des Moines 15, LLC | 38-3759157 | 510 Rainier South Seattle, WA 98144 | never used | 05/31/2007 05/31/2009 |
| Duvall Project, LLC | none | 510 Rainier South Seattle, WA 98144 | single asset real estate | 01/17/2001 |
| East Apartments, LLC | none | 510 Rainier South Seattle, WA 98144 | single asset real estate | |
| Epic Associates, LLC | 37-1523759 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 03/29/2006 |
| Erins Court LLC | 52-2343620 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 09/26/2001 09/30/2003 |
| FRB, Inc. | 88-0354380 | 564 Wedge Lane Fernley, NV 89408 | | 02/11/1994 |
| Grand Firs Homeowners | 20-5133636 | 510 Rainier South Seattle, WA 98144 | HOA | 06/20/2006 |
| Grand Firs, LLC | 91-2039370 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 06/30/1998 |
| Guinevere, LLC | none | 510 Rainier South Seattle, WA 98144 | single asset real estate | 01/25/2001 |
| Hansens Estates LLC | 91-2099329 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 01/26/2001 01/31/2006 |
| Harbor 51, LLC | none | 510 Rainier South Seattle, WA 98144 | single asset real estate | 08/15/2003 08/31/2008 |
| Harbor Court, LLC | none | 510 Rainier South Seattle, WA 98144 | single asset real estate | 06/10/1999 06/30/2008 |
| Harbor Vista 347, LLC | 61-1531683 | 510 Rainier South Seattle, WA 98144 | never used | 05/31/2007 05/31/2009 |
| Hawks Prairie II, LLC | none | 510 Rainier South Seattle, WA 98144 | single asset real estate | 10/05/2001 10/31/2008 |
| Highway 2 Property Mangement, LLC | 90-0081488 | 510 Rainier South Seattle, WA 98144 | real estate | 09/12/2002 |
| John Meadows 50, LLC | 27-0445114 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 06/26/2009 |
| K and M Aviation, LLC | 20-3972052 | 2050 NE 25th Ave. Hillsboro, OR 97124 | aircraft | 12/31/2005 |
| Kenmore, LLC | 74-3102498 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 08/15/2003 |
| Leilani 301, LLC | 30-0424233 | 510 Rainier South Seattle, WA 98144 | never used | 05/31/2007 05/31/2009 |

| | | | | |
|---|---|---|---|---|
| Linden Square 148, LLC | 32-0205905 | 510 Rainier South Seattle, WA 98144 | never used | 05/31/2007 05/31/2009 |
| M&R Partnership | | | | |
| Mastro Willows 2, LLC | 27-0294510 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 04/19/2004 |
| Nautica Partners, LLC | 91-2121180 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 03/22/1999 03/31/2009 |
| North Creek Finance, LLC | 26-0439468 | 510 Rainier South Seattle, WA 98145 | finance | 05/07/2007 05/31/2009 |
| North Tapps, LLC | 75-3144999 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 04/24/2002 04/30/2008 |
| Onyx Associates, LLC | 35-2271408 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 03/29/2006 |
| P&M Monroe, LLC | | | | |
| P&M Spokane Properties, LLC | | | | |
| Park on Maine, LLC | | 510 Rainier South Seattle, WA 98144 | single asset real estate | |
| Park Place M M LLC | 20-5754053 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 10/20/2006 |
| Ridgeview 33 Associates, LLC | 20-2747320 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 04/28/2005 |
| Riverside Townhomes, LLC | none | 510 Rainier South Seattle, WA 98144 | single asset real estate | 01/16/2001 01/31/2008 |
| Sapphire Associates NW LLC | 20-8993224 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 01/18/2007 |
| Sapphire Homeowners | 26-0619500 | 11211 Slater Ave. NE #200 Kirkland, WA 98033 | HOA | 04/10/2007 |
| Seaboard, Inc. | 91-1624086 | 510 Rainier South Seattle, WA 98144 | | 11/19/1993 |
| Shoreline 88, LLC | 20-2712155 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 04/19/2005 |
| Sifton/Orchards LLC | none | 510 Rainier South Seattle, WA 98144 | single asset real estate | 08/29/2005 |
| Soundview 90, LLC | 35-2299941 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 04/17/2007 |
| Spanaway 19, LLC | 20-2747278 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 04/28/2005 |
| Sunrise Manor, LLC | 20-8834216 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 12/28/2006 12/31/2007 |
| Tangletown, LLC | 91-1933756 | 510 Rainier South Seattle, WA 98144 | real estate | 06/10/1999 |
| The Terraces at North 85th LLC | 20-3961224 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 12/16/2005 |

