| MICHAEL R. MASTRO | | | | CASE NO. 09-16841-SJS | | |
|---|---|---|---|---|---|---|
| SCHEDULE A -- REAL PROPERTY | | | | | | |
| PROPERTY NAME | DESCRIPTION OF PROPERTY | LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST, WITHOUT DEDUCTIONS | AMOUNT OF SECURED CLAIM (1) | LENDERS |
| 95 Riverside | 50K SF Commercial building | 15436 NE 95th, Redmond 98052 | FEE | 7,000,000 | 5,522,400 | Frontier Bank |
| Meridian | 9 (?) residential condo units | 360 Knechtel Wy NE, Bainbridge Is. | FEE | 2,400,000 | 3,277,836 | Frontier Bank |
| Park 120 | 88K SF in 4 commercial buildings | 606 - 636 120th Ave NE, Bellevue | FEE | 15,000,000 | 15,621,454 | China Trust Bank (12,950,000) and Frontier |
| Provail Building | 42K SF commercial bldg | 3670 Stone Way N., Seattle 98103 | FEE | 12,980,000 | 11,095,787 | China Trust Bank (9,293,770)-FF(860,000) and Washington Trust (1,312,017) |
| Silverdale | | Silverdale | FEE | 150,000 | | |
| South Seattle | unbuildable lot | Seattle | FEE | 10,000 | | |
| Valley View | 59K commercial building | 13905 NE 128th St., Kirkland 98034 | FEE | 7,000,000 | 9,288,570 | HomeStreet(7,760,198)+HomeStreet(1,600,000) |
| 600 Elliott | 36,271 SF land for office building | 600 Elliott Ave W, Seattle | FEE | 3,500,000 | 2,931,500 | Central Pac Bk(2,931,500) |
| Alderwood Cadillac | 215K SF underdeveloped retail/comme | NW corner 196th/40th, Lynnwood | FEE | 5,375,000 | 6,341,561 | Horizon Bank |
| Clark vacant land | lot 9 Monte Villa Parkway | Lot 9, Quadrant Monte Villa Center, Bo | FEE | 700,000 | 600,000 | Coastal Comm Bk(600,000) |
| Cook Mill Creek | residence, garage; zoned commercial | 16901 9th Ave SE, Mill Creek | FEE | 600,000 | 400,000 | Coastal Comm Bk(400,000) |
| Dearborn ministorage/ap | underdeveloped commercial | 1200 Dearborn, Seattle | FEE | 3,000,000 | 4,004,000 | Columbia State Bank |
| Hawks Prairie | unimproved commercial land | 3301 Hogum Bay Rd., Lacey | FEE | 5,600,000 | 5,200,000 | Venture Bank |
| Highway 2 | residence; unimproved commercial land | 15025 State Route 2, Snohomish, WA | FEE | 100,000 | - | |
| Hoover Hills | unimproved land | Section 15, Township 27N, Range 20W | FEE | 600,000 | | |
| Lake Union - Quadrant | 110,000 SF office building | 737 N. 34th St. Seattle, WA 98103 | FEE | 20,000,000 | 27,220,868 | Bank of America |
| LMD Motel | improved commercial lots | SWC of west main street and SR-522, | FEE | 2,500,000 | 2,500,000 | First Sound Bank (LMD motel) loan# 1 00 00 156 |
| Micon Plaza | unimproved commercial land | Blueberry Lane, Monroe, WA 98272. | FEE | 2,000,000 | 1,350,000 | Viking Bank(Simply living) |
| Sammamish Ridge | 90,000 SF office bldgs + improved con | 12950 Willow Road NE, Kirkland, WA | FEE | 10,000,000 | 19,655,984 | Frontier Bank |
| Sumner Ind. Park Div III | improved commercial lots | 400 feet north of 1700 45th St East (RE | FEE | 2,000,000 | 2,056,979 | Viking Bank (Sumner) |
| Taranto | golf course, vacant restaurant and res. | 22106 & 22110 Old Owen Rd, Monroe | FEE | 300,000 | 361,279 | Foundation Bk / Loan#170001162 |
| Avalon | multi-family under construction | 3295 SW Avalon Way, Seattle, WA | FEE | 2,000,000 | 5,756,351 | Northern Trust Bank |
| Aqua Bella | land for multi-family | 3257-3303 Harbor Ave SW, Seattle, W | FEE | 2,000,000 | 2,340,000 | Central Pac Bk(2,340,000) |
| Des Moines | land for multi-family | Kent-Des Monies Rd & 18th Ave S, De | FEE | 150,000 | 340,600 | First Mutual Bank(Bundle) |
| Linden | land for multi-family | 13524 Linden Avenue North, Seattle, V | FEE | 2,000,000 | 3,347,000 | Central Pac Bk(3,347,000) |
