MICHAEL R. MASTRO - No. 09-16841
SFA 3.b. - CASH DISBURSMENTS APRIL 11 - JULY 10, 2009

| check | Total | | | | | | |
|---|---|---|---|---|---|---|---|
| 16452 | 12,048.75 | ROBERT KNOWLES | P. O. BOX 31512 | | SEATTLE | WA | 98103 |
| 16453 | 12,048.75 | ROBERT KNOWLES | see above | | | | |
| 16454 | 12,048.75 | ROBERT KNOWLES | see above | | | | |
| 16561 | 6,562.50 | MARY BARBER | 2312 18TH AVENUE SOUTH | | SEATTLE | WA | 98144 |
| 16564 | 6,562.50 | MARY BARBER | see above | | | | |
| 19146 | 20,000.00 | ELIZABETH J. KO | 4545 SAND POINT WAY N. E. | #508 | SEATTLE | WA | 98105 |
| 19156 | 6,330.26 | PUGET SOUND ENE | BOT-01H | PO BOX 91269 | BELLEVUE | WA | 98009-9269 |
| 19199 | 14,168.46 | DONNA C. RAWLIN | 13918 252ND PL. S.E. | | ISSAQUAH | WA | 98027 |
| 19200 | 11,057.00 | BOEING EMPLOYEE | P. O. BOX 97050 | SEATTLE | WA | 98124-9750 | |
| 19201 | 10,000.00 | HANG NGUYEN | 4836 CALIFORNIA AVE SW | | SEATTLE | WA | 98116 |
| 19211 | 11,496.68 | JIM SELDEN | 11515 CANYON ROAD EAST | SUITE A | PUYALLUP | WA | 98373 |
| 19222 | 9,250.30 | AFCO | DEPARTMENT LA21315 | | PASADENA | CA | 91185-1315 |
| 19228 | 10,000.00 | CONSTANCE ROBER | 1115 WEST BLAINE ST. | | SEATTLE | WA | 98119 |
| 19234 | 25,000.00 | JOE &/OR NANCY | 3110 W. LAKE SAMM. | PARKWAY S.E. #10 | BELLEVUE | WA | 98008 |
| 19246 | 7,000.00 | JEANETTE MALLAR | 3227 96TH AVE NE | | BELLEVUE | WA | 98004 |
| 19248 | 10,000.00 | EDWARD R. WOLFE | 1660 BROADMOOR DRIVE EAS | | SEATTLE | WA | 98112 |
| 19251 | 10,000.00 | PATRICK K. CHEN | 4661-138TH AVE. S.E. | | BELLEVUE | WA | 98006 |
| 19252 | 25,000.00 | CHARLES J. ARNO | 12118 S. E. 14TH ST | | BELLEVUE | WA | 98005 |
| 19254 | 10,000.00 | ALBERT SHEMARYA | 5855 N.E. PARKPOINT DRIVE | | SEATTLE | WA | 98115-7852 |
| 19256 | 40,093.97 | NORTHERN TRUST | 75 REMITTANCE DR. | SUITE 1830 | CHICAGO | IL | 60675-1830 |
| 19269 | 12,873.22 | REGAL FINANCIAL | P. O. BOX 21485 | | SEATTLE | WA | 98111-3485 |
| 19290 | 7,266.52 | KING COUNTY TRE | 500 4TH AVE. | RM 600 | SEATTLE | WA | 98104-2387 |
| 19292 | 12,895.05 | ALLIED BUILDING | 14390 NE 200TH STREET | | WOODINVILLE | WA | 98072 |
| 19301 | 34,886.80 | CITY OF YELM | PO BOX 479 | YELM | WA | 98597-0479 | |
| 19308 | 20,000.00 | RICK MOE | P. O. BOX 353 | | HOBART | WA | 98025 |
| 19322 | 10,000.00 | GLORIA PLISCHKE | 5617 BEACH DR. S. W. | | SEATTLE | WA | 98136 |
| 19323 | 7,000.00 | GLORIA PLISCHKE | 5617 BEACH DR. S. W. | | SEATTLE | WA | 98136 |
| 19329 | 43,320.08 | RIVERSIDE INVES | RAINER PACIFIC MGMT. CO. | P. O. BOX 18437 | SEATTLE | WA | 98118 |
| 19330 | 88,671.15 | MVP CENTRE CORP | 8448 N. MERCER WAY | | MERCER ISLAN | WA | 98040 |
| 19331 | 89,963.08 | WILLOWS RUN INV | P. O. BOX 3003 | | SEATTLE | WA | 98114 |
| 19332 | 73,000.00 | RAINIER PACIFI | P. O. BOX 18437 | | SEATTLE | WA | 98118 |
| 19333 | 116,454.17 | WEST VALLEY BUS | P. O. BOX 18437 | | SEATTLE | WA | 98118 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 19334 | 70,907.00 | MAGNOLIA COMPLE | P. O. BOX 18437 | | SEATTLE | WA | 98118 |
| 19335 | 72,639.03 | HENRY CHEN | 4661 - 138TH AVE. S.E. | | BELLEVUE | WA | 98006 |
| 19336 | 62,203.00 | HENRY CHEN | see above | | | | |
| 19339 | 47,702.20 | STAVROS/SA MONT | (to be located) | | | | |
| 19342 | 7,563.34 | EDITH BANCHERO | 7812 RAINIER AVE. SO. | | SEATTLE | WA | 98118 |
