08/31/2009          Vendor: KEL07                    13:43:37
                    Date Range: 07/11/2008 to 07/10/2009

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | KEL07 BANK OF AMERICA | 87175 | $252-48 | 07/01/2009 | 1500.00 | 20132 |
| FF | KEL07 BANK OF AMERICA | 87175 | $248-47 | 06/01/2009 | 1500.00 | 19521 |
| FF | KEL07 BANK OF AMERICA | 87175 | $245-44 | 05/01/2009 | 1500.00 | 19383 |
| FF | KEL07 BANK OF AMERICA | 87175 | $239-45 | 04/01/2009 | 1500.00 | 18864 |
| FF | KEL07 BANK OF AMERICA | 87175 | $230-46 | 03/01/2009 | 1500.00 | 18171 |
| FF | KEL07 BANK OF AMERICA | 87175 | $221-42 | 02/01/2009 | 1500.00 | 17382 |
| FF | KEL07 BANK OF AMERICA | 87175 | $210-42 | 01/09/2009 | 1500.00 | 17030 |
| FF | KEL07 BANK OF AMERICA | 87175 | $200-42 | 12/01/2008 | 1500.00 | 15785 |
| FF | KEL07 BANK OF AMERICA | 87175 | $196-40 | 11/01/2008 | 1500.00 | 14964 |
| FF | KEL07 BANK OF AMERICA | 87175 | $190-40 | 10/01/2008 | 1500.00 | 13887 |
| FF | KEL07 BANK OF AMERICA | 87175 | $182-40 | 09/01/2008 | 1500.00 | 13017 |
| FF | KEL07 BANK OF AMERICA | 87175 | $174-39 | 08/01/2008 | 1500.00 | 12027 |

SUBTOTAL FOR ACCOUNT   87175                          18000.00

TOTAL FOR COMPANY      FF                             18000.00

Page: 1

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| JM | MAS15 BARBARA MASTRO | 87400 | 8583 | 08/11/2008 | 2100.00 | 12543 |
| | SUBTOTAL FOR ACCOUNT | 87400 | | | 2100.00 | |
| | TOTAL FOR COMPANY | JM | | | 2100.00 | |
| P2 | MAS15 BARBARA MASTRO | 33040 | 6.29.09 | 06/30/2009 | 437.36 | 20082 |
| | SUBTOTAL FOR ACCOUNT | 33040 | | | 437.36 | |
| | TOTAL FOR COMPANY | P2 | | | 437.36 | |

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | CAM01 CEC CAMPBELL | 46000 | 12205 | 07/01/2009 | 2500.00 | 20064 |
| FF | CAM01 CEC CAMPBELL | 46000 | 11479 | 06/01/2009 | 2500.00 | 17022 |
| FF | CAM01 CEC CAMPBELL | 46000 | 11476 | 05/01/2009 | 2500.00 | 17021 |
| FF | CAM01 CEC CAMPBELL | 46000 | 11773 | 04/01/2009 | 2500.00 | 17020 |
| FF | CAM01 CEC CAMPBELL | 46000 | 11470 | 03/01/2009 | 2500.00 | 17019 |
| FF | CAM01 CEC CAMPBELL | 46000 | 11467 | 02/01/2009 | 2500.00 | 17018 |
| FF | CAM01 CEC CAMPBELL | 46000 | 11462 | 01/08/2009 | 2500.00 | 17017 |
| FF | CAM01 CEC CAMPBELL | 46000 | 10676 | 12/01/2008 | 2500.00 | 10671 |
| FF | CAM01 CEC CAMPBELL | 46000 | 10673 | 11/01/2008 | 2500.00 | 10668 |
| FF | CAM01 CEC CAMPBELL | 46000 | 10670 | 10/01/2008 | 2500.00 | 10665 |
| FF | CAM01 CEC CAMPBELL | 46000 | 10667 | 09/01/2008 | 2500.00 | 10662 |
| FF | CAM01 CEC CAMPBELL | 46000 | 10664 | 08/01/2008 | 2500.00 | 10659 |

SUBTOTAL FOR ACCOUNT 46000       30000.00

TOTAL FOR COMPANY    FF       30000.00

Case 09-16841-SJS    Doc 190-4    Filed 09/09/09    Entered 09/09/09 10:47:29    Page 3 of 33

# PAYMENTS BY VENDOR
## ALL PROPERTIES

08/31/2009

Vendor: KOS05

Date Range: 07/11/2008 to 07/10/2009

13:41:51

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | KOS05 CHRIS KOSMOS | 46000 | 11835 | 03/30/2009 | 5000.00 | 18775 |
| FF | KOS05 CHRIS KOSMOS | 46000 | 11831 | 03/24/2009 | 29500.00 | 18702 |
| FF | KOS05 CHRIS KOSMOS | 46000 | 11322 | 11/14/2008 | 38653.93 | 15522 |
| FF | KOS05 CHRIS KOSMOS | 46000 | 11072 | 09/19/2008 | 3239.00 | 13663 |
| FF | KOS05 CHRIS KOSMOS | 46000 | 11056 | 09/05/2008 | 45000.00 | 13242 |
| FF | KOS05 CHRIS KOSMOS | 46000 | 11055 | 09/05/2008 | 1250.00 | 13222 |
| FF | KOS05 CHRIS KOSMOS | 46000 | 10982 | 08/27/2008 | 53000.00 | 12850 |

SUBTOTAL FOR ACCOUNT 46000     178642.93

TOTAL FOR COMPANY     FF     178642.93

Page 1

# PAYMENTS BY VENDOR

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | MCC28 COREY & SEAN MCCLAIN | 46000 | 12176 | 06/01/2009 | 2500.00 | 19892 |
| FF | MCC28 COREY & SEAN MCCLAIN | 46000 | 11833 | 03/25/2009 | 2500.00 | 18716 |
| | SUBTOTAL FOR ACCOUNT 46000 | | | | 5000.00 | |
| | TOTAL FOR COMPANY | FF | | | 5000.00 | |

# PAYMENTS BY VENDOR

08/31/2009      Vendor: MCC27      13:23:10

Date Range: 07/11/2008 to 07/10/2009

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | MCC27 COREY MCCLAIN | 46000 | 12066 | 05/21/2009 | 1000.00 | 19710 |
| FF | MCC27 COREY MCCLAIN | 46000 | 11944 | 04/17/2009 | 1700.00 | 19205 |
| FF | MCC27 COREY MCCLAIN | 46000 | 11174 | 10/02/2008 | 3000.00 | 14055 |
| | SUBTOTAL FOR ACCOUNT | 46000 | | | 5700.00 | |
| | TOTAL FOR COMPANY | FF | | | 5700.00 | |

