<u>In re: Michael R. Mastro</u>, no. 09-16841
Attachment to Chapter 7 Individual Debtor's Statement of Intention

All non-exempt financed or leased property will be surrendered unless other voluntary arrangements are made with the secured creditor(s) to pay obligations secured by such property.