HONORABLE SAMUEL J. STEINER

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

MICHAEL R. MASTRO,

           Debtor.

No. 09-16841 (CH. 7)

OBJECTION TO SCHEDULED CLAIM OF CONCEPT DORSSERS

James Rigby ("Trustee"), Chapter 7 trustee herein, objects to the claim of Concept Dorssers ("Dorssers"), scheduled by the Debtor as a general unsecured in the amount of $12,000,000 on its Bankruptcy Schedule F. Financial Statements of the Debtor for the period ending December 31, 2009, provided to the Trustee by the Debtor purporting to list all of the Debtor's obligations do not include an obligation to Dorssers. Until such time as a full investigation into the scheduled Dorssers claim can be conducted by the Trustee, the Trustee objects to such claim.

DATED this 15th day of September, 2009.

BUSH STROUT & KORNFELD

By /s/ Christine M. Tobin
    Christine M. Tobin, WSBA #27628
Attorneys for James Rigby, Chapter 7 Trustee

OBJECTION TO SCHEDULED CLAIM OF CONCEPT
DORSSERS – Page 1

BUSH STROUT & KORNFELD
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1709 29001 ui140601

Case 09-16841-SJS    Doc 209    Filed 09/15/09    Entered 09/15/09 09:46:40    Page 1 of 1