Brian L. Lewis, WSBA # 33560
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Samuel J. Steiner
Chapter 7
Ex Parte

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>MICHAEL R. MASTRO,<br><br>Debtor. | No. 09-16841<br><br>**STIPULATION REGARDING RELIEF FROM AUTOMATIC STAY** |

## STIPULATION

Pursuant to the Court's Order Granting Trustee's Motion for (A) Sale of Property and Encumbrances and (B) Assumption and Assignment of Leases dated January 15, 2009 (docket #856), James F. Rigby, Jr. (the "Trustee"), the duly appointed Chapter 7 trustee in this bankruptcy, has conveyed to BancFirst all of the bankruptcy estate's right, title and interest in and to the real properties commonly known as (a) 14404 NE 20th Street in Bellevue, Washington, (b) 14408 NE 20th Street in Bellevue, Washington, (c) 6250 South 190th Street in Kent, Washington, and (d) 10809 120th Avenue NE in Kirkland, Washington (collectively, the "Properties").

STIPULATION - 1

K:\2066953\00001\21664_KS\21664P31NK

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 09-16841-SJS    Doc 915    Filed 02/01/10    Entered 02/01/10 11:44:23    Page 1 of 2

Accordingly, the undersigned counsel for the Trustee and BancFirst hereby stipulate that BancFirst is granted relief from the automatic stay imposed by 11 U.S.C. § 362, to the extent applicable to the Properties.

K&L GATES LLP

By */s/ Brian L. Lewis*
   Scott B. Osborne, WSBA #6264
   Brian L. Lewis, WSBA #33560
   Attorneys for BancFirst

BUSH STROUT & KORNFELD

By */s/ Katriana L. Samiljan*
   Katriana L. Samiljan, WSBA #28672
   Attorneys for James F. Rigby, Jr.
   Chapter 7 Trustee

STIPULATION - 2

K:\2066953\00001\21664_KS\21664P31NK

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 09-16841-SJS    Doc 915    Filed 02/01/10    Entered 02/01/10 11:44:23    Page 2 of 2