# K&L|GATES

K&L Gates LLP
925 Fourth Avenue
Suite 2900
Seattle, WA  98104-1158

T 206.623.7580     www.klgates.com

February 1, 2010

*Via ECF*

The Honorable Samuel J. Steiner
United States Bankruptcy Court
700 Stewart Street
Seattle, WA 98101

Re:    In Re: Michael R. Mastro (Case No. 09-16841-SJS)

Dear Judge Steiner:

We represent creditor BancFirst in the above-referenced case.  On January 15, 2010, the Court entered an Order approving the Chapter 7 Trustee's motion to sell to BancFirst all of the bankruptcy estate's interest in certain real property (docket #856).  That transaction, which is now complete, was a compromise of BancFirst's earlier motion for relief from stay (docket #409).  Accordingly, counsel for BancFirst and the Trustee have stipulated that BancFirst be granted relief from stay as to the properties described in the Order (docket #915) and we ask that the Court enter the proposed Order submitted with this letter.

Very truly yours,

K& L GATES LLP



By */s/ Brian L. Lewis*
     Brian L. Lewis

BLL:dmm

K:\2066953\00001\20136_BLL\20136L21HS