| | |
|---|---|
| Brian L. Lewis, WSBA # 33560<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>(206) 623-7580 | Honorable Samuel J. Steiner<br>Chapter 7<br>Ex Parte |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>MICHAEL R. MASTRO,<br><br>Debtor. | No. 09-16841<br><br>**ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

**ORDER**

Pursuant to the Stipulation of counsel for BancFirst and Chapter 7 Trustee James F. Rigby, Jr., it is hereby

**ORDERED, ADJUDGED AND DECREED** that BancFirst shall have relief from the automatic stay imposed by 11 U.S.C. §362 as to the real properties commonly known as (a) 14404 NE 20th Street in Bellevue, Washington, (b) 14408 NE 20th Street in Bellevue, Washington, (c) 6250 South 190th Street in Kent, Washington, and (d) 10809 120th Avenue NE in Kirkland, Washington; and

**ORDERED, ADJUDGED AND DECREED** that the stay described in Bankruptcy Rule 4001(a)(3) is hereby waived.

ORDER GRANTING RELIEF FROM STAY - 1

K:\2066953\00001\21664_KS\21664P31NL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 09-16841-SJS    Doc 917    Filed 02/01/10    Entered 02/01/10 12:08:33    Page 1 of 2

DATED this _____day of _____, 2010.

*[signature]*
**United States Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Presented by:

K&L GATES LLP

By */s/ Brian L. Lewis*
   Scott B. Osborne, WSBA #6264
   Brian L. Lewis, WSBA #33560
   Attorneys for BancFirst

ORDER GRANTING RELIEF FROM STAY - 2

K:\2066953\00001\21664_KS\21664P31NL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 09-16841-SJS    Doc 917    Filed 02/01/10    Entered 02/01/10 12:08:33    Page 2 of 2