UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| In the matter of: | |
|---|---|
| **Michael R Mastro** | Case No. **09-16841** |
| | Chapter 7 |
| Debtor(s) | Judge **Marc L Barreca** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached checks in the amounts of (a) $30,773.08, (b) $52,277.66 and (c) $17,219.04 represents the total sum of unclaimed funds (**$100,269.78**) in this estate and is paid to the Court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| KING COUNTY PUBLIC HOSPITAL DISTRICT NO. 2<br>12040 NE 128th Street<br>Kirkland, WA 98034 | 3 | $56.56 |
| VRAC FBO ROSE M. PETRARCA IRA<br>10710 NE 10th Street, Apt. 602<br>Bellevue, WA 98004-1055 | 4 | $236.97 |
| ANTHONY AND ROSE PETRARCA<br>201 Main Street, Apt. 323<br>Edmonds, WA 98020-3240 | 5 | $101.55 |
| VRAC FBO ANTHONY T. PETRARCA IRA<br>10710 NE 10th Street, Apt. 602<br>Bellevue, WA 98004-1055 | 6 | $272.84 |
| DAVID ALTARAS<br>Sandra Altaras, 13213 SE 42nd Place<br>Bellevue, WA 98006 | 7 | $327.82 |
| STORMWATER LLC<br>Shane L Yelish, Dickson Steinacker PS<br>1201 Pacific Ave #1401<br>Tacoma, WA 98402 | 14 | $87.97 |

| Name / Address | No. | Amount |
|---|---|---|
| IRENE EPSTEIN<br>22975 SE Black Nugget Road, Apt. 402<br>Issaquah, WA 98029 | 18 | $145.40 |
| CONSTANCE ROBERTS<br>107 N. 77th Street<br>Seattle, WA 98103 | 22 | $261.81 |
| A. JOSEPH AND NANCY RESNIK<br>2430 76th Ave SE #633<br>Mercer Is, WA 98040 | 23 | $2,834.35 |
| AUBURN ACE HOLDINGS LLC<br>Dean G von Kallenbach, Young deNormandie PC<br>1191 2nd Ave #1901<br>Seattle, WA 98101 | 26 | $1,673.93 |
| LUCILLE SCHWEITZER<br>c/o, 4511 44th Ave SW<br>Seattle, WA 98116 | 31 | $542.80 |
| LISA SCHWEITZER<br>c/o, 4511 44th Ave SW<br>Seattle, WA 98116 | 32 | $110.88 |
| GAMEL INVESTMENT GROUP<br>Joel and Lori Gamel, P. O. Box 1285<br>Mercer Island, WA 98040 | 34 | $251.08 |
| ARTHUR A. MAZZOLA<br>9742 N.E. 119th Way, Apt. D221<br>Kirkland, WA 98034 | 35 | $478.68 |
| THOMAS DIDONATO<br>1612 S. Hinds St.<br>Seattle, WA 98144 | 50 | $246.59 |
| E3RA, INC.<br>9802 29th Ave. W., #B102<br>Everett, WA 98204 | 55 | $112.54 |
| MAYLYNN KIM MASTANDREA<br>11108 SE 61st Pl.<br>Bellevue, WA 98006 | 56 | $20.59 |
| PACIFIC ATLANTIC TRADING CO. LTD.<br>1121 Fircrest Dr.<br>Fircrest, WA 98466 | 61 | $601.98 |
| JOHN SACCO<br>3419 36th SW<br>Seattle, WA 98126 | 63 | $20.37 |