| | | | | |
|---|---|---|---|---|
| Totem Lake Mixed, LLC | 36-4610228 | 510 Rainier South Seattle, WA 98144 | never used | 05/31/2007 05/31/2009 |
| Tower Mall, LLC | | | | |
| Wall Partners, LLC | 32-0220571 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 10/30/2007 10/31/2008 |
| Wallingford 45, LLC | 37-1544945 | 510 Rainier South Seattle, WA 98144 | never used | 05/31/2007 05/31/2008 |
| Waterview Associates, LLC | 20-5278615 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 07/27/2006 |
| Westwater Associates, LLC | 26-1157146 | 510 Rainier South Seattle, WA 98144 | single asset real estate | 09/18/2007 |
| Wilburton View, LLC | | | | |
| Yakima Towne Center LLC | none | 510 Rainier South Seattle, WA 98144 | never used | 02/02/2006 02/28/2009 |

None ☑    b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                 ADDRESS

## 19. Books, records and financial statements

None ❑    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS            DATES SERVICES RENDERED

Thomas W. Kenyon            3/1999 to present
1743A 13th Ave. S.
Seattle, WA 98144

None ❑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME           ADDRESS           DATES SERVICES RENDERED

Thomas W. Kenyon            3/1999 to present
1743A 13th Ave. S.
Seattle, WA 98144

None ❑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                        ADDRESS

Thomas W. Kenyon                  1743A 13th Ave. S.
                                       Seattle, WA 98144

None ☐
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                    DATE ISSUED

**financial statements were distributed to every lender, every prospective lender and to some others.  At least 100 copies per year were distributed**

## 20.  Inventories

None ☑
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ☑
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                                             NAME AND ADDRESSES OF CUSTODIAN
DATE OF INVENTORY                            OF INVENTORY RECORDS

## 21.  Current Partners, Officers, Directors and Shareholders

None ☑
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ☑
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                         NATURE AND PERCENTAGE
NAME AND ADDRESS            TITLE                        OF STOCK OWNERSHIP

## 22.  Former partners, officers, directors and shareholders

None ☑
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                       ADDRESS                      DATE OF WITHDRAWAL

None ☑
b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE                        DATE OF TERMINATION

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None ☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **9/8/2009**

Signature of Debtor  **s/ Michael R. Mastro**
**Michael R. Mastro**

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

In re _____ **Michael R. Mastro** _____,　Case No. **09-16841** _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**2-entry** | **Describe Property Securing Debt:**<br>**All financed property will be surrendered** |

Property will be *(check one)*:
☑ Surrendered　　　☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt　　　☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES　　　☐ NO |

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **9/8/2009** _____

　　　　　　　　　　　　**s/ Michael R. Mastro** _____
　　　　　　　　　　　　**Michael R. Mastro**
　　　　　　　　　　　　Signature of Debtor

# STATEMENT OF SOCIAL-SECURITY NUMBER OR
# INDIVIDUAL TAXPAYER-IDENTIFICATION NUMBER (ITIN)

## UNITED STATES BANKRUPTCY COURT
## Western District of Washington

In re **Michael R. Mastro**, Debtor _____ )   Case No. **09-16841** _____

                                                            )   Chapter   **7** _____

Address: _____                       )

                                                            )

_____                             )

Last four digits of Social-Security or Individual Taxpayer-    )
Identification (ITIN) No(s).,(if any): _____   )
Employer Tax-Identification (EIN) No(s).(if any):              )
_____                               )

                                                            )

## STATEMENT OF SOCIAL-SECURITY NUMBER(S)
## (or other Individual Taxpayer-Identification Number(s) (ITIN(s)))

1. Name of Debtor (Last, First, Middle): **Mastro, Michael, R.** _____

*(Check the appropriate box and, if applicable, provide the required information.)*

☑ Debtor has a Social-Security Number and it is: __**xxx**__ - __**xx**__ - __**2256**__

   *(If more than one, state all.)*

❑ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification
   Number (ITIN), and it is: _____.

   *(if more than one, state all. )*

❑ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification
   Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle): _____

*(Check the appropriate box and, if applicable, provide the required information.)*

❑ Joint Debtor has a Social-Security Number and it is: _____ - _____ - _____

   *(If more than one, state all.)*

❑ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification
   Number (ITIN), and it is:_____.

   *(if more than one, state all. )*

❑ Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification
   Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X **s/ Michael R. Mastro** _____        **9/8/2009** _____

**Michael R. Mastro**
Signature of Debtor                                        Date

*Joint debtors must provide information for both spouses.*
Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§
152 and 3571.