| Sunrise Manor | land for multi-family | 21402 103rd Street Court East, Bonney | FEE | 3,500,000 | 5,506,250 | Bank of America |
| Tukwila Station | land for multi-family | South of I-405 between the Union Paci | FEE | 4,000,000 | 4,972,500 | Horizon Bank |
| Totem Lake | land for multi-family | 11515 124th Ave NE, Kirkland, WA | FEE | 2,000,000 | 3,038,201 | Washington Trust(2,338,201) +Coastal Comm Bk(700,000) |
| Harbor Vista | land for multi-family | 504 Terry Ave & 1016 Jefferson St, Se | FEE | 5,000,000 | 7,632,039 | Sterling Saving Bank loan# 7001 and 6001 |

| MICHAEL R. MASTRO | | | | CASE NO. 09-16841-SJS | | | |
|---|---|---|---|---|---|---|---|
| SCHEDULE A -- REAL PROPERTY | | | | | | | |
| PROPERTY NAME | DESCRIPTION OF PROPERTY | LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST, WITHOUT DEDUCTIONS | AMOUNT OF SECURED CLAIM (1) | LENDERS | |
| Barcelona | land for multi-family | 22837 Pacific Highway South, Des Mo | FEE | 2,000,000 | 4,501,000 | Central Pac Bk(4,501,000) | |
| Park Slope | land for multi-family | Ptn. Lots 15-18, Block 3, Albert Balch' | FEE | 250,000 | - | | |
| Brianna Meadows | residential lots | 5440 Atchinson Dr. SE, Lacey, WA | FEE | 1,500,000 | 1,340,000 | Washington Business Bank | |
| Cherry Meadows | residential lots | Between Cullens Rd & Killion Rd at 9 | FEE | 5,000,000 | 8,699,469 | Central Pacific Bank | |
| Lane Farm | residential lots | 14909 Old Snohomish-Monroe Rd, Sn | FEE | 3,500,000 | 2,237,575 | Horizon Bank #2903(2,237,575) | |
| Eagle Point | residential lots | West of 51st Ave NE; North of 144th S | FEE | 5,000,000 | 13,033,125 | Cascade Bank | |
| Emerald Ridge | residential lots | NW Corner 176th St. E & 122nd Ave E | | 15,000,000 | 30,616,970 | Pacific Cont Bank(30,116,970)+ Pacific | |
| | | | FEE | | | Contl Bank(500,000) | |
| Devonshire | residential lots | 1500 Block of Division St., Olympia | FEE | 200,000 | - | | |
| Palm Springs | residential lots | Palm Springs, CA Parcel ID# 011-010/ | FEE | 220,000 | 412,500 | Foundation Bk / Loan#170001162 | |
| Kitsap homes | finished homes | Lot B, Miller Road N.E., Bainbrige Isl | FEE | 600,000 | 1,211,250 | Foundation Bk / Loan#170001162 | |
| Palm Springs house | finished home | 596 W. Sunview Ave; Palm Springs | FEE | 100,000 | 187,500 | Foundation Bk / Loan#170001162 | |
| University Ave. | small commercial property | 4744 University Way NE, Seattle, WA | Note (2) | | | | |
| | | | | 154,835,000 | 212,600,548 | | |
| | | | | | | | |
| (1) All plus accrued interest and late charges if any. | | | | | | | |
| (2) Mastro may have rights in a parcel of property tendered as partial earnest money toward an uncompleted purchase of Park 120 Buildings C and D, estimated value of property is $300,000 | | | | | | | |
| | | | | | | | |
| Copper Hill Condominiu | 5,000 SF commercial condo space | 15424 Main St. NE, Duvall 98019 | LLC | 882,900 | 685,139 | Regal Bank- Copper Hill | |
| Moore | assisted living facility | 22615 - 100th Ave. SE, Kent 182205-9 | LLC | 2,190,000 | 1,840,000 | WFIB | |
| Moore | lot 3, zoned RA-2.5-P, Woodinville | 102605-9170-08 | LLC | | | | |
| Moore | assisted living facility | 9322 S 222nd, Kent 880240-0609-00 | LLC | | | | |
| Westwater | ____ residential condo units LIST UNI | 6960-6970 California Ave SE, Seattle | LLC | 8,990,000 | 7,021,214 | Golf Saving Bank | |
| Blue Mountain Mall | regional mall under redevelopment | 1631 W. Rose Street, Walla Walla, Wa | LLC | 10,500,000 | 10,500,000 | Equity Funding LLC | |