| 19351 | 16,710.00 | JOSEPH T. & /OR | 11399 E. DESERT VISTA RD. | | SCOTTSDALE | AZ | 85255 |
| 19360 | 7,000.00 | LEW DELAURENTI | 6424 LAKE WASH. BLVD N.E. | #13 | KIRKLAND | WA | 98033 |
| 19366 | 9,876.13 | HENDRIK DORSSER | 17446 N. E. 40TH PLACE | | REDMOND | WA | 98052 |
| 19367 | 22,500.00 | PAULINE ANDERSO | 101 - 99TH N.E.. | #301 | BELLEVUE | WA | 98004 |
| 19405 | 37,500.00 | HARRY PRYDE | 50 -116TH AVE. S.E. | SUITE 200 | BELLEVUE | WA | 98004 |
| 19406 | 33,000.00 | MARC H. PRYDE | 50 -116TH AVE. S.E. | SUITE 200 | BELLEVUE | WA | 98004 |
| 19408 | 12,399.04 | JOE &/OR NANCY | see above | | | | |
| 19411 | 5,667.03 | NICK SANTORA | 8051 - 19TH AVE. N. E. | | SEATTLE | WA | 98115 |
| 19431 | 25,000.00 | CHARLES J. ARNO | see above | | | | |
| 19433 | 10,617.09 | TIFFANY BATH | (to be located) | | | | |
| 19434 | 35,000.00 | TIFFANY BATH | see above | | | | |
| 19435 | 35,000.00 | TIFFANY BATH | see above | | | | |
| 19436 | 15,180.20 | COMMERCE BANK | 601 UNION STREET | SUITE 3600 | SEATTLE | WA | 98101 |
| 19437 | 28,075.51 | COMMERCE BANK | see above | | | | |
| 19438 | 43,125.68 | HOME STREET BAN | 2000 TWO UNION SQUARE | 601 UNION STREE | SEATTLE | WA | 98101-2326 |
| 19439 | 54,300.00 | STATE FARM LIFE | ATTEN. DEPT. 950 | P. O. B0X 3829 | PORTLAND | OR | 97208-3829 |
| 19440 | 39,419.29 | NORTHERN TRUST | see above | | | | |
| 19442 | 6,000.00 | MICHAEL K MASTR | 510 RAINIER AVE. SOUTH | | SEATTLE | WA | 98144 |
| 19443 | 8,000.00 | MICHAEL K MASTR | see above | | | | |
| 19444 | 8,000.00 | MICHAEL K MASTR | see above | | | | |
| 19449 | 12,313.00 | AETNA INC. | P. O. BOX 894938 | | LOS ANGELES | CA | 90189-4938 |
| 19468 | 10,000.00 | ALBERT SHEMARYA | see above | | | | |
| 19470 | 15,000.00 | JOHN MASTANDREA | 138 - 5TH AVE. S.E. | | PACIFIC | WA | 98047 |
| 19478 | 100,000.00 | BENJAMIN LEE | (to be located) | | | | |
| 19512 | 10,577.45 | AMERICAN EXPRES | (to be located) | | | | |
| 19513 | 19,325.94 | AMERICAN EXPRES | see above | | | | |
| 19515 | 21,900.00 | AMERICAN EXPRES | see above | | | | |
| 19516 | 23,859.36 | AMERICAN EXPRES | see above | | | | |
| 19526 | 5,814.40 | AMERICAN EXPRES | see above | | | | |
| 19530 | 5,699.10 | AMERICAN EXPRES | see above | | | | |
| 19546 | 6,886.49 | AMERICAN EXPRES | see above | | | | |
| 19549 | 6,912.71 | AMERICAN EXPRES | see above | | | | |
| 19554 | 7,500.00 | CARLENE PRINS | (to be located) | | | | |

| # | Amount | Name | Address | Suite/Line2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 19633 | 8,130.00 | PLUS PROPERTY | 11224 SE 253RD PL | | KENT | WA | 98030-5600 |
| 19639 | 9,319.81 | PLUS PROPERTY | see above | | | | |
| 19641 | 18,435.00 | MARSH USA INC. | P.O.BOX 3871 | | SEATTLE | WA | 98124-3871 |
| 19654 | 500,000.00 | FOUSHEE & ASSOC | P.O. BOX 3767 | | BELLEVUE | WA | 98009 |
| 19721 | 6,000.00 | GLORIA PLISCHKE | see above | | | | |
| 19727 | 13,358.84 | PAT LEITH | PO BOX 85 | | HOBART | WA | 98025 |
| 19732 | 70,000.00 | FOUSHEE & ASSOC | see above | | | | |
| 19734 | 83,000.00 | CAPITAL FUNDING | (to be located) | | | | |
| 19753 | 10,000.00 | RICK MOE | see above | | | | |
| 19777 | 7,563.34 | EDITH BANCHERO | see above | | | | |
| 19778 | 8,938.15 | RALPH BANCHERO | PO BOX 80187 | | SEATTLE | WA | 98108 |
| 19787 | 16,710.00 | JOSEPH T. & /OR | see above | | | | |