# PAYMENTS BY VENDOR
## ALL PROPERTIES

**Vendor: RES11**
**Date Range: 07/11/2008 to 07/10/2009**

13:34:03

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | RES11 DANIEL E. RESNIK | 87175 | $252-80 | 07/01/2009 | 937.50 | 20164 |
| FF | RES11 DANIEL E. RESNIK | 87175 | $248-79 | 06/01/2009 | 937.50 | 19853 |
| FF | RES11 DANIEL E. RESNIK | 87175 | $245-70 | 05/01/2009 | 937.50 | 19409 |
| FF | RES11 DANIEL E. RESNIK | 87175 | $239-71 | 04/01/2009 | 937.50 | 18890 |
| FF | RES11 DANIEL E. RESNIK | 87175 | $230-71 | 03/01/2009 | 937.50 | 18167 |
| FF | RES11 DANIEL E. RESNIK | 87175 | $221-68 | 02/01/2009 | 937.50 | 17408 |
| FF | RES11 DANIEL E. RESNIK | 87175 | $210-67 | 01/01/2009 | 937.50 | 16691 |
| FF | RES11 DANIEL E. RESNIK | 87175 | $200-66 | 12/01/2008 | 937.50 | 15811 |
| FF | RES11 DANIEL E. RESNIK | 87175 | $188-64 | 11/01/2008 | 937.50 | 14988 |
| FF | RES11 DANIEL E. RESNIK | 87175 | $180-64 | 10/01/2008 | 937.50 | 13911 |
| FF | RES11 DANIEL E. RESNIK | 87175 | $182-64 | 09/01/2008 | 699.46 | 13041 |
| FF | RES11 DANIEL E. RESNIK | 87175 | $174-64 | 08/01/2008 | 266.67 | 12052 |

SUBTOTAL FOR ACCOUNT 87175      10341.13

TOTAL FOR COMPANY    FF      10341.13

# PAYMENTS BY VENDOR
## ALL PROPERTIES

Vendor: PLI02
Date Range: 07/11/2008 to 07/10/2009

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | PLI02 GLORIA PLISCHKE | 46000 | 12190 | 06/16/2009 | 5000.00 | 19982 |
| FF | PLI02 GLORIA PLISCHKE | 46000 | 11969 | 04/30/2009 | 7000.00 | 19323 |
| FF | PLI02 GLORIA PLISCHKE | 46000 | 11958 | 04/30/2009 | 10000.00 | 19322 |
| FF | PLI02 GLORIA PLISCHKE | 46000 | 11713 | 02/26/2009 | 10000.00 | 18083 |
| FF | PLI02 GLORIA PLISCHKE | 46000 | 11058 | 08/06/2008 | 25000.00 | 13246 |
| | **SUBTOTAL FOR ACCOUNT 46000** | | | | **57000.00** | |
| FF | PLI02 GLORIA PLISCHKE | 87175 | $252-74 | 07/01/2009 | 5000.00 | 20158 |
| FF | PLI02 GLORIA PLISCHKE | 87175 | $248-73 | 06/01/2009 | 5000.00 | 19847 |
| FF | PLI02 GLORIA PLISCHKE | 87175 | $245-64 | 05/01/2009 | 3000.00 | 19403 |
| FF | PLI02 GLORIA PLISCHKE | 87175 | $239-65 | 04/01/2009 | 3000.00 | 18884 |
| FF | PLI02 GLORIA PLISCHKE | 87175 | $230-65 | 03/01/2009 | 3000.00 | 18191 |
| FF | PLI02 GLORIA PLISCHKE | 87175 | $221-82 | 02/01/2009 | 3000.00 | 17402 |
| FF | PLI02 GLORIA PLISCHKE | 87175 | $210-81 | 01/01/2009 | 5000.00 | 16685 |
| FF | PLI02 GLORIA PLISCHKE | 87175 | $200-81 | 12/01/2008 | 5000.00 | 15804 |
| FF | PLI02 GLORIA PLISCHKE | 87175 | $196-58 | 11/01/2008 | 5000.00 | 14982 |
| FF | PLI02 GLORIA PLISCHKE | 87175 | $190-58 | 10/01/2008 | 5000.00 | 13905 |
| FF | PLI02 GLORIA PLISCHKE | 87175 | $182-58 | 09/01/2008 | 5000.00 | 13035 |
| FF | PLI02 GLORIA PLISCHKE | 87175 | $174-58 | 08/01/2008 | 5000.00 | 12046 |
| | **SUBTOTAL FOR ACCOUNT 87175** | | | | **58000.00** | |
| | **TOTAL FOR COMPANY** | FF | | | **115000.00** | |

# PAYMENTS BY VENDOR
## ALL PROPERTIES

08/31/2009

**Vendor: PLI04**
**Date Range: 07/11/2008 to 07/10/2009**

13:21:17

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | PLI04 JILL REYES | 87175 | $252-75 | 07/01/2009 | 1500.00 | 20159 |
| FF | PLI04 JILL REYES | 87175 | $248-74 | 06/01/2009 | 1500.00 | 19848 |
| FF | PLI04 JILL REYES | 87175 | $245-65 | 05/01/2009 | 1500.00 | 19404 |
| FF | PLI04 JILL REYES | 87175 | $239-66 | 04/01/2009 | 1500.00 | 18885 |
| FF | PLI04 JILL REYES | 87175 | $230-66 | 03/01/2009 | 1500.00 | 18192 |
| FF | PLI04 JILL REYES | 87175 | $221-63 | 02/01/2009 | 1500.00 | 17403 |
| FF | PLI04 JILL REYES | 87175 | $210-62 | 01/01/2009 | 1500.00 | 16686 |
| FF | PLI04 JILL REYES | 87175 | $200-62 | 12/01/2008 | 1500.00 | 15805 |
| FF | PLI04 JILL REYES | 87175 | $196-59 | 11/01/2008 | 1500.00 | 14983 |
| FF | PLI04 JILL REYES | 87175 | $190-59 | 10/01/2008 | 1500.00 | 13908 |
| FF | PLI04 JILL REYES | 87175 | $182-59 | 09/01/2008 | 1500.00 | 13036 |
| FF | PLI04 JILL REYES | 87175 | $174-59 | 08/01/2008 | 1500.00 | 12047 |

**SUBTOTAL FOR ACCOUNT 87175**      18000.00

**TOTAL FOR COMPANY**    **FF**      18000.00

# PAYMENTS BY VENDOR
## ALL PROPERTIES

Vendor: SEL02
Date Range: 07/11/2008 to 07/10/2009

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| GF | SEL02 JIM SELDEN | 32300 | 9:11:2008 | 09/11/2008 | 374.50 | 13522 |
| | SUBTOTAL FOR ACCOUNT | 32300 | | | 374.50 | |
| | TOTAL FOR COMPANY | GF | | | 374.50 | |
| JO | SEL02 JIM SELDEN | 32450 | APR1009 | 04/20/2009 | 453.00 | 19211 |
| | SUBTOTAL FOR ACCOUNT | 32450 | | | 453.00 | |
| JO | SEL02 JIM SELDEN | 33025 | 04.10.09 | 04/20/2009 | 11043.68 | 19211 |
| | SUBTOTAL FOR ACCOUNT | 33025 | | | 11043.68 | |
| | TOTAL FOR COMPANY | JO | | | 11496.68 | |