| Name/Address | No. | Amount |
|---|---|---|
| SUZAN L. FRASIER<br>16602 - 199th Place N.E.<br>Woodinville, WA 98077 | 64 | $7.93 |
| JACK BARBER (DECEASED)<br>Mary Barber, 2312 18th Ave. S.<br>Seattle, WA 98144-5114 | 68 | $1,386.94 |
| KING TELEVISION<br>c/o Szabo Associates Inc.,<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326 | 74 | $7.98 |
| LYNETTE ANGELIER<br>PR of the Estate of Mary Treleaven,<br>9832 15th Avenue Southwest<br>Seattle, WA 98106 | 75 | $58.45 |
| JOSEPH CRISTOFARO<br>4311 15th S.<br>Seattle, WA 98108 | 78 | $780.40 |
| SHERWIN WILLIAMS CO.<br>1436 Leary Way NW<br>Seattle, WA 98107-5135 | 80 | $5.05 |
| KENNETH VOLPONE AND CATHLEEN VOLPONE<br>4525 10th Avenue South<br>Seattle, WA 98108 | 83 | $121.81 |
| CADC/RADC VENTURE 2011-1, LLC<br>Sabal Financial, 4675 MacArthur Ct, #1550<br>Newport Beach, CA 92660 | 86 | $8,979.55 |
| I. SCOTT HALL<br>18160 Cottonwood Rd. #459<br>Sunriver, OR 97707 | 88 | $128.36 |
| JOEY D. MISTLER<br>10266 NE 20th Pl.<br>Bellevue, WA 98004 | 89 | $17.12 |
| TRINITY ERD<br>80 Yesler Way, #200<br>Seattle, WA 98104 | 91 | $9.04 |
| PHYLLIS G. STARKE<br>236 Burke Drive<br>Camano Island, WA 98282 | 92 | $16.05 |
| THOMAS W. KENYON<br>c/o Zachary Kenyon,<br>13730 15th Ave NE, Apt. F205<br>Seattle, WA 98125 | 95 | $258.14 |

| Name & Address | No. | Amount |
|---|---|---|
| JAMES J. SMIT<br>7201 E. 32nd St., #76<br>Yuma, AZ 85365 | 96 | $188.57 |
| BANK OF AMERICA, N.A.<br>Attn: Delores Ferry,<br>333 South Hope Street, 11th floor<br>Los Angeles, CA 90071 | 108 | $4,465.19 |
| KATHERINE JOHNSON<br>8430 15th Place SE, #73<br>Everett, WA 98205 | 113 | $36.26 |
| NORTH COAST ELECTRIC<br>PO Box 34399<br>Seattle, WA 98124-1399 | 114 | $31.11 |
| LAWRENCE D. MONDSCHEIN<br>1100 Bayshore Drive<br>Camano Island, WA 98292 | 115 | $326.37 |
| RUTH E. TINGLEY<br>PO Box 25774<br>Federal Way, WA 98093 | 120 | $108.79 |
| INTEGRA<br>1201 NE Lloyd Blvd #500<br>Portland, OR 97232 | 128 | $12.11 |
| EVERGREEN WEST<br>PO Box 996<br>LaConner, WA 98257 | 132 | $78.71 |
| NORTHWEST PROFESSIONAL CENTERS LLC<br>c/o Wallace Properties Inc,<br>PO Box 4184<br>Bellevue, WA 98009-4184 | 135 | $26.71 |
| MICHELLE VERNARELLI<br>4035 35th Ave. SW<br>Seattle, WA 98126 | 136 | $16.09 |
| ARLEN I PRENTICE<br>c/o Mark D Deife Esq,<br>Tousley Brain Stephens PLLC<br>1700 7th Ave #2200<br>Seattle, WA 98101 | 138 | $996.02 |
| STEVE PRENTICE<br>c/o Mark D Deife Esq,<br>Tousley Brain Stephens PLLC<br>1700 7th Ave #2200<br>Seattle, WA 98101 | 140 | $497.66 |