Case 09-16841-SJS    Doc 190    Filed 09/09/09    Entered 09/09/09 10:47:29    Page 294 of 303

In re **Michael R. Mastro**
_____
Debtor(s)

Case Number: **09-16841**
_____
(If known)

According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises**

☐ **The presumption does not arise**

☐ **The presumption is temporarily inapplicable.**

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>       a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>           ☐ I remain on active duty /or/<br>           ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br>           OR<br>       b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>           ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION |
|---|---|
| | |

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. | | |
|---|---|---|---|

**Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.

a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 3-11.**

b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**

c. ☐ Married, not filing jointly, without the declaration of separate households set out in line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**

d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** <br><br> a. Gross Receipts $ <br> b. Ordinary and necessary business expenses $ <br> c. Business income — Subtract Line b from Line a | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. **Do not enter a number less than zero. Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** <br><br> a. Gross Receipts $ <br> b. Ordinary and necessary operating expenses $ <br> c. Rent and other real property income — Subtract Line b from Line a | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ — Spouse $ | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <br><br> a. _____ $ | | |

| | | | |
|---|---|---|---|
| | Total and enter on Line 10. | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 thru 10 in Column B. Enter the total(s). | $ | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | |

## Part III.  APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: _____  b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>❑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>❑ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15).**

## Part IV.  CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br> a. _____  $_____<br><br>Total and enter on Line 17 . | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items**. Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| **Household members under 65 years of age** | | **Household members 65 years of age or older** | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

$

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by home, if any, as stated in Line 42. | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

$

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.  ☐ 0  ☐ 1  ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.**<br><br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42.</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a</td></tr></table> | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.**<br><br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a</td></tr></table> | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes. social security taxes. and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service— such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| **Subpart B: Additional Living Expense Deductions** |
|---|
| **Note: Do not include any expenses that you have listed in Lines 19-32** |

| | | |
|---|---|---|
| | | |

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|

|  | a. | Health Insurance | $ |
|--|----|------------------|---|
|  | b. | Disability Insurance | $ |
|  | c. | Health Savings Account | $ |

Total and enter on Line 34

**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:
$ _____

$ (right column)

| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
|---|---|---|
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs**. Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ |

| **Subpart C: Deductions for Debt Payment** | | |
|---|---|---|

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|---|---|---|

|  | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|--|------------------|---------------------------|-------------------------|------------------------------------------|
| a. |  |  | $ | ☐ yes ☐ no |

Total: Add Lines a, b and c                    $

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | | |
|---|---|---|---|---|
| | | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
| | | | Total: Add Lines a, b and c | $ |

| 44 | **Payments on prepetition priority claims**. Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | | |
|---|---|---|---|---|
| | a. | Projected average monthly Chapter 13 plan payment. | $ | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| **Subpart D: Total Deductions from Income** | | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

| **Part VI.  DETERMINATION OF § 707(b)(2) PRESUMPTION** | | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| Part VII. ADDITIONAL EXPENSE CLAIMS |
|---|

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| | Total: Add Lines a, b, and c | $ |

| Part VIII: VERIFICATION |
|---|

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* <br> Date: __9/8/2009__　　　　　　Signature: **s/ Michael R. Mastro** <br> **Michael R. Mastro,** (Debtor) |
|---|---|

B 203
(12/94)

**UNITED STATES BANKRUPTCY COURT**
**Western District of Washington**

In re:    **Michael R. Mastro**      Case No.   **09-16841**

Chapter   **7**

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 46,728.58 |
| Prior to the filing of this statement I have received | $ | 46,728.58 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

☑ Debtor      ☑ Other (specify)    **Above includes a $30,000 retainer received 8/5/09, with undrawn balance of $14,723.23, which is anticipated to be fully drawn based on unbilled/future services. Additional amounts have been paid for discrete suits and non-bankruptcy matters.**

3. The source of compensation to be paid to me is:

☑ Debtor      ☑ Other (specify)    **Retainer balance of $14,723.23 and post-petition earnings as necessary**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

c) [Other provisions as needed]

**Retainer for direct bankruptcy services (including defense of involuntary petition); future agreed services for adversary proceedings or other matters to be paid from post-petition earnings as necessary**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

**Compilation or initial preparation of schedules and SFA, adversary proceedings unless further agreed**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **9/8/2009**

**Thomas N. Bucknell, Bar No. 1587**

**Bucknell Stehlik Sato & Stubner, LLP**
Attorney for Debtor(s)

---