| Copper Hill phase 6 | 18K SF of improved land | 15424 Main St. NE, Duvall 98019 | LLC | 200,000 | 233,000 | Regal Bank- Copper Hill | |
| Canoe Club Open Space | 1.6 ac. Commercial land | Monroe | LLC | 200,000 | - | | |
| Dealership Development | improved lots | 19220 Highway -2, Monroe, WA & 33 | LLC | 1,500,000 | 1,327,960 | Frontier Bank(3 DD loans) | |
| Gibson Road | underdeveloped commercial | 2328, 2400 and 2402 Gibson Road, nea | LLC | 1,400,000 | 1,428,750 | Venture Bank (Gibson Rd/Lincoln) | |
| Sifton | shadow-anchored mall under developm | NE 4th Plain Rd at NE 143rd Ave, Van | | 10,000,000 | 10,195,179 | Dexia(467,605)+Zion | |
| | | | LLC | | | Bank(5,892,574)+Commerce Bk(3,835,000) | |
| Kenmore/Northshore | multi-family in lease-up | NWC of NE 185th St. & 71st Ave NE, | LLC | 12,000,000 | 16,898,150 | HomeStreet Bank | |

| PROPERTY NAME | DESCRIPTION OF PROPERTY | LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST, WITHOUT DEDUCTIONS | AMOUNT OF SECURED CLAIM (1) | LENDERS |
|---|---|---|---|---|---|---|
| MICHAEL R. MASTRO | | | | CASE NO. 09-16841-SJS | | |
| SCHEDULE A -- REAL PROPERTY | | | | | | |
| Meydenbauer | multi-family under construction | 211 112th Ave NE, Bellevue, WA 9800 | LLC | 3,000,000 | 4,725,000 | Puget Sound Bank 2 loans |
| Park Place | multi-family under construction | 7805 170th Place NE, Redmond, WA 9 | LLC | 9,000,000 | 10,680,698 | HomeStreet Bank |
| Sound View | multi-family under construction | 21428 International Blvd. S, Seatac, W | LLC | 7,000,000 | 7,685,796 | Pacific Contl Bank |
| Thomas | land for multi-family | 304 E. Thomas Street, Seattle, WA 981 | LLC | 1,500,000 | 1,406,250 | Plaza Bank |
| Grand Firs III | residential lots | Graham | LLC | 14,000,000 | 17,300,000 | Washington Trust Bank |
| Johns Meadows | residential lots | 16440 Middle Road SE, Yelm, WA | LLC | 2,000,000 | 3,027,224 | Washington Trust (2,811,464) |
| Ridgeview Estates | residential lots | SWC of 192nd Street E. and 22nd Ave | LLC | 10,000,000 | 14,716,041 | Washington Federal Saving Bank |
| Bonney Lake I | residential lots | 23500 Buckley Tapps Highway E, Bon | LLC | 9,000,000 | 13,950,000 | China Trust Bank / Loan# 3163 500 000 |
| Graham/Spanaway | residential lots | 624 168th Street East, Spanaway, WA | LLC | 1,100,000 | 1,100,000 | American Marine Bank |
| Bonney Lake II | residential lots | 23500 Buckley Tapps Highway E, Bon | LLC | 4,000,000 | 6,000,000 | Bay Bank |
| Beacon 3 Lot | residential lots | 3 lots on BLOCK 8 KINNEARS JOS ( | LLC | 240,000 | 393,000 | First Mutual Bank(Bundle) |
| Cascade Lots | multi-family near ready for lease-up | 11341 SE 168th St., Renton, WA 9805 | Mastandrea | 1,000,000 | 3,383,900 | First Mutual Bank(Bundle) |
| Noble/Bennett | finished homes | 8805,8809,8811 NE 163rd St & 16208 | Mastandrea | 1,800,000 | 1,338,498 | First Mutual Bank(Bundle) |
| Shasta | residential lots | 2520-2528 122nd Ave E. Edgewood, W | Mastandrea | 400,000 | 1,750,900 | First Mutual Bank(Bundle) |
| Scenic Hills | residential lots | Lots 26,27 and 28 and lots1,2 and 3 kn | Mastandrea | 300,000 | 414,500 | Central Pac Bk(414,500) |
| Vineyards | residential lots | NE corner of military road South/South | Mastandrea | 1,000,000 | 1,768,400 | First Mutual Bank(Bundle) |
| Issaquah 2 | residential lots | 600 Block of SW Wildwood Blvd. Issa | Mastandrea | 1,300,000 | 894,400 | Charter Bank / Loan# 100 025 788 |
| Renton 13 | residential lots | 3705 NE Sunset Blvd, Renton, WA | Mastandrea | 1,000,000 | 935,250 | Central Pac Bk(935,250) |
| Town Plaza | commercial land | Vancouver, WA | Prium LLC | 1,000,000 | | |