| 19796 | 7,000.00 | LEW DELAURENTI | see above | | | | |
| 19802 | 9,876.13 | HENDRIK DORSSER | see above | | | | |
| 19803 | 22,500.00 | PAULINE ANDERSO | see above | | | | |
| 19849 | 37,500.00 | HARRY PRYDE | see above | | | | |
| 19850 | 33,000.00 | MARC H. PRYDE | see above | | | | |
| 19852 | 12,446.25 | JOE &/OR NANCY | see above | | | | |
| 19855 | 5,665.58 | NICK SANTORA | see above | | | | |
| 19875 | 40,902.50 | GVA KIDDER MATH | 12886 INTERURBAN AVE S | | SEATTLE | WA | 98168 |
| 19877 | 5,879.05 | KEY BANK | (to be located) | | | | |
| 19886 | 27,019.09 | TIFFANY BATH | see above | | | | |
| 19889 | 13,181.00 | AETNA INC. | see above | | | | |
| 19898 | 62,203.00 | HENRY CHEN | see above | | | | |
| 19899 | 72,639.03 | HENRY CHEN | see above | | | | |
| 19900 | 29,683.27 | NORTHERN TRUST | see above | | | | |
| 19905 | 44,553.67 | HOME STREET BAN | see above | | | | |
| 19906 | 15,686.21 | COMMERCE BANK | see above | | | | |
| 19907 | 29,614.96 | COMMERCE BANK | see above | | | | |
| 19940 | 5,590.04 | AMERICAN EXPRES | see above | | | | |
| 19963 | 54,300.00 | STATE FARM LIFE | see above | | | | |
| 19973 | 15,033.30 | BUCHNELL STEHLI | 2003 WESTERN AVENUE | #400 | SEATTLE | WA | 98121 |
| 19988 | 10,463.03 | HENRY CHEN | see above | | | | |
| 19999 | 9,856.32 | PLUS PROPERTY | see above | | | | |
| 20009 | 6,000.00 | GLORIA PLISCHKE | see above | | | | |
| 20022 | 43,285.00 | TERRY DURST | 4190 E PALM CANYON DR | | PALM SPRIN | CA | 92264 |
| 20032 | 5,707.81 | GAY HARPER | 4123 CALIFORNIA AVE SW | SUITE 201 | SEATTLE | WA | 98116 |
| 20034 | 20,615.00 | FRONTIER BANK | 332 S.W. EVERETT MALL WAY | P.O. BOX 2210 | EVERETT | WA | 98203 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20043 | 55,000.00 | KEITH W. LARSON | 7275 S. VALDAI CIRCLE | AURORA | CO | 80016-2312 |
| 20048 | 8,672.00 | PLUS PROPERTY | see above | | | |
| 20062 | 6,562.50 | MARY BARBER | see above | | | |
| 20088 | 7,563.34 | EDITH BANCHERO | see above | | | |
| 20089 | 8,938.15 | RALPH BANCHERO | see above | | | |
| 20098 | 16,710.00 | JOSEPH T. & /OR | see above | | | |
| 20107 | 7,000.00 | LEW DELAURENTI | see above | | | |
| 20113 | 9,876.13 | HENDRIK DORSSER | see above | | | |
| 20114 | 22,500.00 | PAULINE ANDERSO | see above | | | |
| 20122 | 5,670.79 | GAY HARPER | see above | | | |
| 20160 | 37,500.00 | HARRY PRYDE | see above | | | |
| 20161 | 33,000.00 | MARC H. PRYDE | see above | | | |
| 20163 | 12,446.25 | JOE &/OR NANCY | see above | | | |
| 20166 | 5,585.70 | NICK SANTORA | see above | | | |
| 20184 | 7,786.05 | KEY BANK | see above | | | |
| 20200 | 12,000.00 | EDWARD R. WOLFE | see above | | | |
| 20204 | 10,000.00 | RICK MOE | see above | | | |
| 20217 | 13,181.00 | AETNA INC. | see above | | | |
| 20234 | 25,000.00 | HENRY CHEN | see above | | | |
| 20235 | 10,617.09 | TIFFANY BATH | see above | | | |
| 20237 | 44,553.67 | HOME STREET BAN | see above | | | |
| 20238 | 19,138.52 | NORTHERN TRUST | see above | | | |
| 20239 | 39,673.91 | COMMERCE BANK | see above | | | |
| 20240 | 15,180.21 | COMMERCE BANK | see above | | | |
| 20251 | 20,000.00 | ITALIAN COMMUNI | 2706 30th Ave. So. | SEATTLE | WA | 98144 |
| 20263 | 10,000.00 | BARRY BLOCH | 135 - 10TH AVE. SOUTH | KIRKLAND | WA | 98033 |
| 20278 | 6,000.00 | KEITH LARSON | see above | | | |
| 20207 | 5,383.92 | | | | | |