# PAYMENTS BY VENDOR
## ALL PROPERTIES

Vendor: RES02
Date Range: 07/11/2008 to 07/10/2009

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | RES02 JOE &/OR NANCY RESNIK | 46000 | 11948 | 04/21/2009 | 25000.00 | 19234 |
| FF | RES02 JOE &/OR NANCY RESNIK | 46000 | 11694 | 02/04/2009 | 40000.00 | 17613 |
| | **SUBTOTAL FOR ACCOUNT 46000** | | | | **65000.00** | |
| FF | RES02 JOE &/OR NANCY RESNIK | 87175 | $252-79 | 07/01/2009 | 12446.25 | 20193 |
| FF | RES02 JOE &/OR NANCY RESNIK | 87175 | $248-78 | 06/01/2009 | 12446.25 | 19852 |
| FF | RES02 JOE &/OR NANCY RESNIK | 87175 | $245-69 | 05/01/2009 | 12399.04 | 19408 |
| FF | RES02 JOE &/OR NANCY RESNIK | 87175 | $239-70 | 04/01/2009 | 12633.75 | 18889 |
| FF | RES02 JOE &/OR NANCY RESNIK | 87175 | $230-70 | 03/01/2009 | 11659.56 | 18196 |
| FF | RES02 JOE &/OR NANCY RESNIK | 87175 | $221-67 | 02/01/2009 | 12933.75 | 17407 |
| FF | RES02 JOE &/OR NANCY RESNIK | 87175 | $210-66 | 01/01/2009 | 12933.75 | 16690 |
| FF | RES02 JOE &/OR NANCY RESNIK | 87175 | $200-67 | 12/01/2008 | 12933.75 | 15810 |
| FF | RES02 JOE &/OR NANCY RESNIK | 87175 | $196-63 | 11/01/2008 | 12933.75 | 14987 |
| FF | RES02 JOE &/OR NANCY RESNIK | 87175 | $190-63 | 10/01/2008 | 12633.75 | 13910 |
| FF | RES02 JOE &/OR NANCY RESNIK | 87175 | $182-63 | 09/01/2008 | 13311.17 | 13040 |
| FF | RES02 JOE &/OR NANCY RESNIK | 87175 | $174-63 | 08/01/2008 | 13379.40 | 12051 |
| | **SUBTOTAL FOR ACCOUNT 87175** | | | | **152944.17** | |
| | **TOTAL FOR COMPANY** | **FF** | | | **217944.17** | |

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | RES14 JOR & /OR NANCY RESNIK | 46000 | 11080 | 09/24/2008 | 30000.00 | 13729 |
| FF | RES14 JOR & /OR NANCY RESNIK | 46000 | 11052 | 09/02/2008 | 750000.00 | 13108 |
| | SUBTOTAL FOR ACCOUNT | 46000 | | | 780000.00 | |
| | TOTAL FOR COMPANY | FF | | | 780000.00 | |

# PAYMENTS BY VENDOR

## ALL PROPERTIES

08/31/2009        Vendor: GAM03                                    13:26:20
        Date Range: 07/11/2008 to 07/10/2009

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| KE | GAM03 JOEL GAMEL | 11505 | 18545 | 07/16/2008 | 73.93 | 11666 |
| | SUBTOTAL FOR ACCOUNT | 11505 | | | 73.93 | |
| KE | GAM03 JOEL GAMEL | 33035 | 9.5.08.. | 08/10/2008 | 56271.00 | 13472 |
| | SUBTOTAL FOR ACCOUNT | 33035 | | | 56271.00 | |
| | TOTAL FOR COMPANY | KE | | | 56344.93 | |
| WM | GAM03 JOEL GAMEL | 11505 | 6033155224 | 07/14/2008 | 58.05 | 11526 |
| | SUBTOTAL FOR ACCOUNT | 11505 | | | 58.05 | |
| | TOTAL FOR COMPANY | WM | | | 58.05 | |

Page 1

# PAYMENTS BY VENDOR
## ALL PROPERTIES

08/31/2009      **Vendor: MAS10**      13:35:32
**Date Range: 07/11/2008 to 07/10/2009**

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| CL | MAS10 JOHN MASTANDREA | 33065 | 11-13-08 | 11/14/2008 | 4000.00 | 15516 |
| | SUBTOTAL FOR ACCOUNT | 33065 | | | 4000.00 | |
| | TOTAL FOR COMPANY | CL | | | 4000.00 | |
| FF | MAS10 JOHN MASTANDREA | 46000 | 782009 | 07/08/2009 | 776.12 | 20261 |
| | SUBTOTAL FOR ACCOUNT | 46000 | | | 776.12 | |
| | TOTAL FOR COMPANY | FF | | | 776.12 | |
| KE | MAS10 JOHN MASTANDREA | 33290 | 8*14*08 | 08/14/2008 | 3200.00 | 12617 |
| | SUBTOTAL FOR ACCOUNT | 33290 | | | 3200.00 | |
| | TOTAL FOR COMPANY | KE | | | 3200.00 | |
| PK | MAS10 JOHN MASTANDREA | 33135 | JULY-09 | 07/01/2009 | 5000.00 | 20222 |
| PK | MAS10 JOHN MASTANDREA | 33135 | 1905 | 05/04/2009 | 15000.00 | 19470 |
| PK | MAS10 JOHN MASTANDREA | 33135 | 1774 | 04/01/2009 | 15000.00 | 18778 |
| PK | MAS10 JOHN MASTANDREA | 33135 | 1640 | 03/01/2009 | 15000.00 | 18091 |
| PK | MAS10 JOHN MASTANDREA | 33135 | 1632 | 02/01/2009 | 15000.00 | 17339 |
| PK | MAS10 JOHN MASTANDREA | 33135 | 1463 | 01/01/2009 | 15000.00 | 16583 |
| PK | MAS10 JOHN MASTANDREA | 33135 | 1286 | 12/01/2008 | 15000.00 | 15587 |
| PK | MAS10 JOHN MASTANDREA | 33135 | 1235 | 11/01/2008 | 15000.00 | 14859 |
| PK | MAS10 JOHN MASTANDREA | 33135 | 1181 | 10/01/2008 | 15000.00 | 13821 |
| PK | MAS10 JOHN MASTANDREA | 33135 | 1112 | 09/01/2008 | 15000.00 | 12933 |
| PK | MAS10 JOHN MASTANDREA | 33135 | 1030 | 08/01/2008 | 15000.00 | 11917 |
| | SUBTOTAL FOR ACCOUNT | 33135 | | | 155000.00 | |
| | TOTAL FOR COMPANY | PK | | | 155000.00 | |
| PS | MAS10 JOHN MASTANDREA | 30000 | 12/15/2008 | 12/15/2008 | 5000.00 | 16314 |
| | SUBTOTAL FOR ACCOUNT | 30000 | | | 5000.00 | |
| | TOTAL FOR COMPANY | PS | | | 5000.00 | |
| SV | MAS10 JOHN MASTANDREA | 32500 | CITY OF | 09/25/2008 | 18926.00 | 13769 |
| | SUBTOTAL FOR ACCOUNT | 32500 | | | 18926.00 | |
| | TOTAL FOR COMPANY | SV | | | 18926.00 | |
| VI | MAS10 JOHN MASTANDREA | 33135 | 487 | 04/01/2009 | 3000.00 | 18761 |
| VI | MAS10 JOHN MASTANDREA | 33135 | 451 | 03/01/2009 | 3000.00 | 18092 |
| VI | MAS10 JOHN MASTANDREA | 33135 | 430 | 02/01/2009 | 5000.00 | 17429 |
| VI | MAS10 JOHN MASTANDREA | 33135 | 409 | 01/01/2009 | 5000.00 | 16582 |
| VI | MAS10 JOHN MASTANDREA | 33135 | 376 | 12/01/2008 | 5000.00 | 15688 |