| Name / Address | Claim # | Amount |
|---|---|---|
| KATHERINE M. ATKINSON<br>1233 68th Loop SE<br>Auburn, WA 98092 | 142 | $104.07 |
| CORALYN B. BRENNEMAN<br>3727 36th Ave. SW<br>Seattle, WA 98126 | 144 | $132.23 |
| GERARD J PATTEN<br>9101 133 Steilacoom Rd SE<br>Olympia, WA 98513 | 145 | $290.11 |
| RALPH BANCHERO<br>7812 Rainier Avenue S.<br>Seattle, WA 98118 | 150 | $1,728.69 |
| NORTHWEST MILLWORK INC.<br>360 W. Nickerson St.<br>Seattle, Wa 98119 | 151 | $898.13 |
| NANCY BALTAZOR<br>P. O. Box 706<br>Black Diamond, WA 98010 | 153 | $90.60 |
| EDITH BANCHERO<br>7812 Rainier Ave. S.<br>Seattle, WA 98118 | 155 | $1,462.80 |
| DIANE M. LOCKHART<br>12023 Dayton Ave. N.<br>Seattle, WA 98133 | 172 | $197.54 |
| DONNA J. REID<br>4248 'A' Street SE SP 423<br>Auburn, WA 98002 | 174 | $7.32 |
| CEC CAMPBELL<br>3859 Beach Drive SW, #4<br>Seattle, WA 98116 | 175 | $3,785.27 |
| EVERGREEN BANK<br>1111 3rd Avenue, #100<br>Seattle, WA 98101 | 176 | $57.78 |
| SHAUNA HIGGINS<br>32427 51st Ave. SW<br>Federal Way, WA 98023 | 182 | $79.49 |
| MAYNARD CAMPBELL<br>816 S. 216th Street, #T-624<br>Des Moines, WA 98198 | 189 | $1,487.35 |
| CAMPBELL FAMILY TRUST<br>816 S. 216th Street, #T-624<br>Des Moines, WA 98198 | 189A | $192.63 |

| Name/Address | Claim # | Amount |
|---|---|---|
| REBECCA LEWIS<br>4505 SW 327th St.<br>Federal Way, WA 98023 | 190 | $486.28 |
| SHARON J. LEWIS<br>4505 SW 327th St.<br>Federal Way, WA 98023 | 191 | $19.21 |
| S. LEWIS FAMILY LLC<br>4505 SW 327th Street<br>Federal Way, WA 98023 | 191A | $242.06 |
| REBECCA L. BARLTING<br>3014 118th Ave SE #C202<br>Bellevue, WA 98005 | 197 | $7.88 |
| DOROTHY M ELLIOTT<br>2430 76th Ave SE #221<br>Mercer Island, WA 98040-3346 | 198 | $123.18 |
| DANIEL K. HAGAN<br>4502 13th Ave. S.<br>Seattle, WA 98108 | 202 | $134.90 |
| JILL REYES<br>Corey & Sean McClain Education Acct,<br>14506 SE 184th St.<br>Renton, WA 98058 | 205 | $58.36 |
| JILL REYES<br>14506 SE 184th Place<br>Renton, WA 98058 | 208 | $151.67 |
| HELEN F. MILTON<br>4744 30th Ave. S.<br>Seattle, WA 98108 | 209 | $336.68 |
| TAKAKO MINO<br>6750 Hawaii Kai Drive Apt 104<br>Honolulu, HI 96825-1521 | 214 | $215.58 |
| MAX E. HOLLENBECK<br>3643 38th Ave. W.<br>Seattle, WA 98199 | 215 | $697.98 |
| ALLAN FRIEDMAN<br>5817 145th Pl. SE<br>Bellevue, WA 98006 | 218 | $811.09 |
| PACIFIC CONTINENTAL BANK, FOR ITSELF AND AS AGENT<br>c/o Shelly Crocker, Crocker Kuno PLLC<br>720 Olive Way, Suite 1000<br>Seattle, WA 98101 | 223 | $13,862.16 |