Page 1

08/31/2009      **Vendor: MAS10**      13:35:32
**Date Range: 07/11/2008 to 07/10/2009**

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| VI | MAS10 JOHN MASTANDREA | 33135 | 357 | 11/01/2008 | 5000.00 | 14858 |
| VI | MAS10 JOHN MASTANDREA | 33135 | 329 | 10/01/2008 | 5000.00 | 13820 |
| VI | MAS10 JOHN MASTANDREA | 33135 | 284 | 09/01/2008 | 5000.00 | 12932 |
| VI | MAS10 JOHN MASTANDREA | 33135 | 252 | 08/01/2008 | 5000.00 | 11916 |
| | **SUBTOTAL FOR ACCOUNT** | 33135 | | | **41000.00** | |
| | **TOTAL FOR COMPANY** | **VI** | | | **41000.00** | |

# PAYMENTS BY VENDOR
## ALL PROPERTIES

Vendor: CRI01
Date Range: 07/11/2008 to 07/10/2009

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | CRI01 JOSEPH CRISTOFARO | 87175 | $252-17 | 07/01/2009 | 4035.00 | 20101 |
| FF | CRI01 JOSEPH CRISTOFARO | 87175 | $246-16 | 06/01/2009 | 4035.00 | 19790 |
| FF | CRI01 JOSEPH CRISTOFARO | 87175 | $246-16 | 05/01/2009 | 4035.00 | 19354 |
| FF | CRI01 JOSEPH CRISTOFARO | 87175 | $239-17 | 04/01/2009 | 4035.00 | 18836 |
| FF | CRI01 JOSEPH CRISTOFARO | 87175 | $230-17 | 03/01/2009 | 4035.00 | 18143 |
| FF | CRI01 JOSEPH CRISTOFARO | 87175 | $221-16 | 02/01/2009 | 4035.00 | 17356 |
| FF | CRI01 JOSEPH CRISTOFARO | 87175 | $210-16 | 01/01/2009 | 4035.00 | 16640 |
| FF | CRI01 JOSEPH CRISTOFARO | 87175 | $200-16 | 12/01/2008 | 4035.00 | 15759 |
| FF | CRI01 JOSEPH CRISTOFARO | 87175 | $196-15 | 11/01/2008 | 4035.00 | 14939 |
| FF | CRI01 JOSEPH CRISTOFARO | 87175 | $190-16 | 10/01/2008 | 4035.00 | 13862 |
| FF | CRI01 JOSEPH CRISTOFARO | 87175 | $182-16 | 09/01/2008 | 3877.75 | 12993 |
| FF | CRI01 JOSEPH CRISTOFARO | 87175 | 10931 | 08/01/2008 | 3847.50 | 12078 |

SUBTOTAL FOR ACCOUNT 87175        48075.25

TOTAL FOR COMPANY      FF        48075.25

# PAYMENTS BY VENDOR

## ALL PROPERTIES

08/31/2009

Vendor: ANN01
Date Range: 07/11/2008 to 07/10/2009

13:15:32

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | ANN01 ANNIBAL, JUDY | 46000 | 12186 | 06/15/2009 | 5000.00 | 19968 |
| FF | ANN01 ANNIBAL, JUDY | 46000 | 12175 | 06/01/2009 | 3800.00 | 19888 |
| | SUBTOTAL FOR ACCOUNT 46000 | | | | 8800.00 | |
| FF | ANN01 ANNIBAL, JUDY | 87175 | $252-3 | 07/01/2009 | 2000.00 | 20087 |
| | SUBTOTAL FOR ACCOUNT 87175 | | | | 2000.00 | |
| | TOTAL FOR COMPANY | FF | | | 10800.00 | |

Case 09-16841-SJS    Doc 190-4    Filed 09/09/09    Entered 09/09/09 10:47:29    Page 17 of 33

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| KE | SAF10 WM GAM04 SAFEWAY | 37510 | --18545 | 07/16/2008 | 73.93 | 506 |
| | **SUBTOTAL FOR ACCOUNT** 37510 | | | | 73.93 | |
| | **TOTAL FOR COMPANY** KE | | | | 73.93 | |
| WM | GAM04 JUDY GAMEL | 37200 | 11/13/08 | 11/19/2008 | 152.00 | 15583 |
| WM | GAM04 JUDY GAMEL | 37200 | 143992 | 11/12/2008 | 276.00 | 15463 |
| | **SUBTOTAL FOR ACCOUNT** 37200 | | | | 428.00 | |
| WM | GAM04 JUDY GAMEL | 37500 | 393033 | 04/29/2009 | 191.80 | 19320 |
| WM | GAM04 JUDY GAMEL | 37600 | 43667 | 04/29/2009 | 77.30 | 19320 |
| WM | GAM04 JUDY GAMEL | 37600 | 03302009 | 04/29/2009 | 18.44 | 19320 |
| WM | GAM04 JUDY GAMEL | 37500 | 545235 | 04/29/2009 | 211.69 | 19320 |
| WM | GAM04 JUDY GAMEL | 37500 | 17066 | 04/29/2009 | 10.00 | 19320 |
| WM | GAM04 JUDY GAMEL | 37600 | 522531 | 04/29/2009 | 57.77 | 19320 |
| WM | GAM04 JUDY GAMEL | 37500 | 0400821061 | 04/29/2009 | 45.98 | 19320 |
| WM | GAM04 JUDY GAMEL | 37500 | 540335 | 08/27/2008 | 216.00 | 12661 |
| | **SUBTOTAL FOR ACCOUNT** 37500 | | | | 828.98 | |
| WM | THR01 WM GAM04 THRIFTWAY | 37510 | .603315522 | 07/14/2008 | 58.05 | 505 |
| | **SUBTOTAL FOR ACCOUNT** 37510 | | | | 58.05 | |
| WM | GAM04 JUDY GAMEL | 37560 | 5/23/09 | 06/03/2009 | 5250.00 | 19918 |
| WM | GAM04 JUDY GAMEL | 37560 | APR 25 09 | 04/29/2009 | 1250.00 | 19321 |
| WM | GAM04 JUDY GAMEL | 37560 | APR 25 09 | 04/29/2009 | 1250.00 | 19321 |
| WM | GAM04 JUDY GAMEL | 37560 | APR 25 09 | 04/29/2009 | 1250.00 | 19321 |
| WM | GAM04 JUDY GAMEL | 37560 | MAR122009 | 03/27/2009 | 2500.00 | 18747 |
| WM | GAM04 JUDY GAMEL | 37560 | MAR 2 09 | 03/11/2009 | 2500.00 | 18503 |
| WM | GAM04 JUDY GAMEL | 37560 | 2/17/2009 | 02/23/2009 | 2500.00 | 17946 |
| WM | GAM04 JUDY GAMEL | 37560 | JAN192009 | 01/28/2009 | 2500.00 | 17242 |
| WM | GAM04 JUDY GAMEL | 37560 | JAN052009 | 01/28/2009 | 3750.00 | 17242 |
| WM | GAM04 JUDY GAMEL | 37560 | 11/15-12/1 | 01/05/2009 | 6250.00 | 16804 |
| WM | GAM04 JUDY GAMEL | 37560 | 10/19-11/8 | 11/19/2008 | 3750.00 | 15583 |
| WM | GAM04 JUDY GAMEL | 37560 | OCT 2 2008 | 10/22/2008 | 2500.00 | 14553 |
| WM | GAM04 JUDY GAMEL | 37560 | 9-14/10-04 | 10/15/2008 | 3750.00 | 14519 |
| WM | GAM04 JUDY GAMEL | 37560 | 9/19/2008 | 09/23/2008 | 6000.00 | 13701 |
| WM | GAM04 JUDY GAMEL | 37560 | 8.27.08 | 08/28/2008 | 7500.00 | 12949 |
| | **SUBTOTAL FOR ACCOUNT** 37560 | | | | 52500.00 | |
| | **TOTAL FOR COMPANY** WM | | | | 53815.03 | |
| WO | GAM04 JUDY GAMEL | 37200 | 113945 | 12/16/2008 | 339.65 | 16294 |