| Creditor | Claim | Amount |
|---|---|---|
| PACIFIC CONTINENTAL BANK, FOR ITSELF AND AS AGENT<br>c/o Shelly Crocker, Crocker Kuno PLLC<br>720 Olive Way, Suite 1000<br>Seattle, WA 98101 | 224 | $4,786.80 |
| PACIFIC CONTINENTAL BANK, FOR ITSELF AND AS AGENT<br>c/o Shelly Crocker, Crocker Kuno PLLC<br>720 Olive Way, Suite 1000<br>Seattle, WA 98101 | 225 | $748.24 |
| WELLS FARGO EQUIPMENT FINANCE, INC.<br>c/o John S. Kaplan, Perkins Coie LLP<br>1201 Third Avenue 48th Floor<br>Seattle, WA 98101-3099 | 226 | $8,657.94 |
| CHARLES J. ARNONE<br>12118 SE 14th St.<br>Bellevue, WA 98005 | 229 | $2,558.26 |
| LOUISE MCCLAIN<br>4641 W. Sammamish Pkwy SE #F106<br>Issaquah, WA 98027 | 235 | $103.94 |
| ALBERT TERRANA<br>1729 Ferry Ave. SW<br>Seattle, WA 98116 | 239 | $96.97 |
| GAY K. HARPER<br>4123 California Ave. SW, #201<br>Seattle, WA 98116 | 241 | $121.32 |
| MERIDIAN ON BAINBRIDGE ISLAND CONDOMINIUM ASSOCIAT<br>c/o Law Offices of James L Strichartz,<br>201 Queen Anne Ave N #400<br>Seattle, WA 98109 | 244 | $7.69 |
| MERIDIAN ON BAINBRIDGE ISLAND CONDOMINIUM ASSOCIAT<br>c/o Law Offices of James L Strichartz,<br>201 Queen Anne Ave N #400<br>Seattle, WA 98109 | 245 | $6.18 |
| MERIDIAN ON BAINBRIDGE ISLAND CONDOMINIUM ASSOCIAT<br>c/o Law Offices of James L Strichartz,<br>201 Queen Anne Ave N #400<br>Seattle, WA 98109 | 246 | $7.41 |

| Creditor | Claim | Amount |
|---|---|---|
| MERIDIAN ON BAINBRIDGE ISLAND CONDOMINIUM ASSOCIAT<br>c/o Law Offices of James L Strichartz,<br>201 Queen Anne Ave N #400<br>Seattle, WA 98109 | 247 | $7.41 |
| MERIDIAN ON BAINBRIDGE ISLAND CONDOMINIUM ASSOCIAT<br>c/o Law Offices of James L Strichartz,<br>201 Queen Anne Ave N #400<br>Seattle, WA 98109 | 248 | $7.69 |
| MERIDIAN ON BAINBRIDGE ISLAND CONDOMINIUM ASSOCIAT<br>c/o Law Offices of James L Strichartz,<br>201 Queen Anne Ave N #400<br>Seattle, WA 98109 | 249 | $6.60 |
| MERIDIAN ON BAINBRIDGE ISLAND CONDOMINIUM ASSOCIAT<br>c/o Law Offices of James L Strichartz,<br>201 Queen Anne Ave N #400<br>Seattle, WA 98109 | 250 | $6.20 |
| MERIDIAN ON BAINBRIDGE ISLAND CONDOMINIUM ASSOCIAT<br>c/o Law Offices of James L Strichartz,<br>201 Queen Anne Ave N #400<br>Seattle, WA 98109 | 251 | $6.20 |
| MERIDIAN ON BAINBRIDGE ISLAND CONDOMINIUM ASSOCIAT<br>c/o Law Offices of James L Strichartz,<br>201 Queen Anne Ave N #400<br>Seattle, WA 98109 | 252 | $7.41 |
| QUALITY PLUS INSULATION, INC.<br>13520 45th Ave. NE<br>Marysville, WA 98271 | 261 | $44.05 |
| AMERICAN MARINE BANK<br>249 Winslow Way E.<br>Bainbridge Island, WA 98110 | 265 | $1,241.88 |
| ROBERT EDWARD DIAMOND JR<br>PO Box 640<br>Milton, WA 98354 | 267 | $507.06 |
| JASON L. GOODWIN<br>121 Radcliffe Dr<br>Vallejo, CA 94589 | 269 | $15.08 |