# PAYMENTS BY VENDOR
## ALL PROPERTIES

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
|      | SUBTOTAL FOR ACCOUNT | 37200 |  |  | 339.65 |  |
|      | TOTAL FOR COMPANY | WO |  |  | 339.65 |  |

Case 09-16841-SJS   Doc 190-4   Filed 09/09/09   Entered 09/09/09 10:47:29   Page 19 of 33

# PAYMENTS BY VENDOR
**ALL PROPERTIES**

08/31/2009

Vendor: PLI03
Date Range: 07/11/2008 to 07/10/2009

13:24:33

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | PLI03 KIM PLISCHKE | 46000 | 12193 | 06/18/2009 | 6000.00 | 20009 |
| FF | PLI03 KIM PLISCHKE | 46000 | 12067 | 05/22/2009 | 6000.00 | 19721 |
| FF | PLI03 KIM PLISCHKE | 46000 | 11928 | 04/01/2009 | 5000.00 | 18921 |
| | SUBTOTAL FOR ACCOUNT 46000 | | | | 17000.00 | |
| | TOTAL FOR COMPANY | FF | | | 17000.00 | |

Page 1

Case 09-16841-SJS   Doc 190-4   Filed 09/09/09   Entered 09/09/09 10:47:29   Page 20 of 33

# PAYMENTS BY VENDOR

ALL PROPERTIES

08/31/2009 
Vendor: KEL04
13:43:12

Date Range: 07/11/2008 to 07/10/2009

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | KEL04 LARRY KELLEY | 87175 | $252-47 | 07/01/2009 | 266.67 | 20131 |
| FF | KEL04 LARRY KELLEY | 87175 | $248-46 | 06/01/2009 | 266.67 | 19820 |
| FF | KEL04 LARRY KELLEY | 87175 | $245-43 | 05/01/2009 | 266.67 | 19382 |
| FF | KEL04 LARRY KELLEY | 87175 | $239-44 | 04/01/2009 | 266.67 | 18863 |
| FF | KEL04 LARRY KELLEY | 87175 | $230-44 | 03/01/2009 | 266.67 | 18170 |
| FF | KEL04 LARRY KELLEY | 87175 | $221-41 | 02/01/2009 | 266.67 | 17381 |
| FF | KEL04 LARRY KELLEY | 87175 | $210-41 | 01/01/2009 | 266.67 | 16665 |
| FF | KEL04 LARRY KELLEY | 87175 | $200-41 | 12/01/2008 | 266.67 | 15784 |
| FF | KEL04 LARRY KELLEY | 87175 | $196-39 | 11/01/2008 | 266.67 | 14963 |
| FF | KEL04 LARRY KELLEY | 87175 | $190-39 | 10/01/2008 | 266.67 | 13886 |
| FF | KEL04 LARRY KELLEY | 87175 | $182-39 | 09/01/2008 | 266.67 | 13016 |
| FF | KEL04 LARRY KELLEY | 87175 | $174-38 | 08/01/2008 | 266.67 | 12026 |

SUBTOTAL FOR ACCOUNT 87175     3200.04

TOTAL FOR COMPANY    FF     3200.04

Page 1

Case 09-16841-SJS   Doc 190-4   Filed 09/09/09   Entered 09/09/09 10:47:29   Page 21 of 33

# PAYMENTS BY VENDOR
## ALL PROPERTIES

08/31/2009                    Vendor: VAN01                    13:14:05
Date Range: 07/11/2008 to 07/10/2009

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | VAN01 LIL VANCE, TRUSTEE | 87175 | $252-93 | 07/01/2009 | 3000.00 | 20177 |
| FF | VAN01 LIL VANCE, TRUSTEE | 87175 | $248-91 | 06/01/2009 | 3000.00 | 19865 |
| FF | VAN01 LIL VANCE, TRUSTEE | 87175 | $245-82 | 05/01/2009 | 3000.00 | 19421 |
| FF | VAN01 LIL VANCE, TRUSTEE | 87175 | $239-82 | 04/01/2009 | 3000.00 | 18901 |
| FF | VAN01 LIL VANCE, TRUSTEE | 87175 | $230-82 | 03/01/2009 | 3000.00 | 18208 |
| FF | VAN01 LIL VANCE, TRUSTEE | 87175 | $221-79 | 02/01/2009 | 3000.00 | 17419 |
| FF | VAN01 LIL VANCE, TRUSTEE | 87175 | $210-76 | 01/01/2009 | 3000.00 | 16700 |
| FF | VAN01 LIL VANCE, TRUSTEE | 87175 | $200-77 | 12/01/2008 | 1500.00 | 15820 |
| FF | VAN01 LIL VANCE, TRUSTEE | 87175 | $196-74 | 11/01/2008 | 1500.00 | 14998 |
| FF | VAN01 LIL VANCE, TRUSTEE | 87175 | $190-72 | 10/01/2008 | 1500.00 | 13919 |
| FF | VAN01 LIL VANCE, TRUSTEE | 87175 | $182-72 | 09/01/2008 | 1500.00 | 13049 |
| FF | VAN01 LIL VANCE, TRUSTEE | 87175 | $174-72 | 08/01/2008 | 1500.00 | 12060 |