| Name & Address | Claim No. | Amount |
|---|---|---|
| GEORGE A. COLELLO<br>c/o Christian Weinmann, Karr Tuttle Campbell<br>1201 Third Avenue, #2900<br>Seattle, WA 98101 | 270 | $439.48 |
| DAVID W. LOWRY<br>909 Homestead Pl.<br>Escondido, CA 92026 | 274 | $91.71 |
| SHELTER PRODUCTS<br>PO Box 42100<br>Portland, OR 97242-0038 | 276 | $293.38 |
| LEC CONTRACTORS LLP<br>11700 Mukilteo Speedway #201<br>Mukilteo, WA 98275 | 280 | $143.15 |
| REX WALLACE<br>1072 SE Creekside Drive<br>College Place, WA 99324 | 282 | $290.11 |
| CF IL LLC<br>c/o Amresco Commercial Finance, LLD,<br>412 East Parkcenter Blvd., #300<br>Boise, ID 83706 | 283 | $478.64 |
| MARK & RHEA PLOG<br>C/o William A. Linton, Inslee Best Doezie & Ryder, P.S.<br>777 108th Ave. NE, Suite 1900<br>Bellevue, WA 98004 | 288 | $732.69 |
| CHARTER BANK<br>c/o Richard J. Hyatt, Ryan, Swanson & Cleveland, PLLC<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101 | 289 | $2,549.35 |
| HANSON PIPE & PRECAST, LLC<br>c/o Curtis A. Welch, Attorney, Duggan Schlotfeldt & Welch, PLLC<br>900 Washington Street, Suite 1020, P.O. Box 570<br>Vancouver, WA 98666-0570 | 292 | $237.84 |
| CITY OF BONNEY LAKE<br>19306 Bonney Lake Blvd., PO Box 7380<br>Bonney Lake, WA 98390-8850 | 293 | $8.11 |
| CARMEN HAGAN<br>(Estate of Carmen L Hagan), Cynthia J Bower Executrix<br>6615 Arthur St NE<br>Tacoma, WA 98422 | 295 | $867.06 |
| CARMEN HAGAN IRS<br>6615 Arthur St NE<br>Tacoma, WA 98422 | 295A | $107.22 |

| Creditor | Claim # | Amount |
|---|---|---|
| WELLS FARGO BANK<br>c/o John Kaplan, 1201 Third Avenue, #4800<br>Seattle, WA 98101 | 300 | $319.31 |
| PROTECTION & COMMUNICATIONS, INC.<br>c/o William A. Linton, Inslee Best Doezie & Ryder, P.S.<br>777 108th Ave. NE, Suite 1900<br>Bellevue, WA 98004 | 301 | $9.96 |
| CORRINE J. ERICKSON<br>c/o Schweet Rieke & Linde, PLLC,<br>2955 80th Avenue S.E., Suite 102<br>Mercer Island, WA 98040 | 316 | $42.74 |
| CATHERINE L. MAYNARD AND RICHARD MAYNARD, JOINTLY<br>c/o Catherine L. Maynard, c/o Richard Maynard<br>701 Fifth Avenue, Suite 7100<br>Seattle, WA 98104 | 317 | $353.29 |
| CURRIE ROAD APARTMENT, LLC, ET AL.<br>c/o Gretchen S. Barnes, Cable Huston<br>1001 SW Fifth Avenue, Suite 2000<br>Portland, OR 97204 | 320 | $178.51 |
| WEST VALLEY BUSINESS PARK, LLC<br>c/o Gretchen S. Barnes, Cable Huston<br>1001 SW Fifth Avenue, Suite 2000<br>Portland, OR 97204 | 321 | $483.34 |
| MAGNOLIA COMPLEX BUILDING, LLC<br>c/o Gretchen S. Barnes, Cable Huston<br>1001 SW Fifth Avenue, Suite 2000<br>Portland, OR 97204 | 322 | $297.25 |
| PLAZA BANK<br>1420 Fifth Avenue, #3700<br>Seattle, WA 98101 | 324 | $2,358.82 |
| RAINIER PACIFIC INVESTMENTS, INC., ET AL<br>c/o Gretchen S. Barnes, Cable Huston<br>1001 SW Fifth Avenue, Suite 2000<br>Portland, OR 97204 | 325 | $314.75 |
| FIRST INDEPENDENT BANK<br>Attn: Sabrina Loiselle,<br>1220 Main St #260<br>Vancouver, WA 98669 | 328 | $1,500.18 |
| FIRST INDEPENDENT BANK<br>Attn: Sabrina Loiselle,<br>1220 Main St #260<br>Vancouver, WA 98669 | 329 | $71.94 |