SUBTOTAL FOR ACCOUNT  87175                    28500.00

TOTAL FOR COMPANY     FF                        28500.00

Page 1

# PAYMENTS BY VENDOR
## ALL PROPERTIES

**Vendor: MAS22**
**Date Range: 07/11/2008 to 07/10/2009**

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | MAS22 LINDA A. MASTRO | 87175 | $252-63 | 07/01/2009 | 2974.23 | 20147 |
| FF | MAS22 LINDA A. MASTRO | 87175 | $248-62 | 06/01/2009 | 2974.23 | 19636 |
| FF | MAS22 LINDA A. MASTRO | 87175 | $246-55 | 05/01/2009 | 2974.23 | 19394 |
| FF | MAS22 LINDA A. MASTRO | 87175 | $239-56 | 04/01/2009 | 2974.23 | 18876 |
| FF | MAS22 LINDA A. MASTRO | 87175 | $230-56 | 03/01/2009 | 2974.23 | 18182 |
| FF | MAS22 LINDA A. MASTRO | 87175 | $221-53 | 02/01/2009 | 2974.23 | 17393 |
| FF | MAS22 LINDA A. MASTRO | 87175 | $210-53 | 01/01/2009 | 2974.23 | 16877 |
| FF | MAS22 LINDA A. MASTRO | 87175 | $200-63 | 12/01/2008 | 2974.23 | 15796 |
| FF | MAS22 LINDA A. MASTRO | 87175 | $196-51 | 11/01/2008 | 2974.23 | 14976 |
| FF | MAS22 LINDA A. MASTRO | 87175 | $190-51 | 10/01/2008 | 2974.23 | 13898 |
| FF | MAS22 LINDA A. MASTRO | 87175 | $182-51 | 09/01/2008 | 2974.23 | 13028 |
| FF | MAS22 LINDA A. MASTRO | 87175 | $174-51 | 08/01/2008 | 2974.23 | 12039 |

**SUBTOTAL FOR ACCOUNT 87175**        **35690.76**

**TOTAL FOR COMPANY**      **FF**        **35690.76**

# PAYMENTS BY VENDOR

## ALL PROPERTIES

08/31/2009      Vendor: MAS03      13:37:07

Date Range: 07/11/2008 to 07/10/2009

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | MAS03 MARIA MASTANDREA | 87175 | $262-52 | 07/01/2009 | 1551.15 | 20148 |
| FF | MAS03 MARIA MASTANDREA | 87175 | $248-61 | 06/01/2009 | 1551.15 | 19835 |
| FF | MAS03 MARIA MASTANDREA | 87175 | $245-54 | 05/01/2009 | 1551.15 | 19393 |
| FF | MAS03 MARIA MASTANDREA | 87175 | $239-55 | 04/01/2009 | 1551.15 | 18874 |
| FF | MAS03 MARIA MASTANDREA | 87175 | $230-55 | 03/01/2009 | 1551.15 | 18181 |
| FF | MAS03 MARIA MASTANDREA | 87175 | $221-52 | 02/01/2009 | 1551.15 | 17392 |
| FF | MAS03 MARIA MASTANDREA | 87175 | $210-52 | 01/01/2009 | 1551.15 | 16676 |
| FF | MAS03 MARIA MASTANDREA | 87175 | $200-52 | 12/01/2008 | 1551.15 | 15796 |
| FF | MAS03 MARIA MASTANDREA | 87175 | $196-50 | 11/01/2008 | 1551.15 | 14974 |
| FF | MAS03 MARIA MASTANDREA | 87175 | $190-50 | 10/01/2008 | 1551.15 | 13897 |
| FF | MAS03 MARIA MASTANDREA | 87175 | $182-50 | 09/01/2008 | 1551.15 | 13027 |
| FF | MAS03 MARIA MASTANDREA | 87175 | $174-50 | 08/01/2008 | 1551.15 | 12038 |

SUBTOTAL FOR ACCOUNT    87175             18613.80

TOTAL FOR COMPANY      FF             18613.80

# PAYMENTS BY VENDOR

## ALL PROPERTIES

08/31/2009       Vendor: MAS01       12:54:17

Date Range: 07/11/2008 to 07/10/2009

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| JM | MAS01 MICHAEL K MASTRO | 79750 | 9038 | 12/30/2008 | 2680.00 | 16667 |
| JM | MAS01 MICHAEL K MASTRO | 79750 | 9020 | 12/12/2008 | 700.00 | 16246 |
| | **SUBTOTAL FOR ACCOUNT 79750** | | | | 3380.00 | |
| JM | MAS01 MICHAEL K MASTRO | 80550 | DEC 2008 | 12/19/2008 | 5000.00 | 16359 |
| | **SUBTOTAL FOR ACCOUNT 80550** | | | | 5000.00 | |
| | **TOTAL FOR COMPANY JM** | | | | 8380.00 | |
| KE | MAS01 MICHAEL K MASTRO | 32500 | 11/5/2008 | 11/05/2008 | 88.00 | 15339 |
| | **SUBTOTAL FOR ACCOUNT 32500** | | | | 88.00 | |
| KE | MAS01 MICHAEL K MASTRO | 33135 | JULY 09 | 06/30/2009 | 6000.00 | 20203 |
| KE | MAS01 MICHAEL K MASTRO | 33135 | JUN 2009 | 06/01/2009 | 6000.00 | 19878 |
| KE | MAS01 MICHAEL K MASTRO | 33135 | 512009 | 05/01/2009 | 6000.00 | 19442 |
| KE | MAS01 MICHAEL K MASTRO | 33135 | 3312009 | 03/31/2009 | 6000.00 | 18811 |
| KE | MAS01 MICHAEL K MASTRO | 33135 | MARCH 09 | 03/03/2009 | 6000.00 | 18247 |
| KE | MAS01 MICHAEL K MASTRO | 33135 | FEB 2009 | 01/30/2009 | 6000.00 | 17441 |
| KE | MAS01 MICHAEL K MASTRO | 33135 | JAN 09 | 12/31/2008 | 6000.00 | 16600 |
| KE | MAS01 MICHAEL K MASTRO | 33135 | 12/1/2008 | 12/01/2008 | 6000.00 | 15843 |
| KE | MAS01 MICHAEL K MASTRO | 33135 | NOV 2008 | 10/31/2008 | 6000.00 | 15010 |
| KE | MAS01 MICHAEL K MASTRO | 33135 | OCT 2008 | 09/30/2008 | 6000.00 | 13948 |
| KE | MAS01 MICHAEL K MASTRO | 33135 | SEP 2008 | 08/28/2008 | 6000.00 | 12946 |
| KE | MAS01 MICHAEL K MASTRO | 33135 | 7=30.08 | 07/31/2008 | 6000.00 | 11988 |
| | **SUBTOTAL FOR ACCOUNT 33135** | | | | 72000.00 | |
| | **TOTAL FOR COMPANY KE** | | | | 72088.00 | |
| ME | MAS01 MICHAEL K MASTRO | 33135 | JUL 09 | 06/30/2009 | 8000.00 | 20201 |
| ME | MAS01 MICHAEL K MASTRO | 33135 | JUN 2009 | 06/01/2009 | 8000.00 | 19879 |
| ME | MAS01 MICHAEL K MASTRO | 33135 | 5012009 | 05/01/2009 | 8000.00 | 19443 |
| ME | MAS01 MICHAEL K MASTRO | 33135 | 3312009 | 03/31/2009 | 8000.00 | 18812 |
| ME | MAS01 MICHAEL K MASTRO | 33135 | MARCH 09 | 03/03/2009 | 8000.00 | 18248 |
| ME | MAS01 MICHAEL K MASTRO | 33135 | FEB 2009 | 01/30/2009 | 8000.00 | 17442 |
| ME | MAS01 MICHAEL K MASTRO | 33135 | JAN 09 | 12/31/2008 | 8000.00 | 16601 |
| ME | MAS01 MICHAEL K MASTRO | 33135 | 12/1/2008 | 12/01/2008 | 8000.00 | 15844 |
| ME | MAS01 MICHAEL K MASTRO | 33135 | NOV 2008 | 10/31/2008 | 8000.00 | 15012 |
| ME | MAS01 MICHAEL K MASTRO | 33135 | OCT 2008 | 09/30/2008 | 8000.00 | 13947 |
| ME | MAS01 MICHAEL K MASTRO | 33135 | SEP 2008 | 08/28/2008 | 8000.00 | 12947 |
| ME | MAS01 MICHAEL K MASTRO | 33135 | 7=31=08 | 07/31/2008 | 8000.00 | 11965 |
| | **SUBTOTAL FOR ACCOUNT 33135** | | | | 96000.00 | |