| Name/Address | Claim # | Amount |
|---|---|---|
| LEE RUSSELL CONSTRUCTION<br>19310 Orting Kapowsin Hwy E.<br>Orting, WA 99360 | 330 | $52.11 |
| KEYBANK NATIONAL ASSOCIATION<br>WA-AR-Bellevue Asset Recovery Group,<br>601 - 108th Avenue N.E.<br>Bellevue, WA 98004 | 339 | $4,351.64 |
| SUNBELT RENTALS<br>PO Box 18040<br>Portland, OR 97218 | 340 | $87.16 |
| PUGET SOUND BANK<br>c/o John S. Kaplan, Perkins Coie LLP<br>1201 Third Ave Suite 4800<br>Seattle, WA 98101-3099 | 352 | $744.10 |
| EXCALIBUR APTS LLC<br>Paul Stephanus, Member/Manager,<br>1140 Parkside Dr. E.<br>Seattle, WA 98112 | 353 | $342.53 |
| SIR GALLAHAD LLC<br>Paul Stephanus, Member/Manager,<br>1140 Parkside Dr. E.<br>Seattle, WA 98112 | 355 | $54.22 |
| GUINEVERE LLC<br>Paul Stephanus, Member/Manager,<br>1140 Parkside Dr. E.<br>Seattle, WA 98112 | 356 | $20.82 |
| PAUL STEPHANUS<br>1140 Parkside Dr. E.<br>Seattle, WA 98112 | 358 | $2,901.09 |
| SHORELINE 88, LLC<br>John W. Stephanus, Member/Manager,<br>219 East Garfield St., Suite 600<br>Seattle, WA 98102-3785 | 359 | $870.33 |
| ISTA NORTH AMERICA<br>E Sharon Thornton Esq,<br>3655 North Point Parkway #250<br>Alpharetta, GA 30005 | 374 | $17.71 |
| GLENN R DAVIS<br>14537 W. Grand Avenue #140-233<br>Surprise, AZ 85374 | 378 | $5,029.41 |

| | | |
|---|---|---|
| SINA EBINGER AND JOANNE EBINGER<br>c/o Law Office of Richard A. Bersin,<br>10500 NE 8th Street, #1900<br>Bellevue, WA 98004 | 380 | $30.75 |
| U.S. BANK NATIONAL ASSOCIATION<br>c/o Geoffrey Groshong, Miller Nash LLP<br>601 Union St #4400<br>Seattle, WA 98101 | 393 | $29.01 |
| KIDDER MATHEWS<br>c/o Robert N. Amkraut, Riddell Williams P.S.<br>1001 4th Avenue Suite 4500<br>Seattle, WA 98154 | 394 | $19.58 |
| Total Unclaimed/ Small Dividends $25.00 or under | $320.79 | |
| Total Unclaimed Dividends Over $25.00 | $99,948.99 | |

Dated: 03/12/2024

/s/ JAMES RIGBY
JAMES RIGBY
5440 GENE SARAZEN DRIVE
Billings, MT 59106
Telephone : (206) 755-7600

cc: U.S. Trustee