Page 1

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| | **TOTAL FOR COMPANY** | **ME** | | | **96000.00** | |
| WS | MAS01 MICHAEL K MASTRO | 33135 | JUL 09 | 06/30/2009 | 8000.00 | 20202 |
| WS | MAS01 MICHAEL K MASTRO | 33135 | JUN 2009 | 06/01/2009 | 8000.00 | 19880 |
| WS | MAS01 MICHAEL K MASTRO | 33135 | 5012009 | 05/01/2009 | 8000.00 | 19444 |
| WS | MAS01 MICHAEL K MASTRO | 33135 | 3312009 | 03/31/2009 | 8000.00 | 18814 |
| WS | MAS01 MICHAEL K MASTRO | 33135 | MARCH 09 | 03/03/2009 | 8000.00 | 18249 |
| WS | MAS01 MICHAEL K MASTRO | 33135 | FEB 2009 | 01/30/2009 | 8000.00 | 17443 |
| WS | MAS01 MICHAEL K MASTRO | 33135 | JAN 09 | 12/31/2008 | 8000.00 | 16602 |
| WS | MAS01 MICHAEL K MASTRO | 33135 | 12/1/2008 | 12/01/2008 | 8000.00 | 15845 |
| WS | MAS01 MICHAEL K MASTRO | 33135 | NOV 2008 | 10/31/2008 | 8000.00 | 15013 |
| WS | MAS01 MICHAEL K MASTRO | 33135 | OCT 2008 | 09/30/2008 | 8000.00 | 13946 |
| WS | MAS01 MICHAEL K MASTRO | 33135 | SEP 2008 | 08/28/2008 | 8000.00 | 12948 |
| WS | MAS01 MICHAEL K MASTRO | 33135 | 7'30'08 | 07/31/2008 | 8000.00 | 11987 |
| | **SUBTOTAL FOR ACCOUNT** | **33135** | | | **96000.00** | |
| WS | MAS01 MICHAEL K MASTRO | 34035 | 915 | 02/19/2009 | 6000.00 | 17897 |
| | **SUBTOTAL FOR ACCOUNT** | **34035** | | | **6000.00** | |
| | **TOTAL FOR COMPANY** | **WS** | | | **102000.00** | |

# PAYMENTS BY VENDOR

## ALL PROPERTIES

Vendor: MAS05
Date Range: 07/11/2008 to 07/10/2009

13:00:06

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | MAS05 MICHAEL K. MASTRO | 46000 | 12063 | 06/18/2009 | 485.17 | 19686 |
| FF | MAS05 MICHAEL K. MASTRO | 46000 | 11589 | 01/20/2009 | 520.27 | 17142 |
| FF | MAS05 MICHAEL K. MASTRO | 46000 | 10948 | 08/15/2008 | 578.07 | 12708 |
| | SUBTOTAL FOR ACCOUNT 46000 | | | | 1583.51 | |
| | TOTAL FOR COMPANY FF | | | | 1583.51 | |

Page 1

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 380973-1 | 01/07/2009 | 154.10 | 16879 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 159155 | 01/07/2009 | 32.70 | 16878 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | T0071264 | 12/04/2008 | 360.00 | 16031 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 11323 | 11/17/2008 | 1482.95 | 15528 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 11210 | 10/21/2008 | 5150.69 | 14589 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 11179 | 10/03/2008 | 430.16 | 14099 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 11178 | 10/03/2008 | 108.00 | 14098 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 11073 | 09/19/2008 | 19952.38 | 13665 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 85852 | 09/17/2008 | 666.77 | 13599 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 11063 | 09/17/2008 | 4316.01 | 13598 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | T0072719 | 09/16/2008 | 2487.38 | 13588 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10955 | 08/20/2008 | 23515.17 | 12778 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | JC7885 | 08/11/2008 | 390.52 | 12542 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 34907 | 08/05/2008 | 862.70 | 12218 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | T0069923 | 08/05/2008 | 1178.38 | 12217 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 1195869-1 | 08/05/2008 | 478.00 | 12216 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 260-350 | 08/05/2008 | 524.19 | 12214 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10849 | 07/30/2008 | 379.00 | 11952 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10834 | 07/22/2008 | 7052.67 | 11747 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10833 | 07/22/2008 | 926.42 | 11746 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10832 | 07/22/2008 | 328.00 | 11745 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10831 | 07/22/2008 | 1865.00 | 11744 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10830 | 07/22/2008 | 3646.60 | 11743 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10829 | 07/22/2008 | 5239.81 | 11742 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10828 | 07/22/2008 | 4551.70 | 11741 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10027 | 07/22/2008 | 687.60 | 11740 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10826 | 07/22/2008 | 1693.46 | 11727 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10825 | 07/22/2008 | 367.25 | 11726 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10824 | 07/22/2008 | 531.00 | 11725 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10823 | 07/22/2008 | 1270.59 | 11724 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10822 | 07/22/2008 | 2523.25 | 11723 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10821 | 07/22/2008 | 567.31 | 11722 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10820 | 07/22/2008 | 3221.03 | 11721 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10819 | 07/22/2008 | 10750.80 | 11719 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10818 | 07/22/2008 | 2072.00 | 11718 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10816 | 07/22/2008 | 416.00 | 11716 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 557930 | 07/16/2008 | 872.00 | 11692 |
| FF | MAS23 MICHAEL K. MASTRO | 46000 | 10809 | 07/17/2008 | 5825.80 | 11678 |

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
|  | SUBTOTAL FOR ACCOUNT 46000 |  |  |  | 116615.28 |  |
| FF | MAS23 MICHAEL K. MASTRO | 63000 | 11455 | 12/22/2008 | 719.00 | 18389 |
|  | SUBTOTAL FOR ACCOUNT 63000 |  |  |  | 719.00 |  |
|  | TOTAL FOR COMPANY | FF |  |  | 117334.28 |  |

# PAYMENTS BY VENDOR
## ALL PROPERTIES

08/31/2009

Vendor: RES03
Date Range: 07/11/2008 to 07/10/2009

13:32:16

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | RES03 RESNIK GRANDCHILDREN | 46000 | 10946 | 08/13/2008 | 2000.00 | 12598 |
| FF | RES03 RESNIK GRANDCHILDREN | 46000 | 10803 | 07/11/2008 | 1000.00 | 11516 |
| | SUBTOTAL FOR ACCOUNT | 46000 | | | 3000.00 | |
| | TOTAL FOR COMPANY | FF | | | 3000.00 | |

# PAYMENTS BY VENDOR

## ALL PROPERTIES

08/31/2009 Vendor: ANN03 13:17:46
Date Range: 07/11/2008 to 07/10/2009

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | ANN03 RICHARD & JUDY ANNIBAL | 46000 | 11960 | 06/01/2009 | 5240.47 | 19325 |
| FF | ANN03 RICHARD & JUDY ANNIBAL | 46000 | 11808 | 03/03/2009 | 5850.00 | 18282 |
| FF | ANN03 RICHARD & JUDY ANNIBAL | 46000 | 11330 | 11/24/2008 | 6000.00 | 15648 |
| FF | ANN03 RICHARD & JUDY ANNIBAL | 46000 | 11211 | 10/21/2008 | 4700.00 | 14696 |
| FF | ANN03 RICHARD & JUDY ANNIBAL | 46000 | 11185 | 10/07/2008 | 4500.00 | 14147 |
| | SUBTOTAL FOR ACCOUNT 46000 | | | | 26290.47 | |
| FF | ANN03 RICHARD & JUDY ANNIBAL | 87175 | $239-3 | 04/01/2009 | 5000.00 | 18822 |
| FF | ANN03 RICHARD & JUDY ANNIBAL | 87175 | $230-3 | 03/01/2009 | 3500.00 | 18129 |
| FF | ANN03 RICHARD & JUDY ANNIBAL | 87175 | $221-3 | 02/01/2009 | 6000.00 | 17343 |
| FF | ANN03 RICHARD & JUDY ANNIBAL | 87175 | $210-3 | 01/01/2009 | 3500.00 | 16627 |
| FF | ANN03 RICHARD & JUDY ANNIBAL | 87175 | $200-3 | 12/01/2008 | 3000.00 | 15746 |
| | SUBTOTAL FOR ACCOUNT 87175 | | | | 21000.00 | |
| | TOTAL FOR COMPANY | FF | | | 47290.47 | |

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| JM | ANA01 STAVROS ANASTASIOU | 64000 | 12/19/2008 | 12/20/2008 | 50000.00 | 16375 |
| JM | ANA01 STAVROS ANASTASIOU | 64000 | 8708 | 09/19/2008 | 50000.00 | 13687 |
| | **SUBTOTAL FOR ACCOUNT 64000** | | | | **100000.00** | |
| | **TOTAL FOR COMPANY** | **JM** | | | **100000.00** | |
| P1 | ANA01 STAVROS ANASTASIOU | 64000 | 249 | 04/01/2009 | 20000.00 | 18918 |
| P1 | ANA01 STAVROS ANASTASIOU | 64000 | 294 | 02/05/2009 | 20000.00 | 17638 |
| P1 | ANA01 STAVROS ANASTASIOU | 64000 | 216 | 01/01/2009 | 20000.00 | 16579 |
| P1 | ANA01 STAVROS ANASTASIOU | 64000 | 202 | 12/01/2008 | 20000.00 | 15692 |
| P1 | ANA01 STAVROS ANASTASIOU | 64000 | 194 | 11/01/2008 | 20000.00 | 14860 |
| P1 | ANA01 STAVROS ANASTASIOU | 64000 | 185 | 10/01/2008 | 20000.00 | 13823 |
| P1 | ANA01 STAVROS ANASTASIOU | 64000 | 168 | 09/01/2008 | 20000.00 | 12942 |
| P1 | ANA01 STAVROS ANASTASIOU | 64000 | 161 | 08/01/2008 | 20000.00 | 11945 |
| | **SUBTOTAL FOR ACCOUNT 64000** | | | | **160000.00** | |
| | **TOTAL FOR COMPANY** | **P1** | | | **160000.00** | |
| SG | ANA01 STAVROS ANASTASIOU | 64000 | 302 | 02/01/2009 | 20000.00 | 17456 |
| SG | ANA01 STAVROS ANASTASIOU | 64000 | 295 | 01/01/2009 | 20000.00 | 16578 |
| SG | ANA01 STAVROS ANASTASIOU | 64000 | 287 | 12/01/2008 | 20000.00 | 15691 |
| SG | ANA01 STAVROS ANASTASIOU | 64000 | 274 | 11/01/2008 | 20000.00 | 14861 |
| SG | ANA01 STAVROS ANASTASIOU | 64000 | 267 | 10/01/2008 | 20000.00 | 13822 |
| SG | ANA01 STAVROS ANASTASIOU | 64000 | 246 | 09/01/2008 | 20000.00 | 12941 |
| SG | ANA01 STAVROS ANASTASIOU | 64000 | 231 | 08/01/2008 | 20000.00 | 11944 |
| | **SUBTOTAL FOR ACCOUNT 64000** | | | | **140000.00** | |
| | **TOTAL FOR COMPANY** | **SG** | | | **140000.00** | |

# PAYMENTS BY VENDOR

## ALL PROPERTIES

**Vendor: CUP05**
**Date Range: 07/11/2008 to 07/10/2009**

| CODE | VENDOR | ACCT NO | INVOICE | DATE PAID | AMOUNT | CHECK NO. |
|------|--------|---------|---------|-----------|--------|-----------|
| FF | CUP05 STEVE CUPIC | 46000 | 12062 | 05/15/2009 | 156265.67 | 19661 |
| FF | CUP05 STEVE CUPIC | 46000 | 12061 | 05/15/2009 | 120880.07 | 19660 |
| FF | CUP05 STEVE CUPIC | 46000 | 12060 | 05/15/2009 | 281335.41 | 19659 |
| FF | CUP05 STEVE CUPIC | 46000 | 12059 | 05/15/2009 | 660474.11 | 19658 |

|  | SUBTOTAL FOR ACCOUNT 46000 |  |  |  | 1188955.26 |  |
|  | TOTAL FOR COMPANY FF |  |  |  | 1188955.26